**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Spectacular Solar, Corp.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Blue Green Solar Inc.**<br>**DBA  DC Solar Integrators LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3911289** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**50 Cragwood Road**<br>**Suite 101**<br>**South Plainfield, NJ 07080**<br>Number, Street, City, State & ZIP Code<br><br>**Middlesex**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Spectacular Solar, Corp.**                                           Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **4911**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Spectacular Solar, Corp.**     Case number (*if known*)
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
      Contact name
      Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Spectacular Solar, Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Spectacular Solar, Corp.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 27, 2022**
MM / DD / YYYY

X **/s/ Al Francesco**     **Al Francesco**
Signature of authorized representative of debtor     Printed name

Title **CFO**

**18. Signature of attorney**

X **/s/ Marc C. Capone, Esq.**     Date **October 27, 2022**
Signature of attorney for debtor     MM / DD / YYYY

**Marc C. Capone, Esq.**
Printed name

**Gillman, Bruton & Capone, LLC**
Firm name

**60 Highway 71**
**Unit 2**
**Spring Lake, NJ 07762**
Number, Street, City, State & ZIP Code

Contact phone **(732) 528-1166**     Email address **ecf@gbclawgroup.com**

**021401993 NJ**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

Fill in this information to identify the case:
Debtor name: **Spectacular Solar, Corp.**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Antranig Aslanian, Jr., PC<br>1047 Anerson Ave<br>Fort Lee, NJ 07024 | | | | | | $7,500.00 |
| Ascentium Capital<br>365 W. Passaic Street<br>Suite 225<br>Rochelle Park, NJ 07662 | | | | | | $250,000.00 |
| Avon Foods<br>1275 Hornberger Avenue<br>Roebling, NJ 08554 | | | Disputed | | | $89,288.00 |
| CBM Services LLC<br>1 Maplewood Terrace<br>Norwalk, CT 06851 | | | | | | $47,940.00 |
| CFSB<br>8916 Jamaica Ave<br>Woodhaven, NY 11421 | | | | | | $280,000.00 |
| Elevated Remodeling LLC<br>PO Box512<br>Penns Grove, NJ 08069 | | | | | | $29,182.00 |
| Euler Hermes NA assignee of Soligent Distribution LLC<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | | | | $83,180.82 | $0.00 | $83,180.82 |
| Farmplast, LLC<br>125 East Halsey Road<br>Parsippany, NJ 07054 | | | Disputed | | | $250,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Spectacular Solar, Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ford Credit National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153** | | **Ford Transit** | | $16,234.00 | $0.00 | $16,234.00 |
| **Ford Credit National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153** | | **2018 Ford Focus** | | $11,373.07 | $0.00 | $11,373.07 |
| **Grant Supplies 559 Washington Ave Belleville, NJ 07109** | | | | | | $6,832.00 |
| **Jobar Realty Co., Inc. 35 2nd St Fanwood, NJ 07023** | | | Disputed | $479,140.15 | $0.00 | $479,140.15 |
| **Kapitus Servicing, Inc./Strategic 2500 Wilson Blvd., Suite 350 Arlington, VA 22201** | | | | | | $291,789.64 |
| **Midtoewn Credirt, Inc. 2117 Crompond Road Suite 25 Cortlandt Manor, NY 10567** | | | | | | $2,900.00 |
| **Nissan Motor Acceptance Corp. PO Box 254658 Sacramento, CA 95865** | | **2019 Nissan NV** | | $13,652.85 | $0.00 | $13,652.85 |
| **Nissan Motor Acceptance Corp. PO Box 254658 Sacramento, CA 95865** | | **2019 Nissan NV van** | | $12,092.25 | $0.00 | $12,092.25 |
| **Ohmshivani Mgmt, Jitendra Patel, et al 2559 Nottingham Way Trenton, NJ 08619** | | | Disputed | | | $68,000.00 |
| **TD Bank 277 Franklin Ave Nutley, NJ 07110** | | **PPP Loan** | | | | $350,000.00 |
| **Yassi Law PC 522 E 88th Street 1B New York, NY 10128** | | | | | | $10,340.00 |

Albert Tesley, Esq.
Meyner Landis LLP
One Gateway Center, suite 250
Newark, NJ 07102


Antranig Aslanian, Jr., PC
1047 Anerson Ave
Fort Lee, NJ 07024


Ascentium Capital
365 W. Passaic Street
Suite 225
Rochelle Park, NJ 07662


Avon Foods
1275 Hornberger Avenue
Roebling, NJ 08554


CBM Services LLC
1 Maplewood Terrace
Norwalk, CT 06851


CFSB
8916 Jamaica Ave
Woodhaven, NY 11421


Chiesa Shahinian & Giantomasi PC
1 Bolnad Drive
West Orange, NJ 07052


Cragwood Investments LLC
50 Cragwood Road
Suite 312
South Plainfield, NJ 07080


DC Solar Integrators LLC


DFH Associates Inc.


Douglas F. Heck

Elevated Remodeling LLC
PO Box512
Penns Grove, NJ 08069


Euler Hermes NA
assignee of Soligent Distribution LLC
800 Red Brook Blvd
Owings Mills, MD 21117


Farmplast, LLC
125 East Halsey Road
Parsippany, NJ 07054


First Friends
269 State Route 34
Matawan, NJ 07747


Ford Credit
National Bankruptcy Service Center
PO Box 537901
Livonia, MI 48153


Grant Supplies
559 Washington Ave
Belleville, NJ 07109


Helibrunn Pape LLC
516 State Route 33
Millstone Township, NJ 08535


Jobar Realty Co., Inc.
35 2nd St
Fanwood, NJ 07023


John W. Sywilok LLC
52 Main Street
Hackensack, NJ 07601


Kapitus Servicing, Inc./Strategic
2500 Wilson Blvd., Suite 350
Arlington, VA 22201


Mario Martinez
1401 Witherspoon Street
Rahway, NJ 07065

Maselli Warren PC
600 Alexander Road
Suite 3-4A
Princeton, NJ 08540


Midtoewn Credirt, Inc.
2117 Crompond Road
Suite 25
Cortlandt Manor, NY 10567


Nissan Motor Acceptance Corp.
PO Box 254658
Sacramento, CA 95865


Ohmshivani Mgmt, Jitendra Patel, et al
2559 Nottingham Way
Trenton, NJ 08619


Patricia Falcone
107 Autumn Road
Matawan, NJ 07747


Small Business Administration
409 3rd Street SW
Suite 3511
Washington, DC 20416


Star Power Services LLC


TD Bank
277 Franklin Ave
Nutley, NJ 07110


Testa Heck Testa & White
424 Landis Ave
Vineland, NJ 08360


William S. Ruggiero, Esq.
Garofalo, O'Neil Ruggiero, LLC
60 Baldwin Road
Parsippany, NJ 07054

Yassi Law PC
522 E 88th Street 1B
New York, NY 10128