**SPECTACULAR SOLAR INC.**
**Projection Assumptions**

| | |
|---|---|
| **Overall assumptions** | Attached files are spread out by month with annual totals ending in January of each year through 2028. |
| | Business prospects include current mix of 95% commercial and 5% residential.  A change in mix could affect the gross margin and net income |
| | The company does not have a financing agreement with any bank and needs to maintain at least $100K month to month. This level is not always achieved. |
| | Model shows projections by month and a separate tab for annua projections ending in January of each year |
| | Proof of claims are in separate tab to calculate unsecureds recovery |
| | The unsecured creditors, including Kapitus, receive a 29.23% recovery upon adjustment of disputed claims, and the secured lender (SBA) will get the |
| | $2,437 payment for 5 years and will be paid over 30 years, |
| **Revenue** | Revenue projections are based on previous years results and trends |
| | Q1 is traditionally the slowest quarter as winter weather and tax bills are due, leaving less cash for customers to buy solar |
| | Sales begin to increase in April and reach a peak, steady level during the summer, while other businesses |
| |      purchase solar at year end as a tax strategy to decrease taxes owed and save on energy costs |
| | Five year projections include annual increases of approximately 2% |
| | Cash constraints limit growth and projections do not have personnel increases |
| **Cost of Goods sold** | Costs of goods sold are based upon recent costs |
| | Moderate increases in costs are reflected in projections but are dependent upon supply/demand and production capacity increases, as solar installs increase in the USA. |
| | Each solar install requires permits, engineering, solar panels, lifts to get panels on roof, electrical conduit and wire and shipping to customers from Distributors |
| | Payroll increases of 5% per year for installers every January.  Increased labor costs for OT during busy installation months from May to June |
| **Expenses** | Administrative expenses necessary to run the business |
| | Accounting charges for quarterly reports and taxes |
| | Dividend finance fees are fees charged to company to arrange solar financing for customers |
| | Legal and US Trustee fees to administer bankruptcy |
| | Commercial, auto policies increase 20% per year as per recent history.  Workers comp policy increases 10% per year due to low claim rate |
| | Contractor costs are roofing costs and repairs necessay to install solar panels |
| | Travel costs associated with transportation to installs |
| **Bankruptcy Expenses** | Payments to Kapitus |
| | Payments to Kapitus are $25k initial payment and $4500/mo for 44 months  with the remaining balance reclassified to unsecured |
| | Payments to unsecured creditors made quarterly |
| **Cash Balance** | Balance based on streamlined collections and expenses.  Month end balances ould be affected by timing. |

**SPECTACULAR SOLAR INC.**
**5 Year Projection**
**Feb 1, 2023 - Jan 31, 2028**

| Revenue/Expense | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Sales Discounts-Allowance | (6,250) | (7,250) | (7,500) | (10,625) | (11,250) | (11,250) | (11,250) | (11,875) | (11,250) | (11,875) | (11,875) | (6,500) |
| Sales of Product Income | 250,000 | 290,000 | 300,000 | 425,000 | 450,000 | 450,000 | 450,000 | 475,000 | 450,000 | 475,000 | 475,000 | 260,000 |
| **Total Revenue** | 243,750 | 282,750 | 292,500 | 414,375 | 438,750 | 438,750 | 438,750 | 463,125 | 438,750 | 463,125 | 463,125 | 253,500 |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Cost of Goods Payroll | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 23,129 |
| Cost of Goods Payroll Taxes | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,769 |
| Cost of Goods Sold | 127,500 | 147,900 | 153,000 | 216,750 | 229,500 | 229,500 | 229,500 | 242,250 | 229,500 | 242,250 | 242,250 | 132,600 |
| Engineering/Plans (3-6K depending on system size) | 6,000 | 6,250 | 6,250 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 7,500 | 7,500 | 6,000 |
| Equipment rental/lifts | 2,500 | 3,000 | 3,500 | 5,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Permits | 2,500 | 2,900 | 3,000 | 4,250 | 4,500 | 4,500 | 4,500 | 4,750 | 4,500 | 4,750 | 4,750 | 2,600 |
| Shipping | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Electric Supplies & Materials - COGS | 12,750 | 14,790 | 15,300 | 21,675 | 22,950 | 22,950 | 22,950 | 24,225 | 22,950 | 24,225 | 24,225 | 13,260 |
| Cost of Goods Sold - Other | 1,275 | 1,479 | 1,530 | 2,168 | 2,295 | 2,295 | 2,295 | 2,423 | 2,295 | 2,423 | 2,423 | 1,326 |
| **Total Cost of Goods Sold** | 176,738 | 200,532 | 206,793 | 280,556 | 294,958 | 294,958 | 294,958 | 306,861 | 292,458 | 307,861 | 307,861 | 183,685 |
| **Gross Profit** | 67,012 | 82,218 | 85,707 | 133,819 | 143,792 | 143,792 | 143,792 | 156,264 | 146,292 | 155,264 | 155,264 | 69,815 |
| | 26.8% | 28.4% | 28.6% | 31.5% | 32.0% | 32.0% | 32.0% | 32.9% | 32.5% | 32.7% | 32.7% | 26.9% |
| **Expenses** | | | | | | | | | | | | 30.7% |
| Administrative payroll | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 42,560 |
| Payroll Taxes | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,256 |
| Accounting | - | 3,000 | - | - | - | 3,000 | - | - | 3,000 | 6,000 | - | - |
| Web Development | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 2,000 |
| Auto - Repairs/maintenance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 2,500 | 2,900 | 3,000 | 4,250 | 4,500 | 4,500 | 4,500 | 4,750 | 4,500 | 4,750 | 4,750 | 2,600 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Commission | 2,500 | 2,900 | 3,000 | 4,250 | 4,500 | 4,500 | 4,500 | 4,750 | 4,500 | 4,750 | 4,750 | 2,600 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | - | - | 750 | - | - | 750 | - | - | 750 | - | - | 750 |
| Commercial Liabilty Insurance | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,871 | 3,871 | 3,871 | 3,871 |
| Commercial Auto | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 2,044 | 2,044 | 2,044 | 2,044 | 2,044 |
| Workers Comp | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,400 | 4,400 | 4,400 | 4,400 |
| IT Services | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,401 |
| Legal & Professional Services | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 275 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 2,500 | 500 |
| Company Lunch | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Payroll Service Fees | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 475 | 475 |
| Office Equipment | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 2,000 |
| Office Expense | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Cleaning Supplies | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 45 |
| Software | 1,193 | 1,193 | 1,193 | 1,193 | 1,193 | 1,193 | 1,193 | 1,193 | 1,193 | 1,193 | 1,193 | 1,275 |
| Postage | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Contractor-roofing | 5,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 7,500 |
| Rent | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,450 |
| Travel - Gas | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,250 |
| Utilities | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 400 |
| Waste Collections | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 200 |
| Storage | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 890 |
| **Total Expenses** | 96,276 | 98,801 | 96,751 | 98,501 | 99,001 | 102,751 | 99,001 | 99,841 | 104,137 | 106,887 | 102,916 | 102,461 |
| **Net Operating Income** | (29,264) | (16,583) | (11,044) | 35,318 | 44,791 | 41,041 | 44,791 | 56,423 | 42,155 | 48,378 | 52,349 | (32,646) |
| | -12.0% | -5.9% | -3.8% | 8.5% | 10.2% | 9.4% | 10.2% | 12.2% | 9.6% | 0.0% | 11.3% | -12.9% |
| **Cumulative Net Income** | (53,616) | (70,199) | (81,243) | (45,925) | (1,134) | 39,907 | 84,698 | 141,121 | 183,276 | 231,654 | 284,003 | 251,357 |
| **Unsecured claims** | | | | | | | | | | | | |
| Kapitus | | | | (25,000) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) |
| Unsecured Creditors payment | | | | (4,000) | | (4,000) | - | (12,000) | | | (40,000) | - |
| Internal Revenue Service ($64,384.63) | | | | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) |
| Administrative Fees (Attorney and US Trustee) | | | | (27,000) | - | - | - | - | - | - | - | - |
| **Cash balance** | (48,866) | (65,449) | (76,493) | (97,175) | (56,884) | (24,343) | 15,948 | 55,871 | 93,526 | 137,404 | 145,253 | 108,107 |

