# EXHIBIT B- PROJECTED CASH ON HAND ON EFFECTIVE DAY OF PLAN (30 DAYS FROM PLAN CONFIRMATION)

Cash on hand on the Effective Date**:   $  27,000.00**

**Less –**

Amount of Administrative Expenses payable on effective date of Plan  **$  27,000.00**

Amount of statutory costs and charges        **$   0.00**

Amount of cure payments for executory contracts  **$  0.00**

Other Plan Payments due on Effective Date  **$**

Balance after paying these amounts……..     **$    0.00**

**The sources of the cash the Debtor will have on hand by the Effective Date are estimated as follows:**

$              Cash in the Debtor's bank account now

**+ $  27,000.00**         Additional cash Debtor will accumulate from net earnings between now and Effective Date [based on cash flow projections]

**+ $0.00**       Borrowing [state separately terms of repayment]

**+$0.00**        Capital Contributions

**+ $0.00**       Other

**$27,000.00**             Total