**Exhibit C**
**Liquidation Analysis**

   Another confirmation requirement is the "Best Interest Test", which requires a hypothetical liquidation analysis. Under the Best Interest Test, if a claimant or interest holder is in an impaired class and that claimant or equity interest holder does not vote to accept the Plan, then that claimant or interest holder must receive or retain under the Plan property of a value not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code.

   In a Chapter 7 case, the Debtor's assets are usually sold by a Chapter 7 trustee. Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien. Administrative claims are paid next. Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority. Unsecured creditors with the same priority share in proportion to the amount of their allowed Claims. Finally, interest holders receive the balance that remains after all creditors are paid, if any.

   In order for the Bankruptcy Court to be able to confirm this Plan, the Bankruptcy Court must find that all creditors and interest holders who do not accept the Plan will receive at least as much under the Plan as such interest holders would receive under a Chapter 7 liquidation.

**Assets**

Real Property          None

Personal property:
| | |
|---|---|
| Cash On Hand | $ 68,191.00 |
| Misc. office furniture & equipment | $ 5,250.00 |
| Security Deposit | $ 6,951.50 |
| Miscellaneous Vehicles/Trailers | $ 101,736.00 |
| Misc. Safety Equipment | $ 1,000.00 |
| Customer List | $ 1,000.00 |
| A/R less than 90 days | $ 269,000.00 |
| A/R over 90 days | $ 1,912,068.00 (*only $67,000 would be collectible in a liquidation on work completed-balance is pending contracts*) |

*Total Assets at Liquidation Value*:           $251,128.50 (*Accounts receivable represent work not yet performed on contracts- so has limited value in liquidation*)

Total assets                                   $ 251,128.50

**Liabilities**

Priority Claims:

    Chapter 7 admin. expenses    $ 12,456.43
    Chapter 11 admin. expenses   $20,000.00
    Other priority claims        $1,900.00
    Total priority claims                     ($ 34,356.43)
    Total secured claims                      ($ 888,147.35)

Amount available for unsecured claims
(total assets minus priority claims)           $ 0.00

Total unsecured claims    $ 3,814,515.71  (does not include PPP loans to be forgiven)

Estimated dividend in Chapter 7
(amount available – unsecured claims)    0% of total;
                                         0% if PPP Loans are forgiven

Dividend which Unsecured Creditors
will receive or retain under this Plan    21% of total