---

**Fill in this information to identify the case:**

Debtor Name  Spectacular Solar Inc.

United States Bankruptcy Court for the: District of New Jersey  ▾

Case number: 22-18522-CMG

☐ Check if this is an amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  November 2022          Date report filed: 12/20/2022
                                                  MM / DD / YYYY

Line of business: Solar Installation          NAISC code: 221114

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Al Francesco

Original signature of responsible party  /s/ Al Francesco   *Al Fran*

Printed name of responsible party  Al Francesco

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Spectacular Solar Inc. | Case number | 22-18522-CMG |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 69,938.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 284,790.70

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 257,804.27

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 26,986.43

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 96,924.43

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

*(Exhibit E)*

| Debtor Name | Spectacular Solar Inc. | Case number | 22-18522-CMG |

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ ,673,068.71

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  17
27. What is the number of employees as of the date of this monthly report?  17

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?  $ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 243,750.00 | − | $ 284,790.70 | = | $ -41,040.70 |
| 33. **Cash disbursements** | $ 290,350.00 | − | $ 257,804.27 | = | $ 32,545.73 |
| 34. **Net cash flow** | $ -46,600.00 | − | $ 26,986.43 | = | $ -73,586.43 |

35. Total projected cash receipts for the next month:  $ 463,125.00
36. Total projected cash disbursements for the next month:  - $ 410,462.00
37. Total projected net cash flow for the next month:  = $ 52,663.00

Debtor Name  Spectacular Solar Inc.                                    Case number  22-18522-CMG

| 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

☑  38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.   Bank reconciliation reports for each account.

☐  40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.   Budget, projection, or forecast reports.

☐  42.   Project, job costing, or work-in-progress reports.

# EXHIBIT A

# Answers with a "no"

6. Have you timely filed your tax returns and paid all of your taxes?

> \- Spectacular Solar had not filed it 2021 Federal tax return as of November 30, 2022.   The amount outstanding was unknown.

> -The return was completed and filed on December 12, 2022 and will be reflected in the December 2022 MOP.

# EXHIBIT C

**CASH RECEIPTS**

## SPECTACULAR SOLAR, INC.

| 10/27/2022 - 11/30/2022 | Deposits |
|---|---|
| 11/01/2022 Sales of Product Income Deposit - Gallagher | 40,000.00 |
| 11/08/2022 Deposit - Closed regular WF Account and deposited funds | 2,377.70 |
| 11/09/2022 Sales of Product Income Deposit - Groove LLC | 30,000.00 |
| 11/09/2022 Sales of Product Income Deposit - Versha LLC | 3,125.00 |
| 11/14/2022 Retro Fitness Deposit | 200,000.00 |
| 11/30/2022 Sales of Product Income - Material Order Lake Hopatkong, NJ | 9,288.00 |
| | 284,790.70 |

# EXHIBIT D

**CASH DISBURSEMENTS**

## SPECTACULAR SOLAR, INC.

| 10/27/2022 - 11/30/2022 | Expense | Comments |
|---|---|---|
| 10/27/2022  Roofer Inc. ...Cost of Goods Sold | 15.00 | |
| 10/27/2022  1343 Consolidated Electrical Distributors... Cost of Goods Sold | 1,494.20 | |
| 10/27/2022  1344 Krannich Solar... Cost of Goods Sold | 8,160.31 | |
| 10/27/2022  1345 Consolidated Electrical Distributors... Cost of Goods Sold | 1,610.33 | |
| 10/27/2022  1346 Cooper Electric Supply... Cost of Goods Sold | 43.42 | |
| 10/28/2022 1347 Jose Delgado Cost of Goods Sold: Net Payroll | 2,324.57 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1348 Francisco O Gomez Cost of Goods Sold:Net Payroll | 2,052.26 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1349 Michael Grynberg... Admin Net Payroll | 2,586.74 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1352 Joaquin Morales Cost of Goods Sold:Net Payroll | 1,983.18 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1353 Joseph Mastorio Cost of Goods Sold:Net Payroll | 1,803.01 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1354 Apolinario Roman Cost of Goods Sold:Net Payroll | 1,259.68 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1355 Jose Nieto Cost of Goods Sold:Net Payroll | 2,005.09 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1356 Maria Camila Riguer... Admin Net Payroll | 1,017.59 | Payroll period 10-13 - 10/26/2022 & paid post petition |

