## Exhibit E

### Executory Contracts Assumed by Debtor

| Lessor/Party to Executory Contract | Default Amount | Treatment under Plan |
|---|---|---|
| **Cragwood Investments, LLC**<br>(commercial lease) | $0.00 | Debtor shall continue to make monthly payments under the terms of the lease agreement until the end of the lease term. |
| **Alan Erickson**<br>9 Grant Ave<br>Fords, NJ 08863 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Allied Energy LLC**<br>33 Commerce Rd<br>Carlstadt, NJ 07072 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Charles Auletta**<br>478 Daniels Ave<br>Trenton, NJ 08619 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Chenna Real Estate LLC**<br>72 Lafayette Drive<br>Livingston, NJ 07039 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Days Inn - Amelia Associates**<br>3000 Boardwalk<br>Atlantic City, NJ 08401 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **DSGW LLC** | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Doing It Right Technologies**<br>182 Howell Street<br>Jersey City, NJ 07306 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Halo**<br>111 Town Square Pl<br>Suite 1203<br>Jersey City, NJ 07310 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Jimmy Costa**<br>50 Stanley Street<br>Little Falls, NJ 07424 | $0.00 | Debtor will continue to perform under the contract until completion. |

4854-1397-0510, v. 1

| | | |
|---|---|---|
| **John Novak**<br>3117 Oceanic Drive<br>Toms River, NJ 08753 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Jon Miller Car Care Center**<br>330 E. Main Street<br>Tuckerton, NJ 08087 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Joseph Battiato**<br>198 NJ-45<br>Salem, NJ 08079 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Kalpesh Corporation Inc a/k/a**<br>Cherry Hill Liquors<br>156 E Evesham Rd<br>Cherry Hill, NJ 08003 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Nareen Adusumelli**<br>**c/o Chenna Real Estate**<br>72 Lafayette Dr<br>Livingston, NJ 07039 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Powur Home Construction** | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Retro Fitness**<br>c/o Chenna Real Estate<br>72 Lafayette Drive<br>Livingston, NJ 07039 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Ryan Caltabiano**<br>376 Glassboro RD<br>Monroeville, NJ 08343 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Ten West Apparel Corporation**<br>10 West 33rd Street<br>#216<br>New York, NY 10001 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Yasir Ahmed**<br>79 Ogle Road<br>Westwood, NJ 07675 | $0.00 | Debtor will continue to perform under the contract until completion. |
| **Elevated Remodeling, LLC**<br>285 N. Broadway<br>Pennsville, NJ 08070<br>(Solar Array Purchase Agreement) | $0.00 | Debtor will continue to perform under the contract until completion. |