## EXIBIT F

### Executory Contracts and Unexpired Leases to be Rejected

### EXECUTORY CONTRACTS REJECTED BY DEBTOR:

| Lessor/Party to Executory Contract | Default Amount | Treatment under Plan |
|---|---|---|
| **Shakti Group LLC** <br> 2900 E State Street <br> Trenton, NJ 08619 | $0.00 | Debtor will reject the contract. |
| **Elevated Remodeling, LLC** <br> 285 N. Broadway <br> Pennsville, NJ 08070 <br> (Master Service Agreement) | $95,335.00 | Debtor will reject the contract. |