# EXHIBIT A

6. Have you timely filed your tax returns and paid all of your taxes?

Spectacular Solar filed its 2021 Federal tax return in December 2022. The return was completed and filed on December 12, 2022. Payment of taxes will be made as part of the Plan of Reorganization.