# EXHIBIT C

**CASH RECEIPTS**

**SPECTACULAR SOLAR, INC.**

| **12/01/2022 - 12/31/2022** | **Deposits** |
|---|---|
| 12/01/2022  Sales of Product Income Deposit - Gallagher | 1,145.42 |
| 12/20/2022  Deposit – ADP Refund for overpayment of 3rd qtr taxes | 12,097.86 |
| 12/21/2022  Dividend Finance deposit for M. Farooq home Completed 9/19/2022 | 39,414.31 |
| 12/30/2022  Service repair J. Kilgore | 300.00 |
| Total Receipts | $52,957.59 |