# EXHIBIT D

**CASH DISBURSEMENTS**

**SPECTACULAR SOLAR, INC.**

| Date | # | Payee | Account | Memo | Payment |
|---|---|---|---|---|---|
| 12/01/2022 | 1522 | Green Building Solution | Accounts Payable (A/P) | Shakti Roof Re | 1,400.00 |
| 12/01/2022 | 1523 | Green Building Solution | Accounts Payable (A/P) | EZ Marine Up | 800.00 |
| 12/01/2022 | 1525 | South Brunswick Town... | Cost of Goods Sold:Pe... | Farooq: 10 Blu | 902.00 |
| 12/01/2022 | 1526 | Mantua Township | Cost of Goods Sold:Pe... | Gallagher 668 | 1,000.00 |
| 12/01/2022 | 1528 | Boost Web Studio L... | Accounts Payable (A/P) | | 69.00 |
| 12/01/2022 | 120122 | Aerocompact Inc. | Accounts Payable (A/P) | Days Inn-Racking | 1,999.50 |
| 12/01/2022 | 120122 | Wells Fargo Bank | Fees/wires | Aerocompact ... | 30.00 |
| 12/02/2022 | 120222 | SELECTIVE Insur | Insurance | | 816.00 |
| 12/02/2022 | 120222 | ADP Payroll Fees | Accounts Payable (A/P) | | 346.26 |
| 12/05/2022 | 1517 | Cragwood Investments | Accounts Payable (A/P) | Dec 2022 Rent | 2,320.50 |
| 12/05/2022 | 1518 | Al Francesco | Payroll | | 4,650.00 |
| 12/05/2022 | 1519 | SOKSJR LLC | Accounts Payable (A/P) | | 10,000.00 |
| 12/05/2022 | 120522 | NJ EZ Pass | Cost of Goods Sold:Co... | Fleet | 570.00 |
| 12/06/2022 | 1505 | Doug Heck Prd Stock | Treasury Stk | Repurchase | 5,000.00 |
| 12/06/2022 | 1531 | Joaquin Morales Bol... | Cost of Goods Sold:Co... | Gas | 20.00 |
| 12/06/2022 | 1532 | Jose Delgado | Vendor | Gas/Home Depot | 156.59 |
| 12/06/2022 | 120622 | Wells Fargo Bank | Fees/wire | Wire Pyrl Tax | 30.00 |
| 12/06/2022 | 120622 | ADP Tax | Accounts Payable (A/P) | Payroll Tax | 12,100.00 |
| 12/08/2022 | 120822 | Speedway | Cost of Goods Sold: | Gas | 25.02 |
| 12/09/2022 | 1533 | Jose Delgado | Cost of Goods Sold:Co... | 11/24-12/7/22 | 2,166.76 |
| 12/09/2022 | 1534 | Franklin Campana | Cost of Goods Sold:Co... | 11/24-12/7/22 | 2,178.34 |
| 12/09/2022 | 1537 | Francisco O Gomez | Cost of Goods Sold:Co... | 11/24-12/7/22 | 2,052.26 |
| 12/09/2022 | 1538 | Francisco O Gomez | Cost of Goods Sold:Co... | Commission In... | 1,881.76 |
| 12/09/2022 | 1539 | Fernando Gonzalez | Cost of Goods Sold:Co... | 11/24-12/7/22 | 2,254.53 |
| 12/09/2022 | 1540 | Michael Grynberg. | Office/General Admini... | 11/24-12/7/22 ... | 1,293.37 |
| 12/09/2022 | 1542 | Douglas Heck | Office/General Admini... | 11/24-12/7/22 ... | 1,735.91 |
| 12/09/2022 | 1543 | Douglas Heck | Office/General Admini... | 11/24-12/7/22 ... | 1,735.90 |

