# EXHIBIT F

**SPECTACULAR SOLAR**
Accounts Receivable
December 31, 2022

| Customer | Current | 1-30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Alan Erickson | - | - | - | - | 1,218 | 1,218 |
| Allied Energy | - | - | - | - | 29,515 | 29,515 |
| Cahill, Wilinski, Rhodes & Joyce | - | 400,416 | - | - | - | 400,416 |
| Charlie Auletta | - | - | - | - | 48,059 | 48,059 |
| Chenna Real Estate LLC | - | - | - | - | 325,000 | 325,000 |
| Christine Hooks | - | - | - | - | 800 | 800 |
| Cooper Beverage | - | - | - | 450,000 | - | 450,000 |
| Days Inn-Amelia Associates | - | - | - | - | 200,000 | 200,000 |
| Doing IT Right Technologies | - | - | - | - | 269,000 | 269,000 |
| DSGW LLC | - | - | - | - | 500,000 | 500,000 |
| Halo | - | - | - | - | 16,462 | 16,462 |
| Jimmy Costa | - | - | - | - | 5,100 | 5,100 |
| John Novak | - | - | - | - | 3,138 | 3,138 |
| Jon Miller Car Care Center | - | - | - | - | 213,600 | 213,600 |

| Customer | Current | 1-30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Joseph Battiato | - | - | - | - | 14,448 | 14,448 |
| Lotus Cherry Hill | - | - | - | - | 39,802 | 39,802 |
| Nareen Adusumelli | - | - | - | - | 21,500 | 21,500 |
| Powur Home Construction | - | - | - | - | 21,071 | 21,071 |
| Retro Fitness Customer | - | - | - | - | 75,000 | 75,000 |
| Ryan Caltabiano | - | - | - | - | 17,430 | 17,430 |
| Samir Khopar | - | 35,550 | - | - | - | 35,550 |
| Shakti | - | - | - | - | 231,744 | 231,744 |
| Stockton University | - | - | 42,000 | - | - | 42,000 |
| Ten West Apparel | - | - | - | - | 147,934 | 147,934 |
| Yasir Ahmad | - | - | - | - | 249 | 249 |
| **TOTAL** | - | 435,966 | 42,000 | 450,000 | 2,181,069 | 3,109,035 |