9:49 AM
02/21/23
Accrual Basis

# SPECTACULAR SOLAR, INC.
# Profit & Loss
## December 2022

|  | Dec 22 |
|---|---:|
| **Ordinary Income/Expense** |  |
| **Income** | 475,680.31 |
| **Cost of Goods Sold** |  |
|   **Cost of Goods Sold** |  |
|     Cost of Goods-Pyrl Exp(Taxes) | 7,978.33 |
|     Cost of Goods Payroll | 30,964.17 |
|     Cost of Goods Sold | 2,262.96 |
|     Cost of Goods Sold-Installer's | 2,209.66 |
|     Permits | 1,902.00 |
|     Supplies & Materials - COGS | 12,855.58 |
|     Cost of Goods Sold - Other | 177.53 |
|   **Total Cost of Goods Sold** | 58,350.23 |
| **Total COGS** | 58,350.23 |
| **Gross Profit** | 417,330.08 |
| **Expense** |  |
|   Advertising & Marketing | 2,496.70 |
|   Bank Charges & Fees | 494.20 |
|   Commission | 10,000.00 |
|   Depreciation Expense | 20,104.00 |
|   Engineering | 5,785.00 |
|   Insurance | 16,714.88 |
|   IT Services | 913.80 |
|   Meals & Entertainment | 31.45 |
|   Net Payroll - Salaries | -11,501.18 |
|   **Office/General Administrative E** |  |
|     Admin Payroll Exp | 9,738.04 |
|     Admin Pyrl Expenses(Taxes) | 5,389.39 |
|   **Total Office/General Administrative E** | 15,127.43 |
|   Professional Services | 3,225.00 |
|   Rent & Lease | 2,320.50 |
|   Utilities | 124.00 |
| **Total Expense** | 65,835.78 |
| **Net Ordinary Income** | 351,494.30 |
| **Net Income** | **351,494.30** |