7:45 AM
02/22/23

# SPECTACULAR SOLAR, INC.
## Statement of Cash Flows
### December 2022

|  | Dec 22 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | 351,494.30 |
| Adjustments to reconcile Net Income to net cash provided by operations: |  |
| Accounts Receivable | -435,966.00 |
| Accounts Payable (A/P) | 11,867.74 |
| **Net cash provided by Operating Activities** | -72,603.96 |
| **INVESTING ACTIVITIES** |  |
| Accumulated Depreciation | 20,104.00 |
| **Net cash provided by Investing Activities** | 20,104.00 |
| **FINANCING ACTIVITIES** |  |
| AUTO LOANS:2018 FORD FOCUS Liability | -497.99 |
| AUTO LOANS:2019 Nissan NV - Liability | -424.20 |
| AUTO LOANS:2019 Nissan NV - Liability 1139 | -424.20 |
| Preferred Stock | -5,000.00 |
| **Net cash provided by Financing Activities** | -6,346.39 |
| **Net cash increase for period** | -58,846.35 |
| **Cash at beginning of period** | 101,905.52 |
| **Cash at end of period** | **43,059.17** |