3:32 PM
02/23/23
Cash Basis

# Holmdel Financial Services Inc
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 107.000 · BOA - HOLMDEL OPERATING | 114.77 |
| 111.000 · TD Operating | 17,081.99 |
| 112.000 · TD Payroll | 79.41 |
| 113.000 · TD Taxes | 50.00 |
| **Total Checking/Savings** | 17,326.17 |
| **Other Current Assets** | |
| 205.000 · Prepaid Chapter 11 Retainer | 22,000.00 |
| **Total Other Current Assets** | 22,000.00 |
| **Total Current Assets** | 39,326.17 |
| **Fixed Assets** | |
| 210.000 · Computer Equipment | 74,549.26 |
| 215.000 · Office Equipment | 24,999.92 |
| 216.000 · Telephone System | 27,589.30 |
| 220.000 · Furniture & Fixtures | 127,189.33 |
| 235.000 · Automobiles | -13,011.10 |
| 290.000 · Accum Depn | -157,791.42 |
| **Total Fixed Assets** | 83,525.29 |
| **Other Assets** | |
| 301.000 · Goodwill | 2,175,000.00 |
| 303.000 · Covenant Not To Compete | 165,700.00 |
| 305.000 · DEFERRED LOAN COSTS | 18,014.69 |
| 350.000 · Legal Fees | 17,000.00 |
| 352.000 · Accum Amort- Goodwill | -2,175,000.00 |
| 353.000 · Amortization-Covenant | -165,700.00 |
| 355.000 · AMORTIZATION - LOAN COSTS | -8,154.52 |
| **Total Other Assets** | 26,860.17 |
| **TOTAL ASSETS** | 149,711.63 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2600.00 · INTERCOMPANY TRANSFER | 0.00 |
| **Total Other Current Liabilities** | 0.00 |
| **Total Current Liabilities** | 0.00 |
| **Long Term Liabilities** | |
| 436.000 · CONSOLIDATION LOAN -155200475 | 832,872.82 |
| 506.000 · Stockholder Loans | -559,803.26 |
| **Total Long Term Liabilities** | 273,069.56 |
| **Total Liabilities** | 273,069.56 |
| **Equity** | |
| 610.000 · Retained Earnings | -340,619.04 |
| 612.000 · ADDL PAID IN CAPITAL-STOC | 211,000.00 |
| 625.000 · CAPITAL STOCK (2) | 1,000.00 |
| Net Income | 5,261.11 |
| **Total Equity** | -123,357.93 |
| **TOTAL LIABILITIES & EQUITY** | 149,711.63 |