# Initiate Business Checking℠

December 31, 2022 ■ Page 1 of 7



SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)
50 CRAGWOOD RD
SOUTH PLAINFIELD NJ 07080-2433

## Questions?

*Available by phone Mon–Sat 7:00am–11:00pm
Eastern Time, Sun 9:00am–10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $97,231.89 |
| Deposits/Credits | 52,957.59 |
| Withdrawals/Debits | - 127,028.31 |
| **Ending balance on 12/31** | **$23,161.17** |

Account number: ▨▨▨▨8600
**SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)**

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Wire Trans Svc Charge - Sequence: 221201160131 Srf# Ow00002735989789 Trn#221201160131 Rfb# Ow00002735989789 | | 30.00 | |
| 12/1 | | WT 221201-160131 Bank of America, N. /Bnf=Aerocompact Srf# Ow00002735989789 Trn#221201160131 Rfb# Ow00002735989789 | | 11,999.50 | |
| 12/1 | 1501 | Check | | 6,264.87 | |
| 12/1 | < | Business to Business ACH Debit - IBC EDI Paymts 36293617 Angela Martins | | 1,693.25 | |
| 12/1 | 1513 | Check | | 40.00 | |
| 12/1 | 1507 | Check | | 182.70 | |
| 12/1 | 1509 | Check | | 2,600.00 | |
| 12/1 | 1514 | Check | | 108.17 | |
| 12/1 | 1499 | Check | | 1,018.06 | 73,295.34 |
| 12/2 | 1476 | Check | | 4,500.00 | |
| 12/2 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 221202 799085967351R08 DC Solar Integrators L | | 346.26 | |
| 12/2 | | Selective Ins Selective 221201 000001489607840 Spectacular Solar Inc | | 816.00 | 67,633.08 |
| 12/5 | | Ezpass8882886865 Auto Repl 5P-283481340 Douglas Heck | | 570.00 | |
| 12/5 | 1506 | Check | | 137.16 | |
| 12/5 | 1525 | Check | | 902.00 | |
| 12/5 | 1515 | Check | | 121.10 | 65,902.82 |
| 12/6 | | Wire Trans Svc Charge - Sequence: 221206131444 Srf# 0067674340410849 Trn#221206131444 Rfb# | | 30.00 | |
| 12/6 | | WT 221206-131444 Deutsche Bank Trust /Bnf=ADP Payroll Srf# 0067674340410849 Trn#221206131444 Rfb# | | 12,100.00 | |
| 12/6 | 1519 | Check | | 10,000.00 | |
| 12/6 | 1508 | Check | | 1,124.75 | |
| 12/6 | 1518 | Check | | 4,650.00 | |
| 12/6 | 1528 | Check | | 69.00 | 37,929.07 |
| 12/7 | 1505 | Check | | 5,000.00 | |
| 12/7 | 1474 | Check | | 564.00 | |
| 12/7 | 1526 | Check | | 1,000.00 | 31,365.07 |
| 12/8 | | Purchase authorized on 12/07 Speedway 03442 Matawan NJ S462342062846357 Card 9159 | | 25.02 | |
| 12/8 | 1532 | Deposited OR Cashed Check | | 156.59 | 31,183.46 |
| 12/9 | | Purchase authorized on 12/08 Chipotle 0775 Secaucus NJ S462342697592779 Card 9159 | | 22.60 | |
| 12/9 | 1540 | Check | | 1,293.37 | |
| 12/9 | 1547 | Check | | 1,788.23 | |
| 12/9 | 134 | Check | | 2,178.34 | |
| 12/9 | 1548 | Check | | 1,185.53 | |
| 12/9 | 1544 | Check | | 1,940.74 | 22,774.65 |
| 12/12 | 1533 | Deposited OR Cashed Check | | 2,166.76 | |
| 12/12 | 1539 | Cashed Check | | 2,254.53 | |
| 12/12 | 1538 | Check | | 1,881.76 | |
| 12/12 | 1537 | Check | | 2,052.26 | |
| 12/12 | 1550 | Check | | 1,039.59 | 13,379.75 |
| 12/13 | 1523 | Check | | 800.00 | |
| 12/13 | 1522 | Check | | 1,400.00 | 11,179.75 |
| 12/14 | | Recurring Payment authorized on 12/12 United Rentals #01 888-481-2660 NC S582346573693694 Card 9159 | | 1,145.42 | |
| 12/14 | 1545 | Check | | 816.01 | 9,218.32 |
| 12/15 | 1517 | Check | | 2,320.50 | |
| 12/15 | 1542 | Check | | 1,735.91 | |
| 12/15 | 1531 | Check | | 20.00 | 5,141.91 |
| 12/16 | | Purchase authorized on 12/15 Tg Marketing 800-9698518 CA S382349586804604 Card 9159 | | 570.00 | |
