UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GILLMAN, BRUTON & CAPONE, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtor- In-Possession
MARC C. CAPONE MC4795

In Re:

**Spectacular Solar, Inc.**

Case No.: **22-15822**

Judge: **Christine M. Gravelle**

Chapter: **11**

## CERTIFICATION OF BALLOTING

I, Marc C. Capone, Esq., hereby certify as follows:

1. I am a member of the law firm of Gillman, Bruton & Capone, LLC, the attorney for the Debtor in the above captioned Chapter 11 Sub V case. I make this Certification of Balloting pursuant to rule 3018-2 of the Local Rules of Procedure governing the United States Bankruptcy Court for the District of New Jersey. The hearing on confirmation of the Debtor's First Modified Small Business Plan pursuant to Subchapter V of Chapter 11 is scheduled for March 21, 2023.

2. The bar date for filing ballots was March 14, 2023. Prior to the bar date, I received a total of ten (10) ballots.

3. Of the ten (10) ballots cast, one (1) is from Impaired Class 2 and three (3) are from Impaired Class 4, general unsecured creditors; one (1) is from the Impaired Class 5, preferred stockholders and five (5) are from the Impaired Class 6, equity holders.

4.  The member of Class 2 secured creditor, Kapitus Servicing, Inc., as provided in the Stipulation of Settlement (Docket entry no. 52) cast its ballot to <u>accept</u> the Debtor's Plan of Reorganization. Kapitus's secured claim is in the amount of $223,000.00.

5.  The members of Class 4, general unsecured creditors, First Friends, Inc. through their agent/attorney Steven Krapf, Esq. cast its ballot to <u>accept</u> the Debtor's Plan of Reorganization it's claim is in the amount of $304,035.00. Euler Hermes, assignee of Soligent Distribution LLC through its agent Allianz Trade cast its ballot to <u>accept</u> the Debtor's Plan of Reorganization, it's claim is in the amount of $51,902.51 and Kapitus Servicing, Inc., as provided in the Stipulation of Settlement (Docket entry no. 52) cast its ballot to <u>accept</u> the Debtor's Plan of Reorganization. Kapitus's general unsecured claim is in the amount of $90,639.06.

6.  The member of Class 5, preferred stockholders, Doug Heck case a ballot to <u>accept</u> the Plan of Reorganization.

7.  The members of Class 6, equity holders, Geoffrey Deacon, Thomas Domanski, John Leonard Evans; William W. Thompson and Margaret E. Fisher al cast ballots to <u>accept</u> the Debtor's Plan of Reorganization.

|  | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 1 | No | 0 | 0 | 0 |  | $0.00 | $0.00 | 0% | N/A |
| CLASS 2 | Yes | 1 | 1 | 0 | 100% | $223,000.00 | $0.00 | 100% | Yes |
| CLASS 3 | No |  |  |  |  |  |  |  | N/A |
| CLASS 4 | Yes | 3 | 3 | 0 | 100% | $446,576.57 | $0.00 | 100% | Yes |
| CLASS 5 | Yes | 1 | 1 | 0 | 100% | $0.00 | $0.00 | 100% | Yes |
| CLASS 6 | Yes | 5 | 5 | 0 | 100% | $0.00 | $0.00 | 100% | Yes |

      I hereby certify, under penalty of perjury, that all of the above statements are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: 3/16/2023                             */s/ Marc C. Capone*
                                               MARC C. CAPONE, ESQ.
                                               Gillman, Bruton & Capone, LLC
                                               Counsel for Debtor-In-Possession