# United States Bankruptcy Court
# District of New Jersey

Case No.: __22-18522__

**Chapter 11**

*STATEMENT REGARDING NAMING AL FRANCESCO AS CEO OF SPECTACULAR SOLAR INC.*

I, Douglas Heck, declare under penalty of perjury that I am the CEO and sole preferred stock shareholder of Spectacular Solar Corp. and that on the 20th of January 2023; the following resolution was duly adopted by the shareholders of this Corporation:

Be it therefore resolved, that, Al Francesco, of this Corporation, is named as the new duly authorized Chief Executive Officer with Douglas Heck stepping down as the Chief Executive Officer immediately. Mr. Heck will remain with the Company in the capacity as a Vice President of Sales.

Mr. Heck will forego his preferred shares and submit them to the Company for $5,000.

Executed on: 01/20/2023

_____
DOUGLAS HECK
Spectacular Solar Corp.