UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruon & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone # 732-528-1166
Fax #732-528-4458
mcapone@gbclawgroup.com

In Re:

Spectacular Solar Corp.

Case No.:        22-18522

Chapter:         11 Sub V

Hearing Date:    March 21, 2023

Judge:           CMG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled           ☒ Withdrawn

Matter: Motion for Order to Allow the Debtor-In-Possession to Assume/Reject Executory Contracts Pursuant to 11 U.S.C. §365

Date: 3/17/2023

/s/ Marc C. Capone
Signature

*rev.8/1/15*