UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 661-1664
Attorney for Debtor-In-Possession
By: Marc C. Capone, Esq.

In Re:

**Spectacular Solar Corp.**

Debtor

Case No.: **22-18522**

Judge:   **Christine M. Gravelle**

Chapter:   **11   Sub V**

Hearing Date:  April 25, 2023

**NOTICE OF MOTION FOR AN ORDER TO ALLOW THE DEBTOR-IN-POSSESSION TO ASSUME /REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365**

To:  Office of the United States Trustee
     1 Newark Center, Suite 2100
     Newark, NJ 07102

All Parties on attached Service List

**PLEASE TAKE NOTICE** that on April 25, 2023 at 10:00am or as soon thereafter as counsel may be heard, the undersigned attorneys for the Debtor in Possession in the within bankruptcy proceeding will move before the Honorable Christine M. Gravelle, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey- Courtroom #3 for an Order to Allow the Debtor-In-Possession to Assume/Reject Executory Contracts Pursuant to 11 U.S.C. §365.

**PLEASE TAKE FURTHER NOTICE** that upon the return date of the within motion

4892-4707-7207, v. 1

the undersigned shall rely upon the application in support of the motion, the certification of Al Fransesco and oral arguments of counsel, if necessary.

**PLEASE TAKE FURTHER NOTICE** that the Debtor herewith submits no brief or memorandum of law in connection with this motion because the relief sought is statutory pursuant to 11 U.S.C. §365.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 9013 of the Rules of Procedure governing the practice before the United States Bankruptcy Court for the District of New Jersey, this motion may be deemed uncontested if no one files written opposition and serves same on counsel for the moving party seven days before the return date. If no responsive pleading is filed the Court may enter the relief requested on the papers submitted.

                            GILLMAN, BRUTON & CAPONE, LLC
                            Attorneys for Spectacular Solar Corp.
                            Debtor in Possession

Date: 3/17/2023            By: */s/ Marc C. Capone*
                                  MARC C. CAPONE