# EXHIBIT C

**CASH RECEIPTS**

**SPECTACULAR SOLAR, INC.**

| **1/01/2023 - 1/31/20223** | | **Deposits** |
|---|---|---:|
| 1/01/2023 | Reconciling item | 307.46 |
| 1/03/2023 | Sales of Product Income Deposit – Rhodes Surf City | 41,000.00 |
| 1/06/2023 | Furao Deposit | 5,183.00 |
| 1/13/2023 | Service - Blanc | 4,779.46 |
| 1/18/2023 | Service repair Hooks | 272.21 |
| 1/20/2023 | Deposit Satish Kunamaneni | 2,000.00 |
| 1/23/2023 | – Deposit Rhodes Haddon Ave | 50,000.00 |
| **Total Receipts** | | **$103,542.13** |