# EXHIBIT D

**Cash Disbursements**

| Date | Number | Payee | Account | Memo | Payment |
|---|---|---|---|---|---|
| 1/3/2023 | 1610 | Township of Ocean | Permits | Hoelle | 593.00 |
| 1/3/2023 | 1611 | Allen AME Church | Sales Discounts-Allowance | Rebate | 1,124.75 |
| 1/3/2023 | 1597 | Moutis LLC | Sales Discounts-Allowance | Rebate | 1,279.79 |
| 1/3/2023 | 1614 | Consolidated Electrical Dist. | Accounts Payable (A/P) | HOELLE | 10,150.12 |
| 1/3/2023 | 1630 | Cooper Electric Supply Co. | Accounts Payable (A/P) | HOELLE | 523.98 |
| 1/3/2023 | 1631 | Christine Hooks | Referral Fee | HOELLE | 500.00 |
| 1/3/2023 | 10323 | Roofer | Cost of Goods Sold | HOELLE | 1,000.00 |
| 1/4/2023 | 10423 | SELECTIVE PMT | Insurance | Auto | 836.00 |
| 1/4/2023 | 10423 | TG Marketing | Accounts Payable (A/P) | LEADS | 570.00 |
| 1/5/2023 | 1633 | LKC Heating and Air | Cost of Goods Sold | VERSHA to comply with town Ordinance | 1,012.94 |
| 1/6/2023 | 1634 | Franklin Campana | Cost of Goods Payroll | 12/22/22-1/4/23 | 2,159.84 |
| 1/6/2023 | 1635 | Jose Delgado | Cost of Goods Payroll | 12/22/22-1/4/23 | 2,053.21 |
| 1/6/2023 | 1636 | Francisco O Gomez | Cost of Goods Payroll | 12/22/22-1/4/23 | 486.00 |
| 1/6/2023 | 1637 | Fernando Gonzalez | Cost of Goods Payroll | 12/22/22-1/4/23 | 1,903.11 |
| 1/6/2023 | 1638 | Andi Escobar Portillo. | Cost of Goods Payroll | 12/22/22-1/4/23 | 1,275.46 |
| 1/6/2023 | 1643 | Joaquin Morales Bolvito | Cost of Goods Payroll | 12/22/22-1/4/23 | 1,875.42 |
| 1/6/2023 | 1640 | Joseph Mastorio | Cost of Goods Payroll | 12/22/22-1/4/23 | 1,794.83 |
| 1/6/2023 | 1644 | Apolinario Roman | Cost of Goods Payroll | 12/22/22-1/4/23 | 1,259.65 |
| 1/6/2023 | 1642 | Maria Camila Rigueros Romero | Admin Payroll Exp | 12/22/22-1/4/23 | 1,023.07 |
| 1/6/2023 | 1646 | Harbor Freight Tools | Supplies & Materials - COGS | Safety | 93.68 |
| 1/6/2023 | 1647 | Harbor Freight Tools | Supplies & Materials - COGS | Safety | 398.11 |
| 1/6/2023 | 1645 | Home Depot | Supplies & Materials - COGS | Safety | 223.56 |
| 1/6/2023 | 10623 | ADP Payroll Fees | Payroll Service Fees | | 115.42 |
| 1/6/2023 | 10623 | Harbor Freight Tools | Supplies & Materials - COGS | Winch | 34.10 |
| 1/9/2023 | 1648 | Harbor Freight Tools | Supplies & Materials - COGS | Samir Khopar | 406.05 |
| 1/9/2023 | 1650 | Waldir Quindes | Accounts Payable (A/P) | Ops Consultant | 675.00 |
| 1/9/2023 | 1651 | Waldir Quindes | Accounts Payable (A/P) | Ops Consultant | 675.00 |
| 1/9/2023 | 10923 | EForms | Office Expense | Bi-Laws | 45.00 |
| 1/9/2023 | 10923 | Fuel 4 Gas | Cost of Goods Sold | Gas | 40.00 |
| 1/10/2023 | 11023 | Fuel 4 Gas | Cost of Goods Sold | Gas | 53.67 |
| 1/10/2023 | 11023 | Progressive Hydraulic | Supplies & Materials - COGS | VERSHA | 133.75 |
| 1/10/2023 | 11023 | Ford Motor Credit | Accounts Payable (A/P) | Auto | 1,033.33 |

