# EXHIBIT F

**SPECTACULAR SOLAR**

**Accounts Receivable**

**January 31, 2023**

| Customer | Current | 1-30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Alan Erickson | - | - | - | - | 1,218 | 1,218 |
| Allied Energy | - | - | - | - | 29,515 | 29,515 |
| Blanc 1 | - | 1,500 | - | - | - | 1,500 |
| C&C Salvage | - | 750 | - | - | - | 750 |
| Cahill, Wilinski, Rhodes & Joyce | - | - | 359,416 | - | - | 359,416 |
| Charlie Auletta | - | - | - | - | 48,059 | 48,059 |
| Chenna Real Estate LLC | - | - | - | - | 325,000 | 325,000 |
| Christina Hoelle | - | 1,426 | - | - | - | 1,426 |
| Christine Hooks | - | - | - | - | 800 | 800 |
| Christine Hurta. | - | 300 | - | - | - | 300 |
| Cooper Beverage | - | - | - | - | 450,000 | 450,000 |
| Days Inn-Amelia Associates | - | - | - | - | 200,000 | 200,000 |
| Doing IT Right Technologies | - | - | - | - | 269,000 | 269,000 |
| DSGW LLC | - | - | - | - | 500,000 | 500,000 |
| Halo | - | - | - | - | 16,462 | 16,462 |
| Jimmy Costa | - | - | - | - | 5,100 | 5,100 |
| John Novak | - | - | - | - | 3,138 | 3,138 |
| Jon Jon Miller Car Care center | - | - | - | - | 213,600 | 213,600 |
| Joseph Battiato | - | - | - | - | 14,448 | 14,448 |
| Lotus Cherry Hill | - | - | - | - | 39,802 | 39,802 |
| MAYAB HAPPY TACOS INC | - | - | - | - | - | - |
| Nareen Adusumelli | - | - | - | - | 21,500 | 21,500 |
| Powur Home Construction | - | - | - | - | 21,071 | 21,071 |
| RAGTO Investments LLC | - | 349,666 | - | - | - | 349,666 |
| Retro Fitness Customer | - | - | - | - | 75,000 | 75,000 |
| Ryan Caltabiano | - | - | - | - | 17,430 | 17,430 |

| Customer | Current | 1-30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Samir Khopar | - | - | 30,367 | - | - | 30,367 |
| Shakti | - | - | - | - | 231,744 | 231,744 |
| Stockton University | - | - | - | 42,000 | - | 42,000 |
| Ten West Apparel | - | - | - | - | 147,934 | 147,934 |
| Yasir Ahmad | - | - | - | - | 249 | 249 |
| **TOTAL AR** | **-** | **353,642** | **389,783** | **42,000** | **2,631,069** | **3,416,494** |