# SPECTACULAR SOLAR, INC.

Balance Sheet
January 31, 2023

## ASSETS

**Current Assets**
  Checking/Savings
    Wells Fargo DIP      6,826

  Accounts Receivable      3,416,494

  Other Current Assets      23,028
**Total Current Assets**      3,446,348

**Fixed Assets**
| | |
|---|---:|
| 2016 Ford F-150 | 29,837 |
| 2016 FORD TRAN C | 21,449 |
| 2016 Nissan NV Cargo | 34,457 |
| 2018 FORD FOCUS | 23,122 |
| 2019 Ford Ranger | 29,187 |
| 2019 FORD TRAN C | 28,529 |
| 2019 Nissan NV - 00102497104480 | 33,988 |
| 2019 Nissan NV - 0010249711398 | 29,635 |
| Accumulated Depreciation | (188,798) |
| **Total Fixed Assets** | 41,406 |

**TOTAL ASSETS**      **3,487,753**

## LIABILITIES & EQUITY

**Current Liabilities**

  Accounts Payable (A/P)      224,380

  Deferred Revenue      1,782,012
Total Loan - Strategic Funding      261,159

| | |
|---|---:|
| **Total Other Current Liabilities** | 2,043,171 |
| | |
| **Total Current Liabilities** | 2,267,551 |
| | |
| **AUTO LOANS** | |
| 2018 FORD FOCUS Liability | 8,771 |
| 2019 Ford Ranger Liability | 19,541 |
| 2019 FORD TRAN C Liability | 12,690 |
| 2019 Nissan NV - Liability | 8,265 |
| 2019 Nissan NV - Liability 1139 | 12,210 |
| **Total AUTO LOANS** | 61,477 |
| | |
| Payroll Protection Loan | 350,000 |
| PPP Loan CFSB | 280,000 |
| SBA Loan Liability | 499,900 |
| **Total LONG TERM DEBT** | 1,129,900 |
| | |
| **Total Long Term Liabilities** | 1,191,377 |
| | |
| **Total Liabilities** | 3,458,928 |
| | |
| **Equity** | |
| Additional Paid In Capital | 725,200 |
| Common Stock | 424,799 |
| Preferred Stock | 297,186 |
| Retained Earnings | (1,712,383) |
| Net Income | 294,023 |
| **Total Equity** | 28,825 |
| | |
| **TOTAL LIABILITIES & EQUITY** | **3,487,753** |