## SPECTACULAR SOLAR, INC.
**Cash Flow**
**January 31, 2023**

**OPERATING ACTIVITIES**

| | |
|---|---:|
| **Net Income** | 294,023 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| Accounts Receivable | (307,459) |
| Accounts Payable (A/P) | 1,577 |
| **Net cash provided by Operating Activities** | (11,859) |
| | |
| **FINANCING ACTIVITIES** | |
| AUTO LOANS:2018 FORD FOCUS Liability | (498) |
| AUTO LOANS:2019 Nissan NV - Liability | (424) |
| AUTO LOANS:2019 Nissan NV - Liability 1139 | (424) |
| **Net cash provided by Financing Activities** | (1,346) |
| | |
| Net cash increase(decrease) for period | (13,205) |
| Cash at beginning of period | 43,059 |
| **Cash at end of period** | 29,854 |