**SPECTACULAR SOLAR, INC.**
**Income Statement**
**January 31, 2023**

| | |
|---|---:|
| **Income** | 408,017 |
| | |
| **Cost of Goods Sold** | |
|   Cost of Goods-Pyrl Exp(Taxes) | (272) |
|   Cost of Goods Payroll | 25,364 |
|   Cost of Goods Sold | 3,603 |
|   Cost of Goods Sold-Installer's | 1,027 |
|   Permits | 3,803 |
|   Supplies & Materials - COGS | 57,852 |
| **Total Cost of Goods Sold** | 91,377 |
| | |
| **Gross Profit** | 316,640 |
| | |
| **Expenses** | |
|   Advertising & Marketing | 2,349 |
|   Bank Charges & Fees | 472 |
|   Commission | 500 |
|   Engineering | 1,050 |
|   Insurance | 10,989 |
| Payroll Service Fees | 115 |
| Office Expense | 45 |
| Admin Payroll Exp | 2,076 |
| Professional Services | 2,700 |
| Rent & Lease | 2,321 |
| **Total Expenses** | 22,617 |
| | |
| **Net Income** | 294,023 |