# Initiate Business Checking

January 31, 2023 ■ Page 1 of 6

SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)
50 CRAGWOOD RD
SOUTH PLAINFIELD NJ 07080-2433

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questons or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $23,161.17 |
| Deposits/Credits | 103,234.67 |
| Withdrawals/Debits | - 111,035.52 |
| Ending balance on 1/31 | $15,360.32 |

Account number: ████8600
SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███████

For Wire Transfers use
Routing Number (RTN): ███████

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/3 | | Deposit Made In A Branch/Store | 41,000.00 | | |
| 1/3 | | ATM Withdrawal authorized on 12/31 1115 Highway 34 Matawan NJ 0003724 ATM ID 65360 Card 9159 | | 1,000.00 | |
| 1/3 | 1607 | Check | | 10.00 | |
| 1/3 | < | Business to Business ACH Debit - Cons Elec 9730 Ced ACH 1152218 Ck 1614 | | 10,150.12 | 53,001.05 |
| 1/4 | | Purchase authorized on 01/03 Tg Marketing 800-9698518 CA S303003615622655 Card 9159 | | 570.00 | |
| 1/4 | | Selective Ins Selective 230103 000001497604293 Spectacular Solar Inc | | 836.00 | 51,595.05 |
| 1/5 | 1630 | Check | | 523.98 | |
| 1/5 | 1595 | Check | | 675.00 | 50,396.07 |
| 1/6 | | Fifth Third Bank Disbursemt SD1700 Spectacular Solar | 5,183.00 | | |
| 1/6 | | Purchase authorized on 01/06 Harbor Freight Tools Hazlet NJ P000000673759239 Card 9159 | | 34.10 | |
| 1/6 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 230106 926326993253R08 DC Solar Integrators L | | 115.42 | |
| 1/6 | 1597 | Check | | 1,279.79 | |
| 1/6 | 1633 | Check | | 1,012.94 | |
| 1/6 | 1647 | Check | | 398.11 | |
| 1/6 | 1642 | Check | | 1,023.07 | |
| 1/6 | 1638 | Check | | 1,275.46 | |
| 1/6 | 1640 | Check | | 1,794.83 | |
| 1/6 | 1643 | Check | | 1,875.42 | |
| 1/6 | 1644 | Check | | 1,259.65 | 45,510.28 |
| 1/9 | | Purchase authorized on 01/06 Eforms Com 844-5336767 FL S383006663880777 Card 9159 | | 45.00 | |
| 1/9 | | Purchase authorized on 01/07 Fuel 4 Gas & Diese Jersey City NJ S303007812421616 Card 9159 | | 40.00 | |
| 1/9 | 1635 | Deposited OR Cashed Check | | 2,053.21 | |
| 1/9 | 1634 | Check | | 2,159.84 | |
| 1/9 | 1637 | Check | | 1,903.11 | |
| 1/9 | 1636 | Check | | 486.00 | |
| 1/9 | 1611 | Check | | 1,124.75 | 37,698.37 |
| 1/10 | | Purchase authorized on 01/09 Progressive Hydrau 201-791-3400 NJ S463009716801812 Card 9159 | | 133.75 | |
| 1/10 | | Purchase authorized on 01/09 Fuel 4 Gas & Diese Jersey City NJ S383010032431759 Card 9159 | | 21.67 | |
| 1/10 | | Purchase authorized on 01/09 Fuel 4 Gas & Diese Jersey City NJ S383010032764978 Card 9159 | | 32.00 | |
| 1/10 | | Ford Motor CR Fordcredit 230109 xxxxx6061 DC Solar Integrators | | 1,033.33 | 36,477.62 |
| 1/11 | | Purchase authorized on 01/10 Tg Marketing 800-9698518 CA S383010754551111 Card 9159 | | 570.00 | |
| 1/11 | 1610 | Check | | 593.00 | |
| 1/11 | < | Business to Business ACH Debit - Cons Elec 9730 Ced ACH 1152218 Ck 1656 | | 14,442.03 | 20,872.59 |
| 1/12 | 1657 | Check | | 2,320.50 | |
| 1/12 | | Ezpass8882886865 Auto Repl 5P-286789641 Douglas Heck | | 570.00 | |
| 1/12 | 1564 | Check | | 1,827.48 | 16,154.61 |
| 1/13 | | Fifth Third Bank Disbursemt SD1700 Spectacular Solar | 4,779.46 | | |
| 1/13 | < | Business to Business ACH Debit - Afco Credit Corp Payments 230112 10978715 Spectacular Solar | | 3,209.90 | |
| 1/13 | 1654 | Check | | 291.79 | |
| 1/13 | 1665 | Check | | 20.00 | 17,412.38 |
| 1/17 | | Purchase authorized on 01/13 Metro Self Storage 732-6979155 NJ S303013691788559 Card 9159 | | 274.50 | |
| 1/17 | 1664 | Deposited OR Cashed Check | | 48.61 | |
| 1/17 | 1676 | Deposited OR Cashed Check | | 267.91 | |
| 1/17 | 1648 | Check | | 406.05 | 16,415.31 |

