**Elevated Remodeling LLC**
285 N Broadway
Pennsville, NJ 08070
Phone: 609-543-9190

*Pd*
*8/4/22*
*Ck# 5179*

ELEVATED

# INVOICE

Charles Auletta
478 Daniels Ave
Trenton, NJ 08619
Phone: (609) 584-2239
Email: YDMASTER027@aol.com

INVOICE #121021
Date: 7/29/2022
Terms: Full contract amount due

| DESCRIPTION | AMOUNT |
|---|---|
| Roof Replacement | $14,999 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| ***Original Contract is being canceled by the customer and Solar is not being installed, the full amount is due for work previously completed on the roof of the home |  |
| Total Contract Amount: | $73,484 |
| ***Amendments and/or Discounts: | -$58,485 |
| Amount Paid: | 0.00 |
| Amount Still Due: | $14,999.00 |

Please make all checks payable to "Elevated Remodeling LLC"
**Checks can be mailed to PO Box 512 Carney's Point, NJ 08069**



eling | Phone: 609-543-9190 | www.elevatedremodeling.net



charles t. auletta
barbara m. auletta
478 daniels ave.
mercerville, NJ 08619

5179

8/3/ 20 22

Pay to the Order of: Elevated Remodeling, LLC     $ 14,999.00

Fourteen thousand nine hundred ninety-nine and 00/100 Dollars

investors bank
mercerville office
mercerville, n.j.

For: invoice # 121621

Charles Auletta

⑃221272031⑃ 021905093 7⑃    5179

0910900952
2022-08-16