# EXHIBIT C

## CASH RECEIPTS

**SPECTACULAR SOLAR, INC.**

| 02/01/2023 - 02/28/2023 | Deposits |
|---|---|
| 02/03/2023   J. Furao materials | 15,000.00 |
| 02/06/2023   Satish Final Payment (Did not clear) | 27,596.44 |
| 02/12/2023   Satish Final Payment (re-deposited) | 27,596.44 |
| 02/17/2023   Jignesh Final Payment | 20,585.27 |
| 02/27/2023    J. Furao progress Payment | 11,000.00 |
| **TOTAL RECEIPTS** | **101,778.15** |