# EXHIBIT D

Cash Disbursements

Wells Fargo DIP

| Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|
| 2/1/2023 | 1689 | Cooper Electric Supply Co. | Furao-415 Hickory St- | Accounts Payable (A/P) | 87.00 |
| 2/1/2023 | 1690 | Cooper Electric Supply Co. | Furao-415 Hickory St- | Accounts Payable (A/P) | 21.27 |
| 2/1/2023 | 1658 | Cooper Electric Supply Co. | Furao-415 Hickory St- | Accounts Payable (A/P) | 21.27 |
| 2/1/2023 | 20123 | TG Marketing | Leads | Accounts Payable (A/P) | 570.00 |
| 2/1/2023 | 20123 | Vevor.com | Wire | Supplies & Materials - COGS | 46.99 |
| 2/1/2023 | 20123 | ADP Payroll Fees | Payroll Reports | Payroll Service Fees | 231.40 |
| 2/3/2023 | 1721 | Franklin Campana | 1/19-2/1/23 | Cost of Goods Payroll | 1,598.13 |
| 2/3/2023 | 1722 | Jose Delgado | 1/19-2/1/23 | Cost of Goods Payroll | 1,663.21 |
| 2/3/2023 | 1723 | Andi Escobar Portillo. | 1/19-2/1/23 | Cost of Goods Payroll | 827.30 |
| 2/3/2023 | 1724 | Fernando Gonzalez | 1/19-2/1/23 | Cost of Goods Payroll | 683.20 |
| 2/3/2023 | 1725 | Joaquin Morales Bolvito | 1/19-2/1/23 | Cost of Goods Payroll | 1,302.95 |
| 2/3/2023 | 1726 | Joseph Mastorio | 1/19-2/1/23 | Cost of Goods Payroll | 1,316.15 |
| 2/3/2023 | 1727 | Apolinario Roman | 1/19-2/1/23 | Cost of Goods Payroll | 956.41 |
| 2/3/2023 | 1728 | Maria Camila Rigueros Romero | 1/19-2/1/23 | Admin Payroll Exp | 1,045.25 |
| 2/3/2023 | 1729 | Waldir Quindes | OPS Consultant: Period : 1/23/23-2/3/23 | Accounts Payable (A/P) | 1,350.00 |
| 2/3/2023 | 1730 | Maria Camila Rigueros Romero | Furao-415 Hickory St- | Permits | 191.00 |
| 2/3/2023 | 1731 | Jose Delgado-Vendor | Gas | Cost of Goods Sold Installer's | 204.32 |
| 2/3/2023 | 1737 | Andi Escobar Portillo. | 1/28/2023 | Cost of Goods Payroll | 144.59 |
| 2/3/2023 | 20323 | RJB Fuel | Gas | Cost of Goods Sold | 6.18 |
| 2/3/2023 | 20323 | Bed Bath & Beyond | Office Supplies | Supplies & Materials - COGS | 260.11 |
| 2/6/2023 | 1734 | Cooper Electric Supply Co. | Satish | Accounts Payable (A/P) | 1,444.73 |
| 2/6/2023 | 20623 | Dunkin | Coffee for installers | Cost of Goods Sold | 6.37 |
| 2/6/2023 | 20623 | Roofer | GAF RAGTO | Supplies & Materials - COGS | 1,000.00 |
| 2/6/2023 | 20623 | The Home Depot | Roofing material RAGTO | Supplies & Materials - COGS | 175.92 |
| 2/6/2023 | 20623 | NJ EZ Pass | Travel | Cost of Goods Sold | 710.00 |
| 2/7/2023 | 1691 | Moutis LLC | Feb-23 | Sales Discounts-Allowance | 1,279.79 |
| 2/8/2023 | 1738 | Michael Grynberg. | ABC Supplies  Order#45006739-RAGTO Inv-Roof | Supplies & Materials - COGS | 4,066.56 |
| 2/8/2023 | 1739 | Cragwood Investments LLC | Feb 2023 Rent | Accounts Payable (A/P) | 2,384.96 |
| 2/8/2023 | 1740 | Joseph Mastorio | 2/3/23-Gas-Furao | Cost of Goods Sold-Installer's | 40.00 |
| 2/8/2023 | 1741 | Jose Delgado | 2/3/23-Furao-Home Depot | Supplies & Materials - COGS | 47.03 |
| 2/8/2023 | 1742 | Waldir Quindes | Gas | Cost of Goods Sold-Installer's | 202.22 |

| Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|
| 2/8/2023 | 20823 | Wells Fargo | Satish Ck NSF 2/6/23 | Bank Charges & Fees | 12.00 |
| 2/8/2023 | 20823 | Cobblestone Cotaner Corp. | Ragto Investments- Roof Repair-Container | Supplies & Materials - COGS | 649.00 |
| 2/8/2023 | 20823 | TG Marketing | Leads | Accounts Payable (A/P) | 570.00 |
| 2/10/2023 | 1715 | Allen AME Church | Reimbursment | Sales Discounts-Allowance | 1,124.75 |
| 2/10/2023 | 1744 | PSE&G CO | 10 Blue Jay CT South Brunswick Twp, NJ 08824 | Accounts Payable (A/P) | 69.35 |
| 2/10/2023 | 21023 | Wells Fargo |  | Bank Charges & Fees | 2.50 |
| 2/10/2023 | 21024 | USPS | Furao-415 Hickory St- | Supplies & Materials - COGS | 178.50 |
| 2/10/2023 | 21023 | Harbor Freight Tools | Furao-415 Hickory St- | Supplies & Materials - COGS | 117.72 |
| 2/10/2023 | 21023 | Roofer | Furao-415 Hickory St- | Supplies & Materials - COGS | 1,003.00 |
| 2/10/2023 | 21023 | Wells Fargo |  | Bank Charges & Fees | 2.50 |
| 2/13/2023 | 21323 | BP | Gas | Cost of Goods Sold | 30.00 |
| 2/13/2023 | 21323 | Roofer | Repair | Supplies & Materials - COGS | 1,000.00 |
| 2/13/2023 | 21324 | Roofer | Ragto Investments-Roof Repair | Labor | 4,000.00 |
| 2/14/2023 | 21423 | SELECTIVE PMT | Auto | Insurance | 816.00 |
| 2/15/2023 | 21523 | TG Marketing | Leads | Accounts Payable (A/P) | 570.00 |
| 2/17/2023 | 1751 | Franklin Campana | 2/2-2/15/23 | Cost of Goods Payroll | 2,130.23 |
| 2/17/2023 | 1752 | Jose Delgado | 2/2-2/15/23 | Cost of Goods Payroll | 2,109.45 |
| 2/17/2023 | 1753 | Andi Escobar Portillo. | 2/2-2/15/23 | Cost of Goods Payroll | 1,260.89 |
| 2/17/2023 | 1755 | Fernando Gonzalez | 2/2-2/15/23 | Cost of Goods Payroll | 1,992.98 |
| 2/17/2023 | 1756 | Joaquin Morales Bolvito | 2/2-2/15/23 | Cost of Goods Payroll | 1,755.82 |
| 2/17/2023 | 1770 | Joseph Mastorio | 2/2-2/15/23 | Cost of Goods Payroll | 1,768.28 |
| 2/17/2023 | 1771 | Apolinario Roman | 2/2-2/15/23 | Cost of Goods Payroll | 1,266.78 |
| 2/17/2023 | 1758 | Maria Camila Rigueros Romero | 2/2-2/15/23 | Admin Payroll Exp | 1,006.78 |
| 2/17/2023 | 1772 | Atlantic City Electric | Transformer-Versha | Supplies & Materials - COGS | 1,992.00 |
| 2/17/2023 | 1773 | Jose Delgado-Vendor | Gas | Cost of Goods Sold-Installer's | 185.80 |
| 2/17/2023 | 1774 | Joseph Mastorio | Gas | Cost of Goods Sold-Installer's | 63.75 |
| 2/17/2023 | 1775 | Franklin Campana | Gas | Cost of Goods Sold-Installer's | 54.23 |
| 2/17/2023 | 1776 | Joaquin Morales Bolvito | Gas | Cost of Goods Sold-Installer's | 20.00 |
| 2/17/2023 | 1777 | Jose Delgado-Vendor | Home Depot-Screws | Cost of Goods Sold-Installer's | 95.01 |
| 2/17/2023 | 1554 | Waldir Quindes | Home Depot-Safety Harness | Cost of Goods Sold-Installer's | 165.29 |
| 2/17/2023 | 21723 | Verizon | Internet | Accounts Payable (A/P) | 99.00 |
| 2/17/2023 | 1626 | Waldir Quindes | Consultant: Period : 2/6/23-2/17/23 | Accounts Payable (A/P) | 1,350.00 |
| 2/20/2023 | 1779 | Consolidated Electrical Dist. | Samir-Bridgewater | Accounts Payable (A/P) | 15,799.31 |
| 2/20/2023 | 1779 | Consolidated Electrical Dist. | Samir-Bridgewater | Accounts Payable (A/P) | 35.00 |
| 2/21/2023 | 22123 | Roofer | Repir-Samir Bridgewater | Supplies & Materials - COGS | 1,560.00 |
| 2/22/2023 | 22223 | TG Marketing | Leads | Accounts Payable (A/P) | 570.00 |

| Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|
| 2/23/2023 | 22123 | AFCO Insurance | Commercial Policy | Insurance | 3,209.90 |
| 2/23/2023 | 22323 | Wawa | Lunch for Installers | Cost of Goods Sold | 30.68 |
| 2/23/2023 | 22323 | Boost Web Studio LLC | Website | Accounts Payable (A/P) | 69.00 |
| 2/23/2023 | 22323 | Wawa | Coffee for installers | Cost of Goods Sold | 9.77 |
| 2/24/2023 | 22423 | NJ EZ Pass | Monthly Travel | Cost of Goods Sold | 570.00 |
| 2/27/2023 | 22723 | Raceway Gas | Gas | Cost of Goods Sold | 37.70 |
| 2/28/2023 | 22823 | Amerihealth | Joe Mastorio | Insurance | 426.76 |
| 2/28/2023 | 21423 | SELECTIVE PMT | Auto Insurance | Insurance | 816.00 |
| 2/28/2023 | 22823 | Horizon Blue Cross Blue Shield of NJ | Angela Martins/Doug Heck Health Insurance | Insurance | 1,270.18 |