# EXHIBIT E

**Unpaid AP**

| Vendor | Current |
|---|---:|
| TG Marketing | 570.00 |
| UNIRAC | 4,762.00 |
| **TOTAL** | **5,332.00** |