# EXHIBIT F

**Accounts Receivable**

| Customer | Current | 1-30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Alan Erickson | - | - | - | - | 1,218.00 | 1,218.00 |
| Allied Energy | - | - | - | - | 29,514.81 | 29,514.81 |
| Blanc 1 | - | - | 1,500.00 | - | - | 1,500.00 |
| C&C Salvage | - | - | 750 | - | - | 750 |
| Cahill, Wilinski, Rhodes & Joyce | - | - | 359,416.00 | - | - | 359,416.00 |
| Carlos Alonso. | - | 390 | - | - | - | 390 |
| Charlie Auletta | - | - | - | - | 48,058.68 | 48,058.68 |
| Chenna Real Estate LLC | - | - | - | - | 325,000.00 | 325,000.00 |
| Christina Hoelle | - | 7,613.73 | 1,426.00 | - | - | 9,039.73 |
| Christine Hooks | - | - | - | - | 800 | 800 |
| Christine Hurta. | - | 300 | - | - | - | 300 |
| Cooper Beverage | - | - | - | - | 450,000.00 | 450,000.00 |
| Cumberland Nurseries LLC-Customer | - | 585 | - | - | - | 585 |
| Days Inn-Amelia Associates | - | - | - | - | 200,000.00 | 200,000.00 |
| Doing IT Right Technologies | - | - | - | - | 269,000.00 | 269,000.00 |
| DSGW LLC | - | - | - | - | 500,000.00 | 500,000.00 |
| Halo | - | - | - | - | 16,462.00 | 16,462.00 |
| Jimmy Costa | - | - | - | - | 5,100.00 | 5,100.00 |
| Joao Furao | - | 10,135.00 | - | - | - | 10,135.00 |
| John Novak | - | - | - | - | 3,138.00 | 3,138.00 |
| Jon Jon Miller Car Care center | - | - | - | - | 213,600.00 | 213,600.00 |
| Jon Rosenberg | - | 1,983.33 | - | - | - | 1,983.33 |
| Joseph Battiato | - | - | - | - | 14,447.50 | 14,447.50 |
| Lotus Cherry Hill | - | - | - | - | 39,802.00 | 39,802.00 |
| Motorcar Realty Holdings, LLC NJ | - | 390 | - | - | - | 390 |
| Nareen Adusumelli | - | - | - | - | 21,500.00 | 21,500.00 |
| Nathan Goldwasser | - | 450 | - | - | - | 450 |
| Powur Home Construction | - | - | - | - | 21,071.00 | 21,071.00 |
| RAGTO Investments LLC | - | - | 349,666.00 | - | - | 349,666.00 |

| Customer | Current | 1-30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Retro Fitness Customer | - | - | - | - | 75,000.00 | 75,000.00 |
| Ryan Caltabiano | - | - | - | - | 17,430.00 | 17,430.00 |
| Samir Khopar | - | - | 30,367.00 | - | - | 30,367.00 |
| Satish Kamasamudram | - | 10,883.56 | - | - | - | 10,883.56 |
| Shakti | - | - | - | - | 231,744.00 | 231,744.00 |
| Stockton University | - | - | - | - | 42,000.00 | 42,000.00 |
| Ten West Apparel | - | - | - | - | 147,933.72 | 147,933.72 |
| Yasir Ahmad | - | - | - | - | 249 | 249 |
| **TOTAL** | **-** | **32,730.62** | **743,125.00** | **-** | **2,673,068.71** | **3,448,924.33** |