12:05 PM
04/07/23

# SPECTACULAR SOLAR, INC.
## Statement of Cash Flows
### February 2023

|  | Feb 23 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
|    Net Income | 25,774.32 |
|    Adjustments to reconcile Net Income |  |
|    to net cash provided by operations: |  |
|       Accounts Receivable | -32,430.62 |
|       Accounts Payable (A/P) | 5,087.79 |
| **Net cash provided by Operating Activities** | -1,568.51 |
| **Net cash increase for period** | -1,568.51 |
| **Cash at beginning of period** | 6,826.31 |
| **Cash at end of period** | **5,257.80** |