**12:07 PM**
**04/07/23**
**Accrual Basis**

# SPECTACULAR SOLAR, INC.
# Profit & Loss
## February 2023

|  | Feb 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Other Primary Income | 975.00 |
| Sales Discounts-Allowance | -2,404.54 |
| Sales of Product Income | 105,637.33 |
| **Total Income** | 104,207.79 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| Cost of Goods Payroll | 20,776.37 |
| Cost of Goods Sold | 1,776.93 |
| Cost of Goods Sold-Installer's | 654.39 |
| Labor | 4,000.00 |
| Permits | 191.00 |
| Supplies & Materials - COGS | 29,831.20 |
| **Total Cost of Goods Sold** | 57,229.89 |
| **Total COGS** | 57,229.89 |
| **Gross Profit** | 46,977.90 |
| **Expense** | |
| **Advertising & Marketing** | |
| Web Development | 69.00 |
| Advertising & Marketing - Other | 2,280.00 |
| **Total Advertising & Marketing** | 2,349.00 |
| Bank Charges & Fees | 17.00 |
| Engineering | 4,762.00 |
| Insurance | 6,538.84 |
| **Net Payroll - Salaries** | |
| Payroll Service Fees | 231.40 |
| **Total Net Payroll - Salaries** | 231.40 |
| **Office/General Administrative E** | |
| Admin Payroll Exp | 2,052.03 |
| **Total Office/General Administrative E** | 2,052.03 |
| Professional Services | 2,700.00 |
| Rent & Lease | 2,384.96 |
| Utilities | 168.35 |
| **Total Expense** | 21,203.58 |
| **Net Ordinary Income** | 25,774.32 |
| **Net Income** | **25,774.32** |