**SPECTACULAR SOLAR INC.**
**5 Year Projection**
**Feb 1, 2023 - Jan 31, 2028**

| Revenue/Expense | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Sales Discounts-Allowance | (6,500) | (6,500) | (8,125) | (10,875) | (11,625) | (11,625) | (11,625) | (12,000) | (12,000) | (12,000) | (12,000) | (6,750) |
| Sales of Product Income | 260,000 | 260,000 | 325,000 | 435,000 | 465,000 | 465,000 | 465,000 | 480,000 | 480,000 | 480,000 | 480,000 | 270,000 |
| **Total Revenue** | **253,500** | **253,500** | **316,875** | **424,125** | **453,375** | **453,375** | **453,375** | **468,000** | **468,000** | **468,000** | **468,000** | **263,250** |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Cost of Goods Payroll | 23,129 | 23,129 | 23,129 | 27,529 | 27,529 | 27,529 | 27,529 | 27,529 | 27,529 | 27,529 | 23,129 | 24,286 |
| Cost of Goods Payroll Taxes | 1,769 | 1,769 | 1,769 | 2,106 | 2,106 | 2,106 | 2,106 | 2,106 | 2,106 | 2,106 | 1,769 | 1,858 |
| Cost of Goods Sold | 133,900 | 133,900 | 167,375 | 224,025 | 239,475 | 239,475 | 239,475 | 247,200 | 247,200 | 247,200 | 247,200 | 139,050 |
| Engineering/Plans (3-6K depending on system size) | 6,000 | 6,250 | 6,250 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 7,500 | 7,500 | 6,000 |
| Equipment rental/lifts | 3,000 | 3,500 | 4,000 | 5,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,750 |
| Permits | 2,600 | 2,600 | 3,250 | 4,350 | 4,650 | 4,650 | 4,650 | 4,800 | 4,800 | 4,800 | 4,800 | 2,700 |
| Shipping | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Electric Supplies & Materials - COGS | 13,390 | 13,390 | 16,738 | 22,403 | 23,948 | 23,948 | 23,948 | 24,720 | 24,720 | 24,720 | 24,720 | 13,905 |
| Cost of Goods Sold - Other | 1,339 | 1,339 | 1,674 | 2,240 | 2,395 | 2,395 | 2,395 | 2,472 | 2,472 | 2,472 | 2,472 | 1,391 |
| **Total Cost of Goods Sold** | **185,628** | **186,378** | **224,685** | **294,653** | **312,103** | **312,103** | **312,103** | **318,327** | **318,327** | **319,327** | **314,591** | **192,439** |
| **Gross Profit** | **67,872** | **67,122** | **92,190** | **129,472** | **141,272** | **141,272** | **141,272** | **149,673** | **149,673** | **148,673** | **153,409** | **70,811** |
| | *26.1%* | *25.8%* | *28.4%* | *29.8%* | *30.4%* | *30.4%* | *30.4%* | *31.2%* | *31.2%* | *31.0%* | *32.0%* | *26.2%* |
| **Expenses** | | | | | | | | | | | | |
| Administrative payroll | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 43,837 |
| Payroll Taxes | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,354 |
| Accounting | - | 3,000 | - | - | - | 3,000 | - | - | 3,000 | 6,000 | - | - |
| Web Development | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Auto - Repairs/maintenance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 2,600 | 2,600 | 3,250 | 4,350 | 4,650 | 4,650 | 4,650 | 4,800 | 4,800 | 4,800 | 4,800 | 2,700 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Commission | 2,600 | 2,600 | 3,250 | 4,350 | 4,650 | 4,650 | 4,650 | 4,800 | 4,800 | 4,800 | 4,800 | 2,700 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | - | - | 750 | - | - | 750 | - | - | 750 | - | - | 750 |
| Commercial Liabilty Insurance | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 4,645 | 4,645 | 4,645 | 4,645 |
| Commercial Auto | 2,044 | 2,044 | 2,044 | 2,044 | 2,044 | 2,044 | 2,044 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 |
| Workers Comp | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,840 | 4,840 | 4,840 | 4,840 |
| IT Services | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 |
| Legal & Professional Services | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 2,500 | 500 |
| Company Lunch | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 275 |
| Payroll Service Fees | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 |
| Office Equipment | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Office Expense | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 300 |
| Cleaning Supplies | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| Software | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 |
| Postage | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 200 |
| Contractor-roofing | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Rent | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,500 |
| Travel - Gas | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,350 |
| Utilities | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Waste Collections | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Storage | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 |
| **Total Expenses** | **99,871** | **102,871** | **101,921** | **103,371** | **103,971** | **107,721** | **103,971** | **104,680** | **109,644** | **111,894** | **107,894** | **104,119** |
| **Net Operating Income** | **(31,999)** | **(35,749)** | **(9,731)** | **26,101** | **37,301** | **33,551** | **37,301** | **44,993** | **40,029** | **36,779** | **45,515** | **(33,308)** |
| | *-12.6%* | *-14.1%* | *-3.1%* | *6.2%* | *8.2%* | *7.4%* | *8.2%* | *9.6%* | *8.6%* | *0.0%* | *9.7%* | *-12.7%* |
| **Cumulative Net Income** | **219,358** | **183,609** | **173,878** | **199,979** | **237,280** | **270,831** | **308,132** | **353,125** | **393,153** | **429,932** | **475,447** | **442,139** |
| **Unsecured claims** | | | | | | | | | | | | |
| Kapitus | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) |
| Unsecured Creditors payment | (20,000) | - | - | - | (25,000) | - | - | (40,000) | - | - | (50,000) | - |
| Internal Revenue Service ($64,384.63) | (5,365) | (5,365) | (5,365) | | | | | | | | | |
| Administrative Fees (Attorney and US Trustee) | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash balance** | **51,608** | **11,359** | **(2,872)** | **18,729** | **26,530** | **55,581** | **88,382** | **88,875** | **124,403** | **156,682** | **147,697** | **109,889** |