| | | |
|---|---|---|
| 10/28/2022 1357 Glen Smith Cost of Goods Sold:Co... Net Payroll | 1,110.58 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1358 Jose Delgado-Gas Expense | 160.71 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1359 Joaquin Morales Bol... Gas Expense | 60.00 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1360 Waldir Quindes  Operations Consultant: | 1,350.00 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1361 Fernando Gonzalez Cost of Goods Sold: Net Payroll | 1,192.77 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1395 Doug Heck...Admin Net Payroll | 3,295.23 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/28/2022 1396 Angela Martins...Admin Net Payroll | 1,560.84 | Payroll period 10-13 - 10/26/2022 & paid post petition |
| 10/31/2022 Amerihealth Insurance Oct 2022 | 1,693.25 | |
| 10/31/2022 1380 Jose Delgado... -Gas Expense | 73.60 | |
| 10/31/2022 1383 Joaquin Morales Bol... -Gas Expense | 40.00 | |
| 10/31/2022 1384 Joe Mastorio ...-Gas Expense | 173.89 | |
| 10/31/2022  OTC MARKETS Pink Sheets renewal through 10/31/2023 | 3,500.00 | |
| 11/03/2022 110322 First Trust Bank Charges & Fees Unirac W/T Fee | 23.00 | |
| 11/01/2022 1362 Green Building Solutions... Supplies | 5,620.00 | |
| 11/01/2022 1363 GenRenew Supplies | 10,007.24 | |
| 11/01/2022 110122 Sunoco Gas Expense | 40.00 | |
| 11/02/2022 110222 TG Marketing - Leads | 570.00 | |
| 11/02/2022 110222 Cooper Electric Supply Cost of Goods Sold:Supplies | 668.73 | |
| 11/02/2022 110222 Wawa Cost of Goods Sold:Gas Expense | 38.01 | |
| 11/03/2022 110322 UNIRAC Engineering | 8,663.00 | |

| | | |
|---|---|---|
| 11/03/2022 110222 Cooper Electric Supply Cost of Goods Sold:Supplies | 1,076.71 | |
| 11/03/2022 110322 Warshauer Supplies | 307.59 | |
| 11/03/2022 110322 First Trust Bank Charges & Fees Unirac W/T Fee | 23.00 | |
| 11/04/2022 1381 Jose Delgado-Gas Expense | 105.06 | |
| 11/04/2022 1382 Joaquin Morales Bol... Gas Expense | 20.00 | |
| 11/04/2022 1385 Joe Mastorio -Gas Expense | 84.06 | |
| 11/04/2022 1394 Glen Smith -Gas Expense | 185.00 | |
| 11/04/2022 110422 Roofer Inc. Cost of Goods Sold | 20.00 | |
| 11/05/2022 110522 Suditack Electrical Supply... Cost of Goods Sold:Suplies | 156.35 | |
| 11/07/2022 110722 Insurance Office of America Liability Insurance (commercial) | 156.35 | |
| 11/07/2022 110722 Big Rentz Lift - AAA Glass | 9,981.25 | |
| 11/08/2022 110822 SELECTIVE PMT Car Insurance | 650.00 | |
| 11/09/2022 1364 Cost of Goods Sold... Versha Permit Mantua, NJ | 945.00 | |
| 11/09/2022 110922 Suditack Electrical S... Cost of Goods Sold:Supplies | 26.88 | |
| 11/09/2022 110922 TG Marketing - Leads | 570.00 | |
| 11/10/2022 111022 Metro Self Storage Facility - Tools | 274.50 | |
| 11/12/2022 111222 EBay Cost of Goods Sold: Panel Box | 378.01 | |
| 11/09/2022 110922 Suditack Electrical S... Cost of Goods Sold:Supplies | 2,800.99 | |
| 11/08/2022 -Withdrawal closing Old WF Account- Deposited in WF DIP Account | 2,377.70 | |
| 11/10/2022 1451 Cragwood Investment... Rent | 2,320.50 | |