| Date | # | Payee | Account | Memo | Payment |
|---|---|---|---|---|---|
| 12/09/2022 | 1544 | Joaquin Morales Bol... | Cost of Goods Sold | 11/24-12/7/22 | 1,940.74 |
| 12/09/2022 | 1545 | Angela Martins. | Office/General Admini... | 11/24-12/7/22 ... | 816.01 |
| 12/09/2022 | 1546 | Angela Martins. | Office/General Admini... | 11/24-12/7/22 ... | 816.01 |
| 12/09/2022 | 1547 | Joseph Mastorio | Cost of Goods Sold . | 11/24-12/7/22 | 1,788.23 |
| 12/09/2022 | 1548 | Apolinario Roman | Cost of Goods Sold | 11/24-12/7/22 | 1,185.53 |
| 12/09/2022 | 1550 | Maria Camila Riguer... | Office/General Admini... | 11/24-12/7/22 | 1,039.59 |
| 12/09/2022 | 1551 | Waldir Quindes | Accounts Payable (A/P) | Ops Consultant: | 787.50 |
| 12/09/2022 | 1552 | Waldir Quindes | Accounts Payable (A/P) | Ops Consultant: | 787.50 |
| 12/09/2022 | 1553 | Michael Grynberg. | Office/General Admini... | 11/24-12/7/22 ... | 1,293.37 |
| 12/09/2022 | 120922 | USPS | Cost of Goods Sold | | 22.60 |
| 12/14/2022 | 121422 | United Rentals | Cost of Goods Sold:Co... | Days Inn-Lift | 1,145.42 |
| 12/15/2022 | 121522 | TG Marketing | Accounts Payable (A/P) | Solar Leads | 570.00 |
| 12/16/2022 | 1555 | Jose Delgado- | Vendor Cost of Goods | Stipend-Meals... | 175.00 |
| 12/16/2022 | 1556 | Andi Escobar Portillo | Cost of Goods Sold:Co... | Stipend: 2.5 days | 125.00 |
| 12/16/2022 | 1557 | Apolinario Roman | Cost of Goods Sold:Co... | Stipend: 2.5 days | 125.00 |
| 12/16/2022 | 1560 | Joe Mastorio | Cost of Goods Sold:Co... | Gas | 168.44 |
| 12/16/2022 | 1561 | Joaquin Morales Bol... | Cost of Goods Sold:Co... | Stipend 2.5 day | 125.00 |
| 12/16/2022 | 121622 | UNIRAC | Accounts Payable (A/P) | Engineering | 835.00 |
| 12/21/2022 | 1573 | Joe Mastorio | Cost of Goods Sold:Co... | Gas | 164.61 |
| 12/21/2022 | 1574 | Jose Delgado | Cost of Goods Sold:Co... | Gas | 296.59 |
| 12/21/2022 | 1575 | Joaquin Morales Bol... | Cost of Goods Sold:Co... | Gas | 85.00 |
| 12/21/2022 | 122122 | TG Marketing | Accounts Payable | Solar Leads | 570.00 |
| 12/22/2022 | 1564 | Technology Visionar... | Accounts Payable | IT Services | 1,827.48 |
| 12/22/2022 | 122222 | BP | Cost of Goods Sold:Co... | | 38.63 |
| 12/23/2022 | 1576 | Franklin Campana | Cost of Goods Sold:Co... | 12/8-12/21/22 | 2,250.32 |
| 12/23/2022 | 1577 | Jose Delgado | Cost of Goods Sold:Co... | 12/8-12/21/22 | 2,274.17 |
| 12/23/2022 | 1580 | Francisco O Gomez | Cost of Goods Sold:Co... | 12/8-12/21/22 | 2,052.26 |
| 12/23/2022 | 1581 | Fernando Gonzalez | Cost of Goods Sold:Co... | 12/8-12/21/22 | 2,199.38 |
| 12/23/2022 | 1583 | Maria Camila Riguer... | Office/General Admini... | 12/8-12/21/22 | 1,007.88 |
| 12/23/2022 | 1587 | Joaquin Morales Bol... | Cost of Goods Sold:Co... | 12/8-12/21/22 | 2,014.69 |
| 12/23/2022 | 1590 | Joseph Mastorio | Cost of Goods Sold:Co... | 12/8-12/21/22 | 1,759.09 |
| 12/23/2022 | 1591 | Apolinario Roman | Cost of Goods Sold:Co... | 12/8-12/21/22 | 1,372.67 |
| 12/23/2022 | 1594 | Waldir Quindes | Accounts Payable (A/P) | Ops Consultant | 675.00 |
| 12/23/2022 | 1595 | Waldir Quindes | Accounts Payable (A/P) | Ops Consultant | 675.00 |
| 12/23/2022 | 1596 | Andi Escobar Portillo. | Cost of Goods Sold:Co... | 12/8-12/21/22 | 968.31 |
| 12/23/2022 | 122322 | ADP Payroll Fees | Net Payroll - Salaries:... | ADP Fees | 135.00 |
| 12/27/2022 | 1592 | Doug Heck | Cost of Goods Sold | Critter guards | 478.30 |
| 12/27/2022 | 1593 | Fernando Gonzalez | Cost of Goods Sold | Gas | 198.44 |