| 12/16 | | Purchase authorized on 12/15 Sq *Unirac, Inc Gosq.Com NM S302349808946697 Card 9159 | | 835.00 | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/16 | | Recurring Payment Reversal on 12/13 United Rentals #01 Charlotte NC S302345594048590 Card 9159 | 1,145.42 | | |
| 12/16 | 1551 | Check | | 787.50 | |
| 12/16 | 1556 | Check | | 125.00 | |
| 12/16 | 1557 | Check | | 125.00 | |
| 12/16 | 1561 | Check | | 125.00 | 3,719.83 |
| 12/20 | | WT Seq#65707 WF Return Wires IN Proc /Org= Srf# 2022121600199528 Trn#221220065707 Rfb# | 12,097.86 | | |
| 12/20 | 1555 | Deposited OR Cashed Check | | 175.00 | |
| 12/20 | 1560 | Check | | 168.44 | 15,474.25 |
| 12/21 | | Fifth Third Bank Disbursemt SD1700 Spectacular Solar | 39,414.31 | | |
| 12/21 | | Purchase authorized on 12/20 Tg Marketing 800-9698518 CA S462354592065415 Card 9159 | | 570.00 | |
| 12/21 | 1573 | Check | | 164.61 | 54,153.95 |
| 12/22 | | Purchase authorized on 12/21 Bp#1505300Matawan Matawan NJ S462355794901517 Card 9159 | | 38.63 | |
| 12/22 | 1577 | Deposited OR Cashed Check | | 2,274.17 | |
| 12/22 | 1553 | Check | | 1,293.37 | |
| 12/22 | 1596 | Check | | 968.31 | |
| 12/22 | 1590 | Check | | 1,759.09 | |
| 12/22 | 1587 | Check | | 2,014.69 | |
| 12/22 | 1576 | Check | | 2,250.32 | 43,555.37 |
| 12/23 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 221223 929326943377R08 DC Solar Integrators L | | 135.00 | |
| 12/23 | 1543 | Check | | 1,735.90 | |
| 12/23 | 1580 | Check | | 2,052.26 | |
| 12/23 | 1591 | Check | | 1,372.67 | |
| 12/23 | 1581 | Check | | 2,199.38 | |
| 12/23 | 1546 | Check | | 816.01 | |
| 12/23 | 1594 | Check | | 675.00 | |
| 12/23 | 1552 | Check | | 787.50 | 33,781.65 |
| 12/27 | | Purchase authorized on 12/24 Fuel 4 Gas & Diese Jersey City NJ S462358747879481 Card 9159 | | 43.31 | 33,738.34 |
| 12/28 | | Purchase authorized on 12/27 Tg Marketing 800-9698518 CA S462361745827552 Card 9159 | | 570.00 | |
| 12/28 | | Selective Ins Selective 221227 000001496243640 Spectacular Solar Inc | | 1,625.00 | |
| 12/28 | < | Business to Business ACH Debit - Afco Credit Corp Payments 221227 10788455 Spectacular Solar, Inc | | 3,209.90 | |
| 12/28 | 1583 | Check | | 1,007.88 | |
| 12/28 | 1575 | Check | | 85.00 | 27,240.56 |
| 12/29 | | ATM Check Deposit on 12/29 1115 Highway 34 Matawan NJ 0003252 ATM ID 6536O Card 9159 | 300.00 | | |
| 12/29 | | Purchase authorized on 12/28 Yellowfin Logistic 702-780-1552 NV S582362619389120 Card 9159 | | 125.00 | |
| 12/29 | | Purchase authorized on 12/28 Sq *Unirac, Inc Gosq.Com NM S382362639588553 Card 9159 | | 150.00 | |
| 12/29 | | Purchase authorized on 12/28 Sq *Unirac, Inc Gosq.Com NM S302362642252438 Card 9159 | | 150.00 | |
| 12/29 | 1598 | Deposited OR Cashed Check | | 92.12 | |
| 12/29 | 1574 | Deposited OR Cashed Check | | 296.59 | |
| 12/29 | 1599 | Deposited OR Cashed Check | | 300.00 | |
| 12/29 | 1592 | Check | | 478.30 | |
| 12/29 | 1604 | Check | | 50.00 | |
| 12/29 | 1600 | Check | | 300.00 | |
| 12/29 | 1601 | Check | | 300.00 | |
| 12/29 | 1603 | Check | | 150.00 | 25,148.55 |
| 12/30 | | Purchase authorized on 12/28 Fontainbleau Resta Piscataway NJ S302362596974893 Card 9159 | | 31.45 | |
| 12/30 | | Purchase authorized on 12/29 Fuel 4 Gas & Diese Jersey City NJ S382363838295818 Card 9159 | | 40.84 | |
| 12/30 | 1608 | Deposited OR Cashed Check | | 391.23 | |
| 12/30 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 221230 927926723590R08 DC Solar Integrators L | | 115.42 | |