| Date | Number | Payee | Account | Memo | Payment |
|---|---|---|---|---|---|
| 1/11/2023 | 1654 | Cooper Electric Supply Co. | Accounts Payable (A/P) | Samir Khopar | 291.79 |
| 1/11/2023 | 1656 | Consolidated Electrical Dist. | Accounts Payable (A/P) | Samir Khopar | 14,442.03 |
| 1/11/2023 | 1657 | Cragwood Investments LLC | Accounts Payable (A/P) | Jan 2023 Rent | 2,320.50 |
| 1/11/2023 | 11123 | TG Marketing | Accounts Payable (A/P) | LEADS | 570.00 |
| 1/12/2023 | 1669 | Consolidated Electrical Dist. | Supplies & Materials - COGS | Satish | 621.22 |
| 1/12/2023 | 11223 | NJ EZ Pass | Cost of Goods Sold | Autos | 570.00 |
| 1/12/2023 | 1676 | Jose Delgado | Cost of Goods Sold | Gas | 267.91 |
| 1/13/2023 | 1673 | Harbor Freight Tools | Supplies & Materials - COGS | | 488.03 |
| 1/13/2023 | 1674 | Harbor Freight Tools | Supplies & Materials - COGS | | 198.08 |
| 1/13/2023 | 1675 | Harbor Freight Tools | Supplies & Materials - COGS | | 207.88 |
| 1/13/2023 | 11323 | AFCO Insurance | Insurance | Commercial Policy | 3,209.90 |
| 1/13/2023 | 1664 | Jose Delgado-Vendor | Cost of Goods Sold | Gas | 48.61 |
| 1/13/2023 | 1665 | Joaquin Morales Bolvito | Cost of Goods Sold | Gas | 20.00 |
| 1/17/2023 | 11723 | Metro Self Storage | Cost of Goods Sold | Storage | 274.50 |
| 1/18/2023 | 11823 | SELECTIVE PMT | Insurance | Auto | 816.00 |
| 1/18/2023 | 11823 | Verizon | Accounts Payable (A/P) | Server | 124.00 |
| 1/18/2023 | 11823 | TG Marketing | Accounts Payable (A/P) | LEADS | 570.00 |
| 1/20/2023 | 1672 | Franklin Campana | Cost of Goods Payroll | 1/5-1/18/23 | 2,111.88 |
| 1/20/2023 | 1671 | Jose Delgado | Cost of Goods Payroll | 1/5-1/18/23 | 2,179.19 |
| 1/20/2023 | 1678 | Fernando Gonzalez | Cost of Goods Payroll | 1/5-1/18/23 | 2,008.54 |
| 1/20/2023 | 1677 | Andi Escobar Portillo. | Cost of Goods Payroll | 1/5-1/18/23 | 1,345.18 |
| 1/20/2023 | 1679 | Joaquin Morales Bolvito | Cost of Goods Payroll | 1/5-1/18/23 | 1,783.65 |
| 1/20/2023 | 1680 | Joseph Mastorio | Cost of Goods Payroll | 1/5-1/18/23 | 1,796.72 |
| 1/20/2023 | 1681 | Apolinario Roman | Cost of Goods Payroll | 1/5-1/18/23 | 1,330.85 |
| 1/20/2023 | 1682 | Maria Camila Rigueros Romero | Admin Payroll Exp | 1/5-1/18/23 | 1,053.11 |
| 1/20/2023 | 1693 | Waldir Quindes | Accounts Payable (A/P) | Ops Consultant | 1,350.00 |
| 1/20/2023 | 1696 | Waldir Quindes | Cost of Goods Sold | Gas | 223.97 |
| 1/20/2023 | 1697 | Waldir Quindes | Cost of Goods Sold | Materials- Jignesh | 588.45 |
| 1/20/2023 | 1698 | Waldir Quindes | Cost of Goods Sold | Gas | 183.45 |
| 1/20/2023 | 12023 | City of Newark | Permits | Escrow-Zoning-AME Church-Certified Check#6777806626 | 2,000.00 |
| 1/20/2023 | 12023 | Wells Fargo | Permits | Escrow-Zoning-AME Church-Certified Check#6777806626-Ck Fee | 10.00 |
| 1/23/2023 | 1699 | Boost Web Studio LLC | Accounts Payable (A/P) | Website | 69.00 |
| 1/24/2023 | 1701 | Consolidated Electrical Dist. | Accounts Payable (A/P) | AME Church | 3,318.66 |
| 1/24/2023 | 1700 | Cooper Electric Supply Co. | Accounts Payable (A/P) | AME Church | 833.25 |
| 1/25/2023 | 12523 | TG Marketing | Accounts Payable (A/P) | LEADS | 570.00 |
| 1/25/2023 | 12523 | Tandem Solar Systems, Inc. | Accounts Payable (A/P) | Panels - Jignesh/Furao | 24,082.00 |
| 1/27/2023 | 1702 | Cooper Electric Supply Co. | Accounts Payable (A/P) | Furao | 334.65 |
| 1/27/2023 | 12923 | Amerihealth | Insurance | Health Insurance | 426.76 |

| Date | Number | Payee | Account | Memo | Payment |
|---|---|---|---|---|---|
| 1/27/2023 | 12723 | UNIRAC | Accounts Payable (A/P) | Structural Concepts-Structural Stamps/Wet Stamps | 1,050.00 |
| 1/30/2023 | 1710 | Doug Heck | Insurance | Health Insurance | 1,270.18 |
| 1/30/2023 | 13023 | Nissan | Accounts Payable (A/P) | Auto | 1,282.60 |
| 1/30/2023 | 13023 | Nissan | Accounts Payable (A/P) | Auto | 1,282.60 |
| 1/30/2023 | 1711 | Aportela Electrical Contracting LC | Accounts Payable (A/P) | Electrical Stamps | 1,375.13 |
| 1/30/2023 | 1712 | Waldir Quindes | -SPLIT- | Materials - Samir | 629.37 |
| 1/31/2023 | 13123 | EBay | Supplies & Materials - COGS | Inverter Samir | 746.36 |
| 1/31/2023 | 13123 | SELECTIVE PMT | Insurance | Auto | 816.00 |