January 31, 2023 ■ Page 3 of 6



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/18 | | ADP Tax ADP Tax 230118 Rbrwa 7797354Vv DC Solar Integrators L | 123.20 | | |
| 1/18 | | ADP Tax ADP Tax 230118 Rbrwa 8025033Vv DC Solar Integrators L | 149.01 | | |
| 1/18 | | Purchase authorized on 01/17 Tg Marketing 800-9698518 CA S383017768139400 Card 9159 | | 570.00 | |
| 1/18 | | Venzon Paymentrec Urning 6568493830001 Spectacular Solar Corp | | 124.00 | |
| 1/18 | | Selective Ins Selective 230117 000001501463434 Spectacular Solar Inc | | 816.00 | 15,177.52 |
| 1/19 | 1563 | Check | | 617.21 | 14,560.31 |
| 1/20 | | Withdrawal Made In A Branch/Store | | 2,010.00 | |
| 1/20 | 1681 | Check | | 1,330.85 | |
| 1/20 | 1677 | Check | | 1,345.18 | |
| 1/20 | 1672 | Check | | 2,111.88 | |
| 1/20 | 1679 | Check | | 1,783.65 | |
| 1/20 | 1680 | Check | | 1,796.72 | 4,182.03 |
| 1/23 | | Deposit Made In A Branch/Store | 52,000.00 | | |
| 1/23 | 1671 | Deposited OR Cashed Check | | 2,179.19 | |
| 1/23 | 1682 | Check | | 1,053.11 | |
| 1/23 | 1651 | Check | | 675.00 | |
| 1/23 | 1650 | Check | | 675.00 | |
| 1/23 | 1678 | Check | | 2,008.54 | 49,591.19 |
| 1/24 | < | Business to Business ACH Debit - Cons Elec 9730 Ced ACH 1152218 Ck 1701 | | 3,318.66 | 46,272.53 |
| 1/25 | | Purchase authorized on 01/24 Tg Marketing 800-9698518 CA S583024814472037 Card 9159 | | 570.00 | |
| 1/25 | < | Business to Business ACH Debit - Tandem Solar Sys Sale 230125 Spectacular Solar Inc | | 24,082.00 | |
| 1/25 | 1700 | Check | | 833.25 | 20,787.28 |
| 1/27 | | Purchase authorized on 01/26 Sq *Unirac, Inc Gosq.Com NM S463026487538041 Card 9159 | | 1,050.00 | |
| 1/27 | 1631 | Check | | 500.00 | 19,237.28 |
| 1/30 | | Healthinspremium EDI Paymts Rspax0005621343 Joe Mastorio | | 426.76 | |
| 1/30 | 1699 | Check | | 69.00 | 18,741.52 |
| 1/31 | | Selective Ins Selective 230130 000001504879718 Spectacular Solar Inc | | 816.00 | |
| 1/31 | | Nissan Auto Loan 230130 0010249710448 DC Solar I | | 1,282.60 | |
| 1/31 | | Nissan Auto Loan 230130 0010249711398 DC Solar I | | 1,282.60 | 15,360.32 |
| Ending balance on 1/31 | | | | | 15,360.32 |
| Totals | | | $103,234.67 | $111,035.52 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1563 | 1/19 | 617.21 | 1610 * | 1/11 | 593.00 | 1634 | 1/9 | 2,159.84 |
| 1564 | 1/12 | 1,827.48 | 1611 | 1/9 | 1,124.75 | 1635 | 1/9 | 2,053.21 |
| 1595 * | 1/5 | 675.00 | 1630 * | 1/5 | 523.98 | 1636 | 1/9 | 486.00 |

January 31, 2023 ■ Page 4 of 6



## Summary of checks written(continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1640 * | 1/6 | 1,794.83 | 1654 * | 1/13 | 291.79 | 1678 | 1/23 | 2,008.54 |
| 1642 * | 1/6 | 1,023.07 | 1657 * | 1/12 | 2,320.50 | 1679 | 1/20 | 1,783.65 |
| 1643 | 1/6 | 1,875.42 | 1664 * | 1/17 | 48.61 | 1680 | 1/20 | 1,796.72 |
| 1644 | 1/6 | 1,259.65 | 1665 | 1/13 | 20.00 | 1681 | 1/20 | 1,330.85 |
| 1647 * | 1/6 | 398.11 | 1671 * | 1/23 | 2,179.19 | 1682 | 1/23 | 1,053.11 |
| 1648 | 1/17 | 406.05 | 1672 | 1/20 | 2,111.88 | 1699 * | 1/30 | 69.00 |
| 1650 * | 1/23 | 675.00 | 1676 * | 1/17 | 267.91 | 1700 | 1/25 | 833.25 |
| 1651 | 1/23 | 675.00 | 1677 | 1/20 | 1,345.18 | | | |

*Gap in check sequence.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2023 - 01/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $26,021.00 ▫ |
| • Minimum daily balance | $500.00 | $4,182.03 ▫ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 58 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 **IMPORTANT ACCOUNT INFORMATION**

ATM Check Deposit Limit

Effective March 15, 2023, we are changing the following paragraph in the "Our right to decline deposits" subsection within the "Depositing Funds" section of the Deposit Account Agreement:

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit



account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion.

The new paragraph is as follows:

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline check deposits that exceed $1 million.

———————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

———————

The new year is a great time to make sure your security settings are up to date. Take a few minutes now to update your passwords, ensure we have your current contact information (mobile phone number, email), set up account alerts, and enable biometric sign on for the Wells Fargo Mobile® app. Learn more at www.wellsfargo.com/securitytools.



## Important Information You Should Know

•   To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

•   In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

•   If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                     TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801