**SPECTACULAR SOLAR INC.**
**5 Year Projection**
**Feb 1, 2023 - Jan 31, 2028**

| Revenue/Expense | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| Sales Discounts-Allowance | (6,750) | (6,875) | (8,375) | (11,250) | (11,750) | (11,750) | (11,750) | (12,125) | (12,500) | (12,500) | (12,500) |
| Sales of Product Income | 270,000 | 275,000 | 335,000 | 450,000 | 470,000 | 470,000 | 470,000 | 485,000 | 500,000 | 500,000 | 500,000 |
| **Total Revenue** | **263,250** | **268,125** | **326,625** | **438,750** | **458,250** | **458,250** | **458,250** | **472,875** | **487,500** | **487,500** | **487,500** |
| **Cost of Goods Sold** | | | | | | | | | | | |
| Cost of Goods Payroll | 24,286 | 24,286 | 24,286 | 28,986 | 28,986 | 28,986 | 28,986 | 28,986 | 28,986 | 28,986 | 24,286 |
| Cost of Goods Payroll Taxes | 1,858 | 1,858 | 1,858 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 1,858 |
| Cost of Goods Sold | 139,050 | 141,625 | 172,525 | 231,750 | 242,050 | 242,050 | 242,050 | 249,775 | 257,500 | 257,500 | 257,500 |
| Engineering/Plans (3-6K depending on system size) | 6,000 | 6,250 | 6,250 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 7,500 | 7,500 |
| Equipment rental/lifts | 3,250 | 3,750 | 4,250 | 5,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 |
| Permits | 2,700 | 2,750 | 3,350 | 4,500 | 4,700 | 4,700 | 4,700 | 4,850 | 5,000 | 5,000 | 5,000 |
| Shipping | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Electric Supplies & Materials - COGS | 13,905 | 14,163 | 17,253 | 23,175 | 24,205 | 24,205 | 24,205 | 24,978 | 25,750 | 25,750 | 25,750 |
| Cost of Goods Sold - Other | 1,391 | 1,416 | 1,725 | 2,318 | 2,421 | 2,421 | 2,421 | 2,498 | 2,575 | 2,575 | 2,575 |
| **Total Cost of Goods Sold** | **192,939** | **196,597** | **231,996** | **304,946** | **316,579** | **316,579** | **316,579** | **322,804** | **331,528** | **332,528** | **327,469** |
| **Gross Profit** | **70,311** | **71,528** | **94,629** | **133,804** | **141,671** | **141,671** | **141,671** | **150,071** | **155,972** | **154,972** | **160,031** |
| | *26.0%* | *26.0%* | *28.2%* | *29.7%* | *30.1%* | *30.1%* | *30.1%* | *30.9%* | *31.2%* | *31.0%* | *32.0%* |
| **Expenses** | | | | | | | | | | | |
| Administrative payroll | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 |
| Payroll Taxes | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 |
| Accounting | - | 3,000 | - | - | - | 3,000 | - | - | 3,000 | 6,000 | - |
| Web Development | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Auto - Repairs/maintenance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 2,700 | 2,750 | 3,350 | 4,500 | 4,700 | 4,700 | 4,700 | 4,850 | 5,000 | 5,000 | 5,000 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Commission | 2,700 | 2,750 | 3,350 | 4,500 | 4,700 | 4,700 | 4,700 | 4,850 | 5,000 | 5,000 | 5,000 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | - | - | 750 | - | - | 750 | - | - | 750 | - | - |
| Commercial Liabilty Insurance | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 5,575 | 5,575 | 5,575 |
| Commercial Auto | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,943 | 2,943 | 2,943 | 2,943 |
| Workers Comp | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 5,324 | 5,324 | 5,324 |
| IT Services | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 |
| Legal & Professional Services | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 2,500 |
| Company Lunch | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 |
| Payroll Service Fees | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 |
| Office Equipment | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Office Expense | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Cleaning Supplies | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| Software | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 |
| Postage | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Contractor-roofing | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Rent | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Travel - Gas | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 |
| Utilities | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Waste Collections | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Storage | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 |
| **Total Expenses** | **103,449** | **106,549** | **105,499** | **107,049** | **107,449** | **111,398** | **107,648** | **108,438** | **113,901** | **116,151** | **112,151** |
| **Net Operating Income** | **(33,138)** | **(35,021)** | **(10,870)** | **26,756** | **34,223** | **30,274** | **34,024** | **41,633** | **42,071** | **38,821** | **47,880** |
| | *-12.6%* | *-13.1%* | *-3.3%* | *6.1%* | *7.5%* | *6.6%* | *7.4%* | *8.8%* | *8.6%* | *0.0%* | *9.8%* |
| **Cumulative Net Income** | **409,001** | **373,980** | **363,110** | **389,866** | **424,089** | **454,362** | **488,386** | **530,019** | **572,090** | **610,910** | **658,790** |
| **Unsecured claims** | | | | | | | | | | | |
| Kapitus | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) |
| Unsecured Creditors payment | - | (20,000) | - | - | (15,000) | - | - | (25,000) | - | - | (50,000) |
| Internal Revenue Service ($64,384.63) | | | | | | | | | | | |
| Administrative Fees (Attorney and US Trustee) | - | - | - | - | - | - | - | - | - | - | - |
| **Cash balance** | **72,251** | **12,730** | **(2,640)** | **19,616** | **34,339** | **60,112** | **89,636** | **101,769** | **139,340** | **173,660** | **167,040** |