| | | | |
|---|---|---|---|
| 11/11/2022 1452 Francisco O Gomez Cost of Goods Sold: Net Payroll | 2,052.26 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1453 Michael Grynberg... Admin... Net Payroll | 2,586.74 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1454 Jose Delgado Cost of Goods Sold:... Net Payroll | 2,431.87 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1455 Fernando Gonzalez Cost of Goods Sold:... Net Payroll | 2,122.27 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1456 Albert Francesco... Admin... Net Payroll | 3,244.87 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1457 Douglas Heck Office/General Admini... Net Payroll | 1,516.41 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1458 Joseph Mastorio Cost of Goods Sold:Co... Net Payroll | 1,846.81 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1459 Jose Nieto Cost of Goods Sold:... Net Payroll | 2,069.39 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1460 Maria Camila Riguer... Admin... Net Payroll | 1,023.05 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1461 Glen Smith Cost of Goods Sold:... Net Payroll | 1,103.92 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1462 Joaquin Morales Bol... Cost of Goods Sold:... Net Payroll | 2,049.76 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1463 Angela Martins...Admin... Net Payroll | 3,633.86 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1360 Waldir Quindes  Operations Consultant: | 1,350.00 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1465 Apolinario Roman Cost of Goods Sold:... Net Payroll | 1,390.99 | Payroll period 10-27 - 11/09/2022 |
| 11/11/2022 1466 Jose Delgado-Gas Expense | 125.84 | |
| 11/11/2022 1467 Joe Mastorio -Gas Expense | 182.89 | |
| 11/15/2022 1468 Joaquin Morales Bol...  Gas Expense | 125.00 | |
| 11/15/2022 1469 Waldir Quindes -Gas Expense | 268.27 | |
| 11/15/2022 1471 GenRenew Cost of Goods Sold:... AAA Materials | 3,907.24 | |
| 11/15/2022 1472 GenRenew Cost of Goods Sold:... AAA Materials | 4,862.81 | |

| | | |
|---|---|---|
| 11/15/2022 1473 GenRenew Cost of Goods Sold:... AAA Materials | 1,166.60 | |
| 11/15/2022 1474 Mantua Township Cost of Goods Sold:Permit... Gallagher | 564.00 | |
| 11/17/2022 1476 Ampericon Energy - Jon Miller Car Care... Engineering | 4,500.00 | |
| 11/17/2022 111722 ADP Tax Account | 22,778.62 | Payroll period 10-27 - 11/09/2022 |
| 11/17/2022 111722 ADP Tax Account | 147.87 | Payroll period 10-27 - 11/09/2022 |
| 11/18/2022 111822 Consolidated Electrical Distributors Cost of Goods Sold | 2,795.99 | |
| 11/18/2022 111822 Consolidated Electrical Distributors Cost of Goods Sold | 1,560.00 | |
| 11/21/2022 112122 Ford Motor Credit | 1,070.68 | |
| 11/21/2022 111822 Consolidated Electrical Distributors Cost of Goods Sold - 10 West | 22,442.58 | |
| 11/21/2022 112122 Wells Fargo Bank Charges & Fees Farooq | 30.00 | |
| 11/11/2022 112123 Krannich Solar... Cost of Goods Sold | 8,626.90 | |
| 11/23/2022 1483 Jose Delgado Cost of Goods Sold:...Net Payroll | 2,393.76 | Payroll period 11-10 - 11/23/2022 |
| 11/23/2022 1484 Franklin Campana Cost of Goods Sold:... Net Payroll | 2,239.76 | Payroll period 11-10 - 11/23/2023 |
| 11/23/2022 1485 Albert Francesco...Admin... Net Payroll | 3,244.86 | Payroll period 11-10 - 11/23/2024 |
| 11/23/2022 1486 Francisco O Gomez Cost of Goods Sold:Co... Net Payroll | 2,052.26 | Payroll period 11-10 - 11/23/2025 |
| 11/23/2022 1487 Fernando Gonzalez Cost of Goods Sold:Co... Net Payroll | 1,964.99 | Payroll period 11-10 - 11/23/2026 |
| 11/23/2022 1488 Michael Grynberg...Admin...Net Payroll | 2,586.74 | Payroll period 11-10 - 11/23/2027 |
| 11/23/2022 1489 Douglas HeckAdmin...Net Payroll | 1,516.41 | Payroll period 11-10 - 11/23/2028 |
| 11/23/2022 1490 Joaquin Morales Bol... Cost of Goods Sold:Co... Net Payroll | 1,817.58 | Payroll period 11-10 - 11/23/2029 |
| 11/23/2022 1491 Angela Martins...Admin... Net Payroll | 3,633.86 | Payroll period 11-10 - 11/23/2030 |