| Date | # | Payee | Account | Memo | Payment |
|---|---|---|---|---|---|
| 12/27/2022 | 122722 | Fuel 4 Gas | Cost of Goods Sold.. | Gas | 43.31 |
| 12/28/2022 | 122822 | SELECTIVE PMT | Insurance | | 1,625.00 |
| 12/28/2022 | 122822 | TG Marketing | Accounts Payable (A/P) | Solar Leads | 570.00 |
| 12/28/2022 | 122822 | AFCO Insurance | Insurance | Commercial Policy | 3,209.90 |
| 12/29/2022 | 1598 | Jose Delgado | Vendor | | 92.12 |
| 12/29/2022 | 1599 | Jose Delgado | Vendor Cost of Goods Sold:Co... | | 300.00 |
| 12/29/2022 | 1600 | Joseph Mastorio | Cost of Goods Sold:Co... | | 300.00 |
| 12/29/2022 | 1601 | Franklin Campana | Cost of Goods Sold:Co... | | 300.00 |
| 12/29/2022 | 1602 | Apolinario Roman | Cost of Goods Sold:Co... | | 100.00 |
| 12/29/2022 | 1603 | Joaquin Morales Bol... | Cost of Goods Sold:Co... | | 150.00 |
| 12/29/2022 | 1604 | Andi Escobar Portillo. | Cost of Goods Sold:Co... | | 50.00 |
| 12/29/2022 | 1605 | Waldir Quindes | Professional Services | | 300.00 |
| 12/29/2022 | 1606 | Maria Camila Riguer... | Cost of Goods Sold:Co... | | 100.00 |
| 12/29/2022 | 1607 | Joaquin Morales Bol... | Cost of Goods Sold:Co... | | 10.00 |
| 12/29/2022 | 1608 | Jose Delgado | Vendor -split- | | 391.23 |
| 12/29/2022 | 122922 | Yellowfin Logistics | Cost of Goods Sold:Su... | | 125.00 |
| 12/29/2022 | 122922 | UNIRAC | Accounts Payable (A/P) | Joao Furao-Elec | 150.00 |
| 12/29/2022 | 122922 | UNIRAC | Accounts Payable (A/P) | Joao Furao-Struct | 150.00 |
| 12/30/2022 | 1563 | Waldir Quindes | Accounts Payable (A/P) | | 617.21 |
| 12/30/2022 | 123022 | Fountainbleau Diner | Meals & Entertainment | Sunil K. tax advisor | 31.45 |
| 12/30/2022 | 123022 | Fuel 4 Gas | Cost of Goods Sold:Co... | | 40.84 |
| 12/30/2022 | 123022 | ADP | Payroll Fees Net Payroll - | Salaries:P... | 115.42 |
| 12/30/2022 | 123022 | NJ EZ Pass | Cost of Goods Sold:Co... | | 710.00 |