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/30 | | Ezpass8882886865 Auto Repl 5P-285662109 Douglas Heck | | 710.00 | |
| 12/30 | 1602 | Check | | 100.00 | |
| 12/30 | 1605 | Check | | 300.00 | |
| 12/30 | 1593 | Check | | 198.44 | |
| 12/30 | 1606 | Check | | 100.00 | 23,161.17 |
| Ending balance on 12/31 | | | | | 23,161.17 |
| Totals | | | $52,957.59 | $127,028.31 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 134 * | 12/9 | 2,178.34 | 1533 | 12/12 | 2,166.76 | 1575 | 12/28 | 85.00 |
| 1474 * | 12/7 | 564.00 | 1537 * | 12/12 | 2,052.26 | 1576 | 12/22 | 2,250.32 |
| 1476 * | 12/2 | 4,500.00 | 1538 | 12/12 | 1,881.76 | 1577 | 12/22 | 2,274.17 |
| 1499 * | 12/1 | 1,018.06 | 1539 | 12/12 | 2,254.53 | 1580 * | 12/23 | 2,052.26 |
| 1501 * | 12/1 | 6,264.87 | 1540 | 12/9 | 1,293.37 | 1581 | 12/23 | 2,199.38 |
| 1505 * | 12/7 | 5,000.00 | 1542 * | 12/15 | 1,735.91 | 1583 * | 12/28 | 1,007.88 |
| 1506 | 12/5 | 137.16 | 1543 | 12/23 | 1,735.90 | 1587 * | 12/22 | 2,014.69 |
| 1507 | 12/1 | 182.70 | 1544 | 12/9 | 1,940.74 | 1590 * | 12/22 | 1,759.09 |
| 1508 | 12/6 | 1,124.75 | 1545 | 12/14 | 816.01 | 1591 | 12/23 | 1,372.67 |
| 1509 | 12/1 | 2,600.00 | 1546 | 12/23 | 816.01 | 1592 | 12/29 | 478.30 |
| 1513 * | 12/1 | 40.00 | 1547 | 12/9 | 1,788.23 | 1593 | 12/30 | 198.44 |
| 1514 | 12/1 | 108.17 | 1548 | 12/9 | 1,185.53 | 1594 | 12/23 | 675.00 |
| 1515 | 12/5 | 121.10 | 1550 * | 12/12 | 1,039.59 | 1596 * | 12/22 | 968.31 |
| 1517 * | 12/15 | 2,320.50 | 1551 | 12/16 | 787.50 | 1598 * | 12/29 | 92.12 |
| 1518 | 12/6 | 4,650.00 | 1552 | 12/23 | 787.50 | 1599 | 12/29 | 300.00 |
| 1519 | 12/6 | 10,000.00 | 1553 | 12/22 | 1,293.37 | 1600 | 12/29 | 300.00 |
| 1522 * | 12/13 | 1,400.00 | 1555 * | 12/20 | 175.00 | 1601 | 12/29 | 300.00 |
| 1523 | 12/13 | 800.00 | 1556 | 12/16 | 125.00 | 1602 | 12/30 | 100.00 |
| 1525 * | 12/5 | 902.00 | 1557 | 12/16 | 125.00 | 1603 | 12/29 | 150.00 |
| 1526 | 12/7 | 1,000.00 | 1560 * | 12/20 | 168.44 | 1604 | 12/29 | 50.00 |
| 1528 * | 12/6 | 69.00 | 1561 | 12/16 | 125.00 | 1605 | 12/30 | 300.00 |
| 1531 * | 12/15 | 20.00 | 1573 * | 12/21 | 164.61 | 1606 | 12/30 | 100.00 |
| 1532 | 12/8 | 156.59 | 1574 | 12/29 | 296.59 | 1608 * | 12/30 | 391.23 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