**SPECTACULAR SOLAR INC.**
**5 Year Projection**
**Feb 1, 2023 - Jan 31, 2028**

| Revenue/Expense | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | |
| Sales Discounts-Allowance | (6,875) | (6,875) | (7,000) | (8,500) | (11,875) | (11,875) | (11,875) | (11,875) | (12,250) | (12,750) |
| Sales of Product Income | 275,000 | 275,000 | 280,000 | 340,000 | 475,000 | 475,000 | 475,000 | 475,000 | 490,000 | 510,000 |
| **Total Revenue** | **268,125** | **268,125** | **273,000** | **331,500** | **463,125** | **463,125** | **463,125** | **463,125** | **477,750** | **497,250** |
| **Cost of Goods Sold** | | | | | | | | | | |
| Cost of Goods Payroll | 25,500 | 25,500 | 25,500 | 25,500 | 30,600 | 30,600 | 30,600 | 30,600 | 30,600 | 30,600 |
| Cost of Goods Payroll Taxes | 1,951 | 1,951 | 1,951 | 1,951 | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 |
| Cost of Goods Sold | 141,625 | 141,625 | 144,200 | 175,100 | 244,625 | 244,625 | 244,625 | 244,625 | 252,350 | 262,650 |
| Engineering/Plans (3-6K depending on system size) | 6,000 | 6,000 | 6,250 | 6,250 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Equipment rental/lifts | 2,750 | 3,250 | 3,750 | 4,250 | 5,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 |
| Permits | 2,750 | 2,750 | 2,800 | 3,400 | 4,750 | 4,750 | 4,750 | 4,750 | 4,900 | 5,100 |
| Shipping | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Electric Supplies & Materials - COGS | 14,163 | 14,163 | 14,420 | 17,510 | 24,463 | 24,463 | 24,463 | 24,463 | 25,235 | 26,265 |
| Cost of Goods Sold - Other | 1,416 | 1,416 | 1,442 | 1,751 | 2,446 | 2,446 | 2,446 | 2,446 | 2,524 | 2,627 |
| **Total Cost of Goods Sold** | **196,655** | **197,155** | **200,813** | **236,212** | **321,225** | **321,225** | **321,225** | **321,225** | **327,450** | **339,083** |
| **Gross Profit** | **71,470** | **70,970** | **72,187** | **95,288** | **141,900** | **141,900** | **141,900** | **141,900** | **150,300** | **158,167** |
| | 26.0% | 25.8% | 25.8% | 28.0% | 29.9% | 29.9% | 29.9% | 29.9% | 30.7% | 31.0% |
| **Expenses** | | | | | | | | | | |
| Administrative payroll | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 |
| Payroll Taxes | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 |
| Accounting | - | - | 3,000 | - | - | - | 3,000 | - | - | 3,000 |
| Web Development | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Auto - Repairs/maintenance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 2,750 | 2,750 | 2,800 | 3,400 | 4,750 | 4,750 | 4,750 | 4,750 | 4,900 | 5,100 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Commission | 2,750 | 2,750 | 2,800 | 3,400 | 4,750 | 4,750 | 4,750 | 4,750 | 4,900 | 5,100 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | 750 | - | - | 750 | - | - | 750 | - | - | 750 |
| Commercial Liabilty Insurance | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 6,689 |
| Commercial Auto | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 3,531 | 3,531 |
| Workers Comp | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,856 |
| IT Services | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 |
| Legal & Professional Services | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Company Lunch | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 |
| Payroll Service Fees | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 |
| Office Equipment | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Office Expense | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Cleaning Supplies | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Software | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 |
| Postage | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Contractor-roofing | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Rent | 2,500 | 2,560 | 2,560 | 2,560 | 2,560 | 2,560 | 2,560 | 2,560 | 2,560 | 2,560 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 |
| Travel - Gas | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 |
| Utilities | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| Waste Collections | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 |
| Storage | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 |
| **Total Expenses** | **108,129** | **107,439** | **110,539** | **109,489** | **111,439** | **111,439** | **115,189** | **111,439** | **112,327** | **118,125** |
| **Net Operating Income** | **(36,659)** | **(36,469)** | **(38,352)** | **(14,201)** | **30,461** | **30,461** | **26,711** | **30,461** | **37,973** | **40,043** |
| | -13.7% | -13.6% | -14.0% | -4.3% | 6.6% | 6.6% | 5.8% | 6.6% | 7.9% | 8.1% |
| **Cumulative Net Income** | **622,132** | **585,663** | **547,312** | **533,111** | **563,572** | **594,033** | **620,745** | **651,206** | **689,179** | **729,222** |
| **Unsecured claims** | | | | | | | | | | |
| Kapitus | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) |
| Unsecured Creditors payment | - | - | (15,000) | - | - | (20,000) | - | - | (40,000) | - |
| Internal Revenue Service ($64,384.63) | | | | | | | | | | |
| Administrative Fees (Attorney and US Trustee) | - | - | - | - | - | - | - | - | - | - |
| **Cash balance** | **125,882** | **84,913** | **27,062** | **8,361** | **34,322** | **40,283** | **62,495** | **88,456** | **81,929** | **117,472** |