| | | |
|---|---|---|
| 11/23/2022 1493 Jose Nieto Cost of Goods Sold:Co... Net Payroll | 2,049.70 | Payroll period 11-10 - 11/23/2031 |
| 11/23/2022 1494 Apolinario Roman Cost of Goods Sold:Co... Net Payroll | 1,270.35 | Payroll period 11-10 - 11/23/2032 |
| 11/23/2022 1496 Waldir Quindes Consultant: | 1,350.00 | Payroll period 11-10 - 11/23/2033 |
| 11/23/2022 1497 Joaquin Morales Bol... Gas Expense | 80.00 | |
| 11/23/2022 1498 Jose Delgado-Vendor -Gas Expense | 494.35 | |
| 11/23/2022 1499 Maria Camila Riguer... Admin... Net Payroll | 1,018.06 | Payroll period 11-10 - 11/23/2033 |
| 11/23/2022 1500 Joseph Mastorio Cost of Goods Sold:... Net Payroll | 1,487.63 | Payroll period 11-10 - 11/23/2033 |
| 11/23/2022 1501 Krannich - Solar Structural Concepts | 6,264.87 | |
| 11/23/2022 1502 Albert Francesco  - Gas Expense | 251.00 | |
| 11/23/2022 1506 Fernando Gonzalez -Gas Expense | 137.16 | |
| 11/23/2022 1508 Allen AME Church Sales Discounts-Allowance refund...Delay with permit | 1,124.75 | |
| 11/23/2022 1509 Aportela Electrical Co. Engineering onsite Stockton U | 2,600.00 | |
| 11/25/2022 112522 Nissan AUTO LOANS:2019 | 424.20 | |
| 11/25/2022 112523 Nissan AUTO LOANS:2016 | 858.40 | |
| 11/28/2022 112822 NJ EZ Pass Cost of Goods Sold:Travel | 710.00 | |
| 11/29/2022 1507 Joseph Mastorio -Gas Expense | 182.70 | |
| 11/29/2022 1510 Consolidated Electrical Distributors | 3,920.30 | |
| 11/29/2022 1513 Joaquin Morales Bol... Gas Expense | 40.00 | |
| 11/29/2022 1514 Franklin Campana -Gas Expense | 108.17 | |
| 11/30/2022 1515 Waldir Quindes Gas Expense | 121.10 | |

| | | |
|---|---|---|
| 11/30/2022 113022 Amerihealth Insurance Nov 2022 | | 1,693.25 |
| 11/30/2022 113022 Verizon Fios Internet Office | | 248.00 |
| 11/30/2022 113022 AmGuard Insurance ... Commercial Liability | | 3,614.53 |
| 11/30/2022 113022 Solaroot Engineering... Plansets | | 1,900.00 |
| 11/30/2022 113022 Wells Fargo Bank Charges & Fees Solaroot Wire ... | | 45.00 |
| 11/30/2022 113022 Wells Fargo Bank Charges & Fees ADP Wire ... 30.00 | | 30.00 |
| 11/30/2022 113022 ADP Tax Accounts Payable (A/P) | | 11,950.85 |
| 11/30/2022 113022 ADP Tax Accounts Payable (A/P) | | 147.01 |
| | | $257,804.27 |

# EXHIBIT F

**SPECTACULAR SOLAR**
**Accounts Receivable**

November 30, 2022

| Customer | Current | 30-Jan | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Alan Erickson | - | - | - | - | 1,218.00 | 1,218.00 |
| Allied Energy | - | - | - | - | 29,514.81 | 29,514.81 |
| Charlie Auletta | - | - | - | - | 48,058.68 | 48,058.68 |
| Chenna Real Estate LLC | - | - | - | - | 325,000.00 | 325,000.00 |
| Christine Hooks | - | - | - | - | 800 | 800 |
| Cooper Beverage | - | - | 450,000.00 | - | - | 450,000.00 |
| Days Inn-Amelia Associates | - | - | - | - | 200,000.00 | 200,000.00 |
| Doing IT Right Technologies | - | - | - | - | 269,000.00 | 269,000.00 |
| DSGW LLC | - | - | - | - | 500,000.00 | 500,000.00 |
| Halo | - | - | - | - | 16,462.00 | 16,462.00 |
| Jimmy Costa | - | - | - | - | 5,100.00 | 5,100.00 |
| John Novak | - | - | - | - | 3,138.00 | 3,138.00 |
| Jon Miller Car Care center | - | - | - | - | 213,600.00 | 213,600.00 |
| Joseph Battiato | - | - | - | - | 14,447.50 | 14,447.50 |
| Lotus Cherry Hill | - | - | - | - | 39,802.00 | 39,802.00 |
| Nareen Adusumelli | - | - | - | - | 21,500.00 | 21,500.00 |
| Powur Home Construction | - | - | - | - | 21,071.00 | 21,071.00 |
| Retro Fitness Customer | - | - | - | - | 75,000.00 | 75,000.00 |
| Ryan Caltabiano | - | - | - | - | 17,430.00 | 17,430.00 |
| Shakti | - | - | - | - | 231,744.00 | 231,744.00 |
| Stockton University | - | 42,000.00 | - | - | - | 42,000.00 |
| Ten West Apparel | - | - | - | - | 147,933.72 | 147,933.72 |
| Yasir Ahmad | - | - | - | - | 249 | 249 |
| TOTAL | 0.00 | 42,000.00 | 450,000.00 | 0.00 | 2,181,068.71 | 2,673,068.71 |