*Monthly service fee summary (continued)*

| Fee period 12/01/2022 - 12/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $30,499.00 ☑ |
| • Minimum daily balance | $500.00 | $3,719.83 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 82 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✓ IMPORTANT ACCOUNT INFORMATION

ATM Check Deposit Limit

Effective March 15, 2023, we are changing the following paragraph in the "Our right to decline deposits" subsection within the "Depositing Funds" section of the Deposit Account Agreement:

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion.

The new paragraph is as follows:

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline check deposits that exceed $1 million.



Effective January 31, 2023, in the section of your Deposit Account Agreement ("Agreement") titled "Available Balance, Posting Transactions, and Overdraft", under the subsection "How we process and post transactions to your account", the section titled "Step 2: we sort your transactions into categories" is deleted and replaced with the following:

Step 2: we sort your transactions into categories

- We credit deposits received before the cutoff time.

- We subtract withdrawals and payments we have previously authorized that we cannot return unpaid such as debit card purchases, ATM withdrawals, account transfers, Bill Pay transactions, and teller-cashed checks. Transactions are generally sorted by date and time the transaction was conducted or, for some transactions, the day we receive it for payment, or the time assigned by our system. If date and time are the same, we post from lowest to highest dollar amount.

- We pay your checks and preauthorized ACH payments, such as electronic payments you have authorized a company to withdraw using your account and routing number. Transactions are generally sorted by date and time received by the Bank, and if date and time are the same, we post from lowest to highest dollar amount. Merchant-issued payment card transactions (e.g., an ACH payment associated with a purchase you made using a store-issued debit card) post after all other transactions in this category.

Determining Date and Time

- Cutoff time is based on the location where the deposit or transfer was made.

- For debit card transactions, if we do not have date and time information, we use the day we receive it for payment from the merchant.

- For some transactions, such as Bill Pay or teller-cashed checks, a different time may be assigned by our systems.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Tax Season Reminder: Wells Fargo delivers tax documents - either by mail or online depending on your delivery preference - no later than January 31 or by the IRS deadline of February 15 for brokerage accounts. Depending on the U.S. Postal delivery service, you should expect to receive your tax documents no later than the end of February. You can update your tax document delivery preferences by visiting Wells Fargo Online®.

The Internal Revenue Service (IRS) requires Wells Fargo to report information regarding the amount of interest, dividend or miscellaneous income earned as well as gross proceeds from sales by providing you with various IRS Forms 1099 based on the different types of transactions that occurred in your account during the calendar tax year (the IRS reportable threshold). For example, if you have interest or dividends in the amount of $10 or more during that timeframe, you will receive a Form 1099-INT from Wells Fargo.

For more information, visit Wells Fargo Tax Center at https://www.wellsfargo.com/tax-center/.

---

Other Wells Fargo Benefits

Shopping online this Holiday Season? Avoid scams by watching for red flags like pressure to buy right away, rude or pushy language, or unusually specific ways to pay such as gift cards, crypto or payment apps. Learn more at www.wellsfargo.com/security.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                    TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801