**SPECTACULAR SOLAR INC.**
**5 Year Projection**
**Feb 1, 2023 - Jan 31, 2028**

| Revenue/Expense | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | |
| Sales Discounts-Allowance | (12,750) | (12,750) | (7,125) | (7,125) | (7,125) | (8,750) | (12,000) | (12,000) | (12,000) | (12,125) |
| Sales of Product Income | 510,000 | 510,000 | 285,000 | 285,000 | 285,000 | 350,000 | 480,000 | 480,000 | 480,000 | 485,000 |
| **Total Revenue** | **497,250** | **497,250** | **277,875** | **277,875** | **277,875** | **341,250** | **468,000** | **468,000** | **468,000** | **472,875** |
| **Cost of Goods Sold** | | | | | | | | | | |
| Cost of Goods Payroll | 30,600 | 25,500 | 26,775 | 26,775 | 26,775 | 26,775 | 32,025 | 32,025 | 32,025 | 32,025 |
| Cost of Goods Payroll Taxes | 2,341 | 1,951 | 2,048 | 2,048 | 2,048 | 2,048 | 2,450 | 2,450 | 2,450 | 2,450 |
| Cost of Goods Sold | 262,650 | 262,650 | 146,775 | 146,775 | 146,775 | 180,250 | 247,200 | 247,200 | 247,200 | 249,775 |
| Engineering/Plans (3-6K depending on system size) | 8,000 | 7,500 | 6,000 | 6,000 | 6,250 | 6,250 | 6,500 | 6,500 | 6,500 | 6,500 |
| Equipment rental/lifts | 2,500 | 2,500 | 2,500 | 2,750 | 3,250 | 3,750 | 4,250 | 5,000 | 5,000 | 5,000 |
| Permits | 5,100 | 5,100 | 2,850 | 2,850 | 2,850 | 3,500 | 4,800 | 4,800 | 4,800 | 4,850 |
| Shipping | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Electric Supplies & Materials - COGS | 26,265 | 26,265 | 14,678 | 14,678 | 14,678 | 18,025 | 24,720 | 24,720 | 24,720 | 24,978 |
| Cost of Goods Sold - Other | 2,627 | 2,627 | 1,468 | 1,468 | 1,468 | 1,803 | 2,472 | 2,472 | 2,472 | 2,498 |
| **Total Cost of Goods Sold** | **340,583** | **334,592** | **203,594** | **203,844** | **204,594** | **242,901** | **324,917** | **325,667** | **325,667** | **328,575** |
| **Gross Profit** | **156,667** | **162,658** | **74,281** | **74,031** | **73,281** | **98,349** | **143,083** | **142,333** | **142,333** | **144,300** |
| | *30.7%* | *31.9%* | *26.1%* | *26.0%* | *25.7%* | *28.1%* | *29.8%* | *29.7%* | *29.7%* | *29.8%* |
| **Expenses** | | | | | | | | | | |
| Administrative payroll | 45,152 | 45,152 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 |
| Payroll Taxes | 3,454 | 3,454 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 |
| Accounting | 6,000 | - | - | - | 3,000 | - | - | - | 3,000 | - |
| Web Development | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Auto - Repairs/maintenance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 5,100 | 5,100 | 2,850 | 2,850 | 2,850 | 3,500 | 4,800 | 4,800 | 4,800 | 4,850 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Commission | 5,100 | 5,100 | 2,850 | 2,850 | 2,850 | 3,500 | 4,800 | 4,800 | 4,800 | 4,850 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | - | - | 750 | - | - | 750 | - | - | 750 | - |
| Commercial Liabilty Insurance | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 |
| Commercial Auto | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 |
| Workers Comp | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 |
| IT Services | 1,600 | 1,600 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 |
| Legal & Professional Services | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 500 | 2,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Company Lunch | 275 | 275 | 300 | 350 | 350 | 350 | 350 | 350 | 350 | 350 |
| Payroll Service Fees | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 |
| Office Equipment | 125 | 125 | 125 | 225 | 125 | 125 | 125 | 125 | 125 | 125 |
| Office Expense | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Cleaning Supplies | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Software | 1,275 | 1,275 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 |
| Postage | 200 | 200 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 |
| Contractor-roofing | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Rent | 2,560 | 2,560 | 2,560 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,600 | 1,600 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 |
| Travel - Gas | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 |
| Utilities | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| Waste Collections | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 |
| Storage | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 |
| **Total Expenses** | **120,375** | **116,375** | **112,458** | **111,923** | **114,823** | **113,873** | **115,723** | **115,723** | **119,473** | **115,823** |
| **Net Operating Income** | **36,293** | **46,283** | **(38,177)** | **(37,892)** | **(41,542)** | **(15,524)** | **27,360** | **26,610** | **22,860** | **28,477** |
| | *0.0%* | *9.3%* | *-13.7%* | *-13.6%* | *-14.9%* | *-4.5%* | *5.8%* | *5.7%* | *4.9%* | *6.0%* |
| **Cumulative Net Income** | **765,515** | **811,797** | **773,621** | **735,729** | **694,187** | **678,664** | **706,024** | **732,634** | **755,493** | **783,970** |
| **Unsecured claims** | | | | | | | | | | |
| Kapitus | (4,500) | (4,500) | (4,500) | - | - | - | - | - | - | - |
| Unsecured Creditors payment | - | (55,000) | - | - | (25,000) | - | - | (25,000) | - | - |
| Internal Revenue Service ($64,384.63) | | | | | | | | | | |
| Administrative Fees (Attorney and US Trustee) | - | - | - | - | - | - | - | - | - | - |
| **Cash balance** | **149,265** | **136,047** | **93,371** | **55,479** | **(11,063)** | **(26,586)** | **774** | **2,384** | **25,243** | **53,720** |