# Initiate Business Checking

November 30, 2022 ■ Page 1 of 6

**WELLS FARGO**

SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)
50 CRAGWOOD RD
SOUTH PLAINFIELD NJ 07080-2433

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
  1-800-CALL-WELLS  (1-800-225-5935)

  *En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (347)
       P.O. Box 6995
       Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/8 | $0.00 |
| Deposits/Credits | 247,586.69 |
| Withdrawals/Debits | - 150,354.80 |
| Ending balance on 11/30 | $97,231.89 |

Account number: ▆▆▆▆8600
SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▆▆▆▆▆▆

For Wire Transfers use
Routing Number (RTN): 1▆▆▆▆▆

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/8 | | Deposit | 2,377.70 | | 2,377.70 |
| 11/9 | | Deposit Made In A Branch/Store | 33,125.00 | | 35,502.70 |
| 11/14 | | Deposit Made In A Branch/Store | 200,000.00 | | |
| 11/14 | 1454 | Deposited OR Cashed Check | | 2,431.87 | |
| 11/14 | 1459 | Check | | 2,069.39 | |
| 11/14 | 1456 | Check | | 3,244.87 | |
| 11/14 | 1467 | Check | | 182.89 | |
| 11/14 | 1458 | Check | | 1,846.81 | |
| 11/14 | 1464 | Check | | 1,350.00 | |
| 11/14 | 1462 | Check | | 2,049.76 | |
| 11/14 | 1460 | Check | | 1,023.05 | |
| 11/14 | 1465 | Check | | 1,390.99 | 219,913.07 |
| 11/15 | 1466 | Deposited OR Cashed Check | | 125.84 | |
| 11/15 | 1451 | Check | | 2,320.50 | |
| 11/15 | 1461 | Check | | 1,103.92 | |
| 11/15 | 1457 | Check | | 1,516.41 | |
| 11/15 | 1452 | Check | | 2,052.26 | |
| 11/15 | 1455 | Check | | 2,122.27 | |
| 11/15 | 1463 | Check | | 3,633.86 | |
| 11/15 | 1453 | Check | | 2,586.74 | |
| 11/15 | 1468 | Check | | 125.00 | 204,326.27 |
| 11/16 | 1473 | Check | | 1,166.60 | |
| 11/16 | 1471 | Check | | 3,907.24 | |
| 11/16 | 1472 | Check | | 4,862.81 | 194,389.62 |
| 11/17 | | Wire Trans Svc Charge - Sequence: 221117132660 Srf# Ow00002697646569 Trn#221117132660 Rfb# Ow00002697646569 | | 30.00 | |
| 11/17 | | WT 221117-132660 Deutsche Bank Trust /Bnf=ADP Srf# Ow00002697646569 Trn#221117132660 Rfb# Ow00002697646569 | | 22,926.49 | 171,433.13 |
| 11/18 | | Deposit Made In A Branch/Store | 2,795.99 | | |
| 11/18 | | Withdrawal Made In A Branch/Store | | 1,560.00 | 172,669.12 |
| 11/21 | | Wire Trans Svc Charge - Sequence: 221121154119 Srf# Ow00002708095520 Trn#221121154119 Rfb# Ow00002708095520 | | 30.00 | |
| 11/21 | | WT Seq154119 Consolidated Electrical /Bnf=Consolidated Electrical Distributo Srf# Ow00002708095520 Trn#221121154119 Rfb# Ow00002708095520 | | 22,442.58 | |
| 11/21 | | Withdrawal Made In A Branch/Store | | 8,626.90 | |
| 11/21 | | Ford Motor CR Fordcredit 221118 xxxxx6061 DC Solar Integrators | | 1,070.68 | 140,498.96 |
| 11/23 | 1498 | Deposited OR Cashed Check | | 494.35 | |
| 11/23 | 1483 | Deposited OR Cashed Check | | 2,393.02 | |
| 11/23 | 1493 | Check | | 2,049.70 | |
| 11/23 | 1494 | Check | | 1,270.35 | |
| 11/23 | 1484 | Check | | 2,239.76 | |
| 11/23 | 1488 | Check | | 2,586.74 | |
| 11/23 | 1497 | Check | | 80.00 | |
| 11/23 | 1490 | Check | | 1,817.58 | |
| 11/23 | 1487 | Check | | 1,964.99 | 125,602.47 |
| 11/25 | 1486 | Check | | 2,052.26 | |
| 11/25 | | Nissan Auto Loan 221123 0010249711398 DC Solar I | | 424.20 | |
| 11/25 | | Nissan Auto Loan 221123 0010249710448 DC Solar I | | 858.40 | |
| 11/25 | 1469 | Check | | 268.27 | |
| 11/25 | 1496 | Check | | 1,350.00 | 120,649.34 |
| 11/28 | | Ezpass8882886865 Auto Repl 5P-282965705 Douglas Heck | | 710.00 | |
| 11/28 | 1500 | Check | | 1,487.63 | |
| 11/28 | 1491 | Check | | 3,633.86 | 114,817.85 |
| 11/29 | 1489 | Check | | 1,516.41 | 113,301.44 |
| 11/30 | | Deposit Made In A Branch/Store | 9,288.00 | | |