**SPECTACULAR SOLAR INC.**
**5 Year Projection**
**Feb 1, 2023 - Jan 31, 2028**

| Revenue/Expense | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 |
|---|---:|---:|---:|---:|---:|
| **Revenue** | | | | | |
| Sales Discounts-Allowance | (12,375) | (12,875) | (12,875) | (12,875) | (7,375) |
| Sales of Product Income | 495,000 | 515,000 | 515,000 | 515,000 | 295,000 |
| **Total Revenue** | **482,625** | **502,125** | **502,125** | **502,125** | **287,625** |
| **Cost of Goods Sold** | | | | | |
| Cost of Goods Payroll | 32,025 | 32,025 | 32,025 | 26,775 | 28,382 |
| Cost of Goods Payroll Taxes | 2,450 | 2,450 | 2,450 | 2,048 | 2,171 |
| Cost of Goods Sold | 254,925 | 265,225 | 265,225 | 265,225 | 151,925 |
| Engineering/Plans (3-6K depending on system size) | 6,500 | 6,500 | 8,000 | 7,500 | 6,000 |
| Equipment rental/lifts | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Permits | 4,950 | 5,150 | 5,150 | 5,150 | 2,950 |
| Shipping | 500 | 500 | 500 | 500 | |
| Electric Supplies & Materials - COGS | 25,493 | 26,523 | 26,523 | 26,523 | 15,193 |
| Cost of Goods Sold - Other | 2,549 | 2,652 | 2,652 | 2,652 | 1,519 |
| **Total Cost of Goods Sold** | **331,892** | **343,525** | **345,025** | **338,873** | **210,640** |
| **Gross Profit** | **150,733** | **158,600** | **157,100** | **163,252** | **76,985** |
| | 30.5% | 30.8% | 30.5% | 31.7% | 26.1% |
| **Expenses** | | | | | |
| Administrative payroll | 46,507 | 46,507 | 46,507 | 46,507 | 47,902 |
| Payroll Taxes | 3,558 | 3,558 | 3,558 | 3,558 | 3,665 |
| Accounting | - | 3,000 | 6,000 | - | - |
| Web Development | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Auto - Repairs/maintenance | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 4,950 | 5,150 | 5,150 | 5,150 | 2,950 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 |
| Commission | 4,950 | 5,150 | 5,150 | 5,150 | 2,950 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | - | 750 | - | - | 750 |
| Commercial Liabilty Insurance | 6,689 | 8,027 | 8,027 | 8,027 | 8,027 |
| Commercial Auto | 4,238 | 4,238 | 4,238 | 4,238 | 4,238 |
| Workers Comp | 5,856 | 6,442 | 6,442 | 6,442 | 6,442 |
| IT Services | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 |
| Legal & Professional Services | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 500 | 500 | 500 | 2,500 | 500 |
| Company Lunch | 350 | 350 | 350 | 350 | 350 |
| Payroll Service Fees | 502 | 502 | 502 | 502 | 502 |
| Office Equipment | 125 | 125 | 125 | 125 | 2,250 |
| Office Expense | 300 | 300 | 300 | 300 | 300 |
| Cleaning Supplies | 70 | 70 | 70 | 70 | 70 |
| Software | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 |
| Postage | 225 | 225 | 225 | 225 | 225 |
| Contractor-roofing | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Rent | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 |
| Travel - Gas | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 |
| Utilities | 450 | 450 | 450 | 450 | 450 |
| Waste Collections | 225 | 225 | 225 | 225 | 225 |
| Storage | 925 | 925 | 925 | 925 | 925 |
| **Total Expenses** | **116,729** | **122,803** | **125,053** | **121,053** | **119,030** |
| **Net Operating Income** | **34,004** | **35,797** | **32,047** | **42,199** | **(42,044)** |
| | 7.0% | 7.1% | 0.0% | 8.4% | -14.6% |
| **Cumulative Net Income** | **817,974** | **853,772** | **885,819** | **928,018** | **885,974** |
| **Unsecured claims** | | | | | |
| Kapitus | - | - | - | - | - |
| Unsecured Creditors payment | (45,000) | - | - | (60,000) | - |
| Internal Revenue Service ($64,384.63) | | | | | |
| Administrative Fees (Attorney and US Trustee) | - | - | - | - | - |
| **Cash balance** | **42,724** | **78,522** | **110,569** | **92,768** | **50,724** |