November 30, 2022 ■ Page 3 of 6

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/30 | | Wire Trans Svc Charge - Sequence: 221130188225 Srf# Ow00002732637187 Trn#221130188225 Rfb# Ow00002732637187 | | 30.00 | |
| 11/30 | | Wire Trans Svc Charge - Sequence: 221130192818 Srf# Ow00002732659924 Trn#221130192818 Rfb# Ow00002732659924 | | 45.00 | |
| 11/30 | | WT 221130-188225 Deutsche Bank Trust /Bnf=ADP Srf# Ow00002732637187 Trn#221130188225 Rfb# Ow00002732637187 | | 12,097.86 | |
| 11/30 | | WT 221130-192818 HDFC Bank Limited /Bnf=Solaroot Engineering Services Pvt Srf# Ow00002732659924 Trn#221130192818 Rfb# Ow00002732659924 | | 1,900.00 | |
| 11/30 | | Verizon Vz BILLPAY 656849383.30001 Spectacular Solar Corp | | 248.00 | |
| 11/30 | < | Business to Business ACH Debit - Amguard Insuranc Ins Prem R2Wc384385 Spectacular Solar, Inc | | 3,614.53 | |
| 11/30 | 1502 | Check | | 251.00 | |
| 11/30 | 1485 | Check | | 3,244.86 | |
| 11/30 | 1510 | Check | | 3,926.30 | 97,231.89 |
| Ending balance on 11/30 | | | | | 97,231.89 |
| Totals | | | $247,586.69 | $150,354.80 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1451 | 11/15 | 2,320.50 | 1464 | 11/14 | 1,350.00 | 1487 | 11/23 | 1,964.99 |
| 1452 | 11/15 | 2,052.26 | 1465 | 11/14 | 1,390.99 | 1488 | 11/23 | 2,586.74 |
| 1453 | 11/15 | 2,586.74 | 1466 | 11/15 | 125.84 | 1489 | 11/29 | 1,516.41 |
| 1454 | 11/14 | 2,431.87 | 1467 | 11/14 | 182.89 | 1490 | 11/23 | 1,817.58 |
| 1455 | 11/15 | 2,122.27 | 1468 | 11/15 | 125.00 | 1491 | 11/28 | 3,633.86 |
| 1456 | 11/14 | 3,244.87 | 1469 | 11/25 | 268.27 | 1493 * | 11/23 | 2,049.70 |
| 1457 | 11/15 | 1,516.41 | 1471 * | 11/16 | 3,907.24 | 1494 | 11/23 | 1,270.35 |
| 1458 | 11/14 | 1,846.81 | 1472 | 11/16 | 4,862.81 | 1496 * | 11/25 | 1,350.00 |
| 1459 | 11/14 | 2,069.39 | 1473 | 11/16 | 1,166.60 | 1497 | 11/23 | 80.00 |
| 1460 | 11/14 | 1,023.05 | 1483 * | 11/23 | 2,393.02 | 1498 | 11/23 | 494.35 |
| 1461 | 11/15 | 1,103.92 | 1484 | 11/23 | 2,239.76 | 1500 * | 11/28 | 1,487.63 |
| 1462 | 11/14 | 2,049.76 | 1485 | 11/30 | 3,244.86 | 1502 * | 11/30 | 251.00 |
| 1463 | 11/15 | 3,633.86 | 1486 | 11/25 | 2,052.26 | 1510 * | 11/30 | 3,926.30 |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/08/2022 - 11/30/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|



*Monthly service fee summary (continued)*

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $117,716.00 ☑ |
| • Minimum daily balance | $500.00 | $2,377.70 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 59 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

# ☑ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Tax Season Reminder: Wells Fargo delivers tax documents - either by mail or online depending on your delivery preference - no later than January 31 or by the IRS deadline of February 15 for brokerage accounts. Depending on the U.S. Postal delivery service, you should expect to receive your tax documents no later than the end of February. You can update your tax document delivery preferences by visiting Wells Fargo Online®.