**SPECTACULAR SOLAR INC.**
5 Year Projection
Feb 1, 2023 - Jan 31, 2028

| Revenue/Expense | January 2024 | January 2025 | January 2026 | Janruary 2027 | January 2028 | 5 year Total |
|---|---:|---:|---:|---:|---:|---:|
| **Revenue** | | | | | | |
| Sales Discounts-Allowance | (118,750) | (121,625) | (125,000) | (127,500) | (129,500) | (622,375) |
| Sales of Product Income | 4,750,000 | 4,865,000 | 5,000,000 | 5,100,000 | 5,180,000 | 24,895,000 |
| Total Revenue | 4,631,250 | 4,743,375 | 4,875,000 | 4,972,500 | 5,050,500 | 24,272,625 |
| | | | | | | - |
| **Cost of Goods Sold** | | | | | | - |
| Cost of Goods Payroll $2hr year | 265,437 | 309,509 | 325,545 | 342,977 | 359,659 | 1,603,127 |
| Cost of Goods Payroll Taxes | 20,306 | 23,677 | 24,904 | 26,238 | 27,514 | 122,639 |
| Cost of Goods Sold | 2,422,500 | 2,505,475 | 2,575,000 | 2,626,500 | 2,667,700 | 12,797,175 |
| Engineering/Plans (3-6K depending on system size) | 78,500 | 78,500 | 78,500 | 79,000 | 79,000 | 393,500 |
| Equipment rental/lifts | 41,500 | 43,250 | 44,000 | 43,750 | 41,500 | 214,000 |
| Permits | 47,500 | 48,650 | 50,000 | 51,000 | 51,800 | 248,950 |
| Shipping | 6,000 | 6,000 | 6,000 | 6,000 | 5,500 | 29,500 |
| Electric Supplies & Materials - COGS | 242,250 | 250,548 | 257,500 | 262,650 | 266,770 | 1,279,718 |
| Cost of Goods Sold - Other | 24,225 | 25,055 | 25,750 | 26,265 | 26,677 | 127,972 |
| Total Cost of Goods Sold | 3,148,218 | 3,290,664 | 3,387,199 | 3,464,380 | 3,526,119 | 16,816,580 |
| | | | | | | - |
| **Gross Profit** | 1,483,032 | 1,452,711 | 1,487,801 | 1,508,120 | 1,524,381 | 7,456,045 |
| | 31.2% | 29.9% | 29.8% | 29.6% | 29.4% | 30.7% |
| **Expenses** | | | | | | - |
| Administrative payroll | 497,090 | 512,002 | 527,362 | 543,183 | 559,479 | 2,639,116 |
| Payroll Taxes | 38,027 | 39,168 | 40,343 | 41,554 | 42,800 | 201,892 |
| Accounting | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 75,000 |
| Web Development | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 10,500 |
| Advertising & Marketing | 21,250 | 24,000 | 24,000 | 24,000 | 24,000 | 117,250 |
| Auto - Repairs/maintenance | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 36,000 |
| Auto Payments | 19,524 | 19,524 | 19,524 | 19,524 | 19,524 | 97,620 |
| Bad Debt Expense | 47,500 | 48,650 | 50,000 | 51,000 | 51,800 | 248,950 |
| Bank Charges & Fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 7,500 |
| Commission | 47,500 | 48,650 | 50,000 | 51,000 | 51,800 | 248,950 |
| Dividend Finance Fees | 97,440 | 97,440 | 97,440 | 97,440 | 97,440 | 487,200 |
| Dues and Subscriptions | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 24,000 |
| Education Expenses | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 15,000 |
| Commercial Liabilty Insurance | 41,293 | 49,551 | 59,462 | 71,354 | 85,625 | 307,285 |
| Commercial Auto | 22,139 | 26,567 | 31,880 | 38,256 | 45,907 | 164,750 |
| Workers Comp | 49,600 | 54,560 | 60,016 | 66,018 | 72,619 | 302,813 |