The Internal Revenue Service (IRS) requires Wells Fargo to report information regarding the amount of interest, dividend or miscellaneous income earned as well as gross proceeds from sales by providing you with various IRS Forms 1099 based on the different types of transactions that occurred in your account during the calendar tax year (the IRS reportable threshold). For example, if you have interest or dividends in the amount of $10 or more during that timeframe, you will receive a Form 1099-INT from Wells Fargo.



For more information, visit Wells Fargo Tax Center at https://www.wellsfargo.com/tax-center/.

Other Wells Fargo Benefits

Shopping online this Holiday Season? Avoid scams by watching for red flags like pressure to buy right away, rude or pushy language, or unusually specific ways to pay such as gift cards, crypto or payment apps. Learn more at www.wellsfargo.com/security.

**WELLS FARGO**

## Important Information You Should Know

· To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

· In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

· If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your      $ _____
register or transfers into         $ _____
your account which are not         $ _____
shown on your statement.         + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# SPECTACULAR SOLAR, INC.
## Profit & Loss
### October 27 through November 30, 2022

|  | Oct 27 - Nov 30, 22 |
| --- | --- |
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Other Primary Income | 35.87 |
| Sales Discounts-Allowance | -1,124.75 |
| Sales of Product Income | 526,413.00 |
| **Total Income** | 525,324.12 |
| **Cost of Goods Sold** |  |
| **Cost of Goods Sold** |  |
| Cost of Goods-Pyrl Exp(Taxes) | 10,875.53 |
| Cost of Goods Payroll | 44,073.70 |
| Cost of Goods Sold | -3,496.07 |
| Cost of Goods Sold-Installer's | 11,054.08 |
| Permits | 4,234.00 |
| Subcontractors | 15,607.24 |
| Supplies & Materials - COGS | 63,748.28 |
| Cost of Goods Sold - Other | 0.00 |
| **Total Cost of Goods Sold** | 146,096.76 |
| **Total COGS** | 146,096.76 |
| **Gross Profit** | 379,227.36 |
| **Expense** |  |
| Accounting | 211.00 |
| **Advertising & Marketing** |  |
| Web Development | 69.00 |
| Advertising & Marketing - Other | 1,140.00 |
| **Total Advertising & Marketing** | 1,209.00 |
| Bad Debt Expense | 9,237.37 |
| Bank Charges & Fees | 231.00 |
| **Insurance** |  |
| Workers Comp | 3,614.53 |
| Insurance - Other | 15,649.75 |
| **Total Insurance** | 19,264.28 |
| IT Services | 913.74 |
| Legal & Professional Services | 0.00 |
| **Net Payroll - Salaries** |  |
| Payroll Service Fees | 346.26 |
| **Total Net Payroll - Salaries** | 346.26 |
| **Office Expense** | 465.96 |
| **Office/General Administrative E** |  |
| Admin Payroll Exp | 25,022.45 |
| Admin Pyrl Expenses(Taxes) | 13,144.37 |
| **Total Office/General Administrative E** | 38,166.82 |
| Professional Services | 21,492.81 |
| Rent & Lease | 2,320.50 |
| Repairs & Maintenance | 1,067.35 |
| **Travel** |  |
| Travel - Gas | 251.00 |
| **Total Travel** | 251.00 |
| Utilities | 124.00 |
| **Total Expense** | 95,301.09 |
| **Net Ordinary Income** | 283,926.27 |

## SPECTACULAR SOLAR, INC.
### Profit & Loss
**October 27 through November 30, 2022**

|                                      | Oct 27 - Nov 30, 22 |
|--------------------------------------|--------------------:|
| **Other Income/Expense**             |                     |
| **Other Income**                     |                     |
| Interest Income                      | 0.01                |
| Tax Credit Sales                     | 200,000.00          |
| **Total Other Income**               | 200,000.01          |
| **Other Expense**                    |                     |
| Other Miscellaneous Expense          | 242.45              |
| **Total Other Expense**              | 242.45              |
| **Net Other Income**                 | 199,757.56          |
| **Net Income**                       | **483,683.83**      |