**SPECTACULAR SOLAR INC.**
**5 Year Projection**
**Feb 1, 2023 - Jan 31, 2028**

| Revenue/Expense | January 2024 | January 2025 | January 2026 | Janruary 2027 | January 2028 | 5 year Total | | POC | Recovery |
|---|---|---|---|---|---|---|---|---|---|
| IT Services | 15,657 | 16,812 | 18,205 | 19,350 | 21,000 | 91,024 | | | |
| Legal & Professional Services | 32,500 | 30,000 | 30,000 | 30,000 | 30,000 | 152,500 | | | |
| Meals & Entertainment | 7,775 | 8,000 | 8,000 | 8,000 | 8,000 | 39,775 | | | |
| Company Lunch | 3,000 | 3,025 | 3,300 | 3,325 | 4,200 | 16,850 | | | |
| Payroll Service Fees | 5,410 | 5,700 | 5,727 | 6,024 | 6,024 | 28,885 | | | |
| Office Equipment | 3,045 | 1,500 | 1,500 | 1,500 | 3,725 | 11,270 | | | |
| Office Expense | 2,400 | 2,500 | 3,600 | 3,600 | 3,600 | 15,700 | | | |
| Cleaning Supplies | 320 | 540 | 565 | 840 | 840 | 3,105 | | | |
| Software | 14,398 | 15,300 | 15,300 | 15,375 | 16,200 | 76,573 | | | |
| Postage | 2,100 | 2,125 | 2,400 | 2,425 | 2,700 | 11,750 | | | |
| Contractor-roofing | 78,000 | 90,000 | 90,000 | 90,000 | 90,000 | 438,000 | | | |
| Rent | 28,620 | 29,040 | 30,000 | 30,720 | 31,500 | 149,880 | | | |
| SBA EIDL SECURED CLAIM | 29,244 | 29,244 | 29,244 | 29,244 | 29,244 | 146,220 | | | |
| Travel - EZ Pass | 16,300 | 17,450 | 18,100 | 19,300 | 20,400 | 91,550 | | | |
| Travel - Gas | 36,525 | 39,100 | 40,250 | 40,800 | 40,800 | 197,475 | | | |
| Utilities | 4,525 | 4,800 | 4,850 | 5,400 | 5,400 | 24,975 | | | |
| Waste Collections | 2,037 | 2,400 | 2,425 | 2,700 | 2,700 | 12,262 | | | |
| Storage | 10,504 | 10,680 | 10,715 | 11,100 | 11,100 | 54,099 | | | |
| **Total Expenses** | **1,207,323** | **1,261,929** | **1,307,808** | **1,356,632** | **1,412,027** | **6,545,719** | | | |
| | | | | | | - | | | |
| **Net Operating Income** | **275,709** | **190,782** | **179,993** | **151,489** | **112,353** | **910,326** | | | |
| | *6.0%* | *4.0%* | *3.7%* | *3.0%* | *2.2%* | *3.8%* | | | |
| | | | | | | - | | | |
| **Cumulative Net Income** | | | | | | - | | | |
| | | | | | | - | | | |
| **Unsecured Claims** | | | | | | | | | |
| Kapitus payment (25k + 5k/mo) | (61,000) | (54,000) | (54,000) | (54,000) | - | (223,000) | | | |
| Unsecured Creditor payment | (60,000) | (135,000) | (110,000) | (130,000) | (155,000) | (590,000) | | 3,814,515.12 | 21.31% |
| Internal Revenue Service | (48,288) | (16,096) | - | - | - | (64,385) | | | |
| Administrative Fees (Attorney and US Trutee) | (27,000) | - | - | - | - | (27,000) | | | |
| | | | | | | | | | |
| **Cash balance** | **108,107** | **109,889** | **125,882** | **93,371** | **50,724** | **50,724** | | | |

## Spectacular Solar Inc.

**Proofs of Claim**

|    |                                                                                      | Amount     | Claim     |                                                          |
|----|--------------------------------------------------------------------------------------|------------|-----------|----------------------------------------------------------|
| 1  | First Friends                                                                        | 159,000.00 |           |                                                          |
| 2  | Bornman RV                                                                           | 55,968.89  |           |                                                          |
| 4  | Antranig Aslanian, Jr., PC<br>1047 Anerson Ave<br>Fort Lee, NJ 07024                  | 7,500.00   |           |                                                          |
| 5  | Avon Foods<br>1275 Hornberger Avenue<br>Roebling, NJ 08554                           | 50,000.00  | 89,288.00 |                                                          |
| 6  | CBM Services LLC<br>1 Maplewood Terrace<br>Norwalk, CT 06851                         | 47,940.00  |           |                                                          |
|    | $47,940.00                                                                           |            |           |                                                          |
| 7  | CFSB<br>8916 Jamaica Ave<br>Woodhaven, NY 11421                                      | 280,000.00 |           |                                                          |
| 8  | Elevated Remodeling LLC<br>PO Box512<br>Penns Grove, NJ 08069                        | 95,535.00  |           |                                                          |
| 9  | Euler Hermes NA assignee of Soligent Distribution LLC<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | -          | 83,120.82 | *Disputed, No evidence of Spectacular ordering or delivered.* |
| 10 | Farmplast, LLC<br>125 East Halsey Road<br>Parsippany, NJ 07054                       | 383,007.88<br>102,013.65 |           |                                                          |

| | | |
|---|---|---|
| 11 | Ford Credit<br>National Bankruptcy<br>Service Center<br>PO Box 537901<br>Livonia, MI 48153<br>Ford Transit | 16,234.00 |
| 12 | Ford Credit<br>National Bankruptcy<br>Service Center<br>PO Box 537901<br>Livonia, MI 48153<br>2018 Ford Focus | 11,373.07 |
| 13 | Grant Supplies<br>559 Washington Ave<br>Belleville, NJ 07109 | 6,832.00 |
| 14 | Jobar Realty Co., Inc.<br>35 2nd St<br>Fanwood, NJ 07023 | 479,140.00 |
| 15 | Kapitus Servicing, Inc./Strategic<br>2500 Wilson Blvd., Suite 350<br>Arlington, VA 22201 | 291,789.64<br>291,789.64 |
| 16 | Midtown Credit,<br>2117 Crompond Road<br>Suite 25<br>Cortlandt Manor, NY 10567 | 2,900.00 |
| 17 | Nissan Motor Acceptance Corp.<br>PO Box 254658<br>Sacramento, CA 95865<br>2019 Nissan NV | 13,652.85 |

| | | |
|---|---|---:|
| 18 | Nissan Motor Acceptance Corp. PO Box 254658 Sacramento, CA 95865 2019 Nissan NV van | 12,092.25 |
| | $12,092.25 $0.00 $12,092.25 | |
| 19 | Ohmshivani Mgmt, Jitendra Patel, et al 2559 Nottingham Way Trenton, NJ 08619 | |
| | Disputed $68,000.00 | 68,000.00 |
| 20 | TD Bank 277 Franklin Ave Nutley, NJ 07110 | |
| | PPP Loan $350,000.00 | 350,000.00 |
| | Yassi Law PC 522 E 88th Street 1B New York, NY 10128 | 10,340.00 |
| 21 | Internal Revenue Service Washington, DC | 64,385.00 |
| | Others added | 1,015,021.25 |
| | | 3,814,515.12 |