11:43 AM

12/22/22

**Accrual Basis**

# SPECTACULAR SOLAR, INC.
## Balance Sheet
### As of November 30, 2022

|  | Nov 30, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Wells Fargo DIP** | 78,907.83 |
| **Total Checking/Savings** | 78,907.83 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 2,673,068.71 |
| **Total Accounts Receivable** | 2,673,068.71 |
| **Other Current Assets** | |
| **Undeposited Funds** | 23,027.69 |
| **Total Other Current Assets** | 23,027.69 |
| **Total Current Assets** | 2,775,004.23 |
| **Fixed Assets** | |
| **2016 Ford F-150** | 29,837.10 |
| **2016 FORD TRAN C** | 21,448.84 |
| **2016 Nissan NV Cargo** | 34,456.70 |
| **2018 FORD FOCUS** | 23,121.83 |
| **2019 Ford Ranger** | 29,186.61 |
| **2019 FORD TRAN C** | 28,528.65 |
| **2019 Nissan NV - 00102497104480** | 33,987.88 |
| **2019 Nissan NV - 0010249711398** | 29,635.49 |
| **Accumulated Depreciation** | -168,693.50 |
| **Total Fixed Assets** | 61,509.60 |
| **TOTAL ASSETS** | **2,836,513.83** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable (A/P)** | 210,979.45 |
| **Total Accounts Payable** | 210,979.45 |
| **Other Current Liabilities** | |
| **Deferred Revenue Total** | |
| **Deferred Revenue** | 136,000.00 |
| **Deferred Revenue Contract** | 1,646,011.94 |
| **Total Deferred Revenue Total** | 1,782,011.94 |
| **Loan - Strategic Funding** | |
| **Overnight Capital** | -18,000.00 |
| **SF Merch No 712092** | 279,159.30 |
| **Total Loan - Strategic Funding** | 261,159.30 |
| **Total Other Current Liabilities** | 2,043,171.24 |
| **Total Current Liabilities** | 2,254,150.69 |
| **Long Term Liabilities** | |
| **AUTO LOANS** | |
| **2018 FORD FOCUS Liability** | 9,767.05 |
| **2019 Ford Ranger Liability** | 19,541.34 |
| **2019 FORD TRAN C Liability** | 12,690.05 |
| **2019 Nissan NV - Liability** | 9,113.41 |
| **2019 Nissan NV - Liability 1139** | 13,058.33 |
| **Total AUTO LOANS** | 64,170.18 |

11:43 AM

**SPECTACULAR SOLAR, INC.**

12/22/22

# Balance Sheet

**Accrual Basis**

### As of November 30, 2022

|  | Nov 30, 22 |
|---|---|
| **LONG TERM DEBT** |  |
| **Payroll Protection Loan** | 350,000.00 |
| **PPP Loan CFSB** | 280,000.00 |
| **SBA Loan Liability** | 499,900.00 |
| **Total LONG TERM DEBT** | 1,129,900.00 |
| **Total Long Term Liabilities** | 1,194,070.18 |
| **Total Liabilities** | 3,448,220.87 |
| **Equity** |  |
| **Additional Paid In Capital** | 725,200.00 |
| **Common Stock** | 424,799.26 |
| **Preferred Stock** | 302,185.74 |
| **Retained Earnings** | -2,250,031.37 |
| **Net Income** | 186,139.33 |
| **Total Equity** | -611,707.04 |
| **TOTAL LIABILITIES & EQUITY** | 2,836,513.83 |

11:42 AM

12/22/22

# SPECTACULAR SOLAR, INC.
## Statement of Cash Flows
### October 27 through November 30, 2022

|  | Oct 27 - Nov 30, 22 |
| --- | --- |
| **OPERATING ACTIVITIES** | |
| Net Income | 483,683.83 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| Accounts Receivable | -492,000.00 |
| Accounts Payable (A/P) | -22,402.88 |
| **Net cash provided by Operating Activities** | -30,719.05 |
| **FINANCING ACTIVITIES** | |
| AUTO LOANS:2018 FORD FOCUS Liability | -1,070.68 |
| AUTO LOANS:2019 Nissan NV - Liability | -858.40 |
| AUTO LOANS:2019 Nissan NV - Liability 1139 | -424.20 |
| **Net cash provided by Financing Activities** | -2,353.28 |
| **Net cash increase for period** | -33,072.33 |
| **Cash at beginning of period** | 135,007.85 |
| **Cash at end of period** | **101,935.52** |