# Initiate Business Checking℠






SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)
50 CRAGWOOD RD
SOUTH PLAINFIELD NJ 07080-2433

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $15,360.32 |
| Deposits/Credits | 101,778.15 |
| Withdrawals/Debits | - 103,292.62 |
| Ending balance on 2/28 | $13,845.85 |

Account number: [redacted]8600
SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)
*NEW Jersey account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): [redacted]
For Wire Transfers use
Routing Number (RTN): [redacted]

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Purchase authorized on 01/31 WWW.Vevor.Com 855-3851880 CA S303031781003309 Card 9159 | | 46.99 | |
| 2/1 | | Purchase authorized on 01/31 Ebay O*02-09654-51 San Jose CA S583031783138874 Card 9159 | | 746.36 | |
| 2/1 | | Purchase authorized on 01/31 Tg Marketing 800-9698518 CA S303031803909892 Card 9159 | | 570.00 | |
| 2/1 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 230201 422566363857R08 DC Solar Integrators L | | 231.40 | |
| 2/1 | 1698 | Check | | 183.45 | |
| 2/1 | 1696 | Check | | 223.97 | |
| 2/1 | 1697 | Check | | 588.45 | |
| 2/1 | 1712 | Check | | 629.37 | 12,140.33 |
| 2/2 | 1646 | Check | | 93.68 | 12,046.65 |
| 2/3 | | eDeposit IN Branch/Store 02/03/23 04:54:51 PM 614 Summit Ave Union City NJ 9159 | 15,000.00 | | |
| 2/3 | | Purchase authorized on 02/01 Rjb Fuel Matawan NJ S303033038081611 Card 9159 | | 6.18 | |
| 2/3 | | Purchase authorized on 02/03 Bed Bath & Beyond #107 Aberdeen NJ P000000375518341 Card 9159 | | 260.11 | |
| 2/3 | 1726 | Check | | 1,316.15 | |
| 2/3 | 1721 | Check | | 1,598.13 | |
| 2/3 | 1727 | Check | | 956.41 | |
| 2/3 | 1723 | Check | | 827.30 | |
| 2/3 | 1725 | Check | | 1,302.95 | |
| 2/3 | 1724 | Check | | 683.20 | 20,096.22 |
| 2/6 | | eDeposit IN Branch/Store 02/06/23 03:31:03 PM 1115 Highway 34 Aberdeen NJ 9159 | 27,596.44 | | |
| 2/6 | | Purchase authorized on 02/03 Dunkin #346548 Q35 Somerset NJ S583034487575487 Card 9159 | | 6.37 | |
| 2/6 | | ATM Withdrawal authorized on 02/04 214 Smith St Perth Amboy NJ 0001915 ATM ID 0216L Card 9159 | | 1,000.00 | |
| 2/6 | | Purchase authorized on 02/04 The Home Depot 0910 Secaucus NJ P463035695155028 Card 9159 | | 175.92 | |
| 2/6 | 1731 | Deposited OR Cashed Check | | 204.32 | |
| 2/6 | 1722 | Deposited OR Cashed Check | | 1,663.21 | |
| 2/6 | 1730 | Check | | 191.00 | |
| 2/6 | 1728 | Check | | 1,045.25 | |
| 2/6 | | Ezpass8882886865 Auto Repl 5P-288731636 Douglas Heck | | 710.00 | |
| 2/6 | 1690 | Check | | 21.27 | |
| 2/6 | 1658 | Check | | 21.27 | |
| 2/6 | 1689 | Check | | 87.00 | |
| 2/6 | 1702 | Check | | 334.65 | 42,232.40 |
| 2/8 | | Cashed/Deposited Item Retn Unpaid Fee | | 12.00 | |
| 2/8 | | Deposited Item Retn Unpaid - Paper 230208 | | 27,596.44 | |
| 2/8 | | Purchase authorized on 02/07 IN *Cobblestone CO 877-8532922 PA S383038752419543 Card 9159 | | 649.00 | |
| 2/8 | | Purchase authorized on 02/07 Tg Marketing 800-9698518 CA S383038764986278 Card 9159 | | 570.00 | 13,404.96 |
| 2/9 | 1741 | Deposited OR Cashed Check | | 47.03 | 13,357.93 |
| 2/10 | | Non-WF ATM Balance Inquiry Fee 02/10 614 Kearny A Kearny NJ ATM ID NJ001282 Card 9159 | | 2.50 | |
| 2/10 | | Purchase authorized on 02/10 USPS PO 33766003 300 Coun Secaucus NJ P463041576400870 Card 9159 | | 178.50 | |
| 2/10 | | Purchase authorized on 02/10 Harbor Freight Tools 3 North Bergen NJ P000000676135511 Card 9159 | | 117.72 | |
| 2/10 | | Non-WF ATM Withdrawal authorized on 02/10 614 Kearny Ave Kearny NJ 383042008296187 ATM ID NJ001282 Card 9159 | | 1,003.00 | |
| 2/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 2/10 | 1691 | Check | | 1,279.79 | |
| 2/10 | 1740 | Check | | 40.00 | 10,733.92 |




*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/13 | | eDeposit IN Branch/Store 02/13/23 11:26:57 Am 214 Smith St Perth Amboy NJ 9159 | 27,596.44 | | |
| 2/13 | | Purchase authorized on 02/10 Bp#1505300Matawan Matawan NJ S383042055839748 Card 9159 | | 30.00 | |
| 2/13 | | ATM Withdrawal authorized on 02/11 1115 Highway 34 Matawan NJ 0001804 ATM ID 6536O Card 9159 | | 1,000.00 | |
| 2/13 | | Cash eWithdrawal in Branch/Store 02/13/2023 08:24 Am 214 Smith St Perth Amboy NJ 9159 | | 4,000.00 | |
| 2/13 | 1673 | Check | | 488.03 | |
| 2/13 | 1734 | Check | | 1,444.73 | 31,367.60 |
| 2/14 | | Selective Ins Selective 230213 000001508953458 Spectacular Solar Inc | | 816.00 | |
| 2/14 | 1744 | Check | | 69.35 | 30,482.25 |
| 2/15 | | Purchase authorized on 02/14 Tg Marketing 800-9698518 CA S583045739590233 Card 9159 | | 570.00 | 29,912.25 |
| 2/16 | 1737 | Check | | 144.59 | 29,767.66 |
| 2/17 | | Fifth Third Bank Disbursemt SD1700 Spectacular Solar | 20,585.27 | | |
| 2/17 | | Verizon Paymentrec Urring 6568493830001 Spectacular Solar Corp | | 99.00 | |
| 2/17 | 1738 | Check | | 4,066.56 | |
| 2/17 | 1770 | Check | | 1,768.28 | |
| 2/17 | 1774 | Check | | 63.75 | |
| 2/17 | 1771 | Check | | 1,266.78 | |
| 2/17 | 1776 | Check | | 20.00 | |
| 2/17 | 1756 | Check | | 1,755.82 | |
| 2/17 | 1775 | Check | | 54.23 | |
| 2/17 | 1751 | Check | | 2,130.23 | |
| 2/17 | 1753 | Check | | 1,260.89 | |
| 2/17 | 1755 | Check | | 1,992.98 | 35,874.41 |
| 2/21 | 1777 | Deposited OR Cashed Check | | 95.01 | |
| 2/21 | 1773 | Deposited OR Cashed Check | | 185.80 | |
| 2/21 | 1752 | Deposited OR Cashed Check | | 2,109.45 | |
| 2/21 | | Withdrawal Made In A Branch/Store | | 1,560.00 | |
| 2/21 | 1758 | Check | | 1,006.78 | |
| 2/21 | 1715 | Check | | 1,124.75 | |
| 2/21 | < | Business to Business ACH Debit - Afco Credit Corp Payments 230217 11404729 Spectacular Solar, Inc | | 3,209.90 | |
| 2/21 | 1554 | Check | | 165.29 | |
| 2/21 | 1742 | Check | | 202.22 | |
| 2/21 | 1693 | Check | | 1,350.00 | |
| 2/21 | < | Business to Business ACH Debit - Cons Elec 9730 Ced ACH 1152218 Ck 1779 | | 15,834.31 | 9,030.90 |
| 2/22 | 1739 | Check | | 2,384.96 | 6,645.94 |
| 2/23 | | Purchase authorized on 02/22 Tg Marketing 800-9698518 CA S583053573394714 Card 9159 | | 570.00 | |
| 2/23 | | Purchase authorized on 02/22 Wave - *Kimberly O 609-4247938 NJ S303053658203881 Card 9159 | | 69.00 | |
| 2/23 | | Purchase authorized on 02/22 Wawa 8318 Kearny NJ S303053709329905 Card 9159 | | 9.77 | |
| 2/23 | | Purchase authorized on 02/22 Wawa 8318 Kearny NJ S463053708815301 Card 9159 | | 30.68 | 5,966.49 |
| 2/24 | | Ezpass8882886865 Auto Repl 5P-290418396 Douglas Heck | | 570.00 | 5,396.49 |
| 2/27 | | Deposit Made In A Branch/Store | 11,000.00 | | |
| 2/27 | | Purchase authorized on 02/23 Raceway 2119 6103 Aberdeen NJ S383055002256546 Card 9159 | | 37.70 | 16,358.79 |
| 2/28 | | Healthinspremium EDI Paymts Rspax0005700872 Joe Mastorio | | 426.76 | |




## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/28 | | Selective Ins Selective 230227 000001512643363 Spectacular Solar Inc | | 816.00 | |
| 2/28 | < | Business to Business ACH Debit - Bcbsnj Primary 1 Online 230227 000001512758619 Heck, Doug | | 1,270.18 | 13,845.85 |
| Ending balance on 2/28 | | | | | 13,845.85 |
| Totals | | | $101,778.15 | $103,292.62 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written*(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1554 | 2/21 | 165.29 | 1722 | 2/6 | 1,663.21 | 1742 | 2/21 | 202.22 |
| 1646 * | 2/2 | 93.68 | 1723 | 2/3 | 827.30 | 1744 * | 2/14 | 69.35 |
| 1658 * | 2/6 | 21.27 | 1724 | 2/3 | 683.20 | 1751 * | 2/17 | 2,130.23 |
| 1673 * | 2/13 | 488.03 | 1725 | 2/3 | 1,302.95 | 1752 | 2/21 | 2,109.45 |
| 1689 * | 2/6 | 87.00 | 1726 | 2/3 | 1,316.15 | 1753 | 2/17 | 1,260.89 |
| 1690 | 2/6 | 21.27 | 1727 | 2/3 | 956.41 | 1755 * | 2/17 | 1,992.98 |
| 1691 | 2/10 | 1,279.79 | 1728 | 2/6 | 1,045.25 | 1756 | 2/17 | 1,755.82 |
| 1693 * | 2/21 | 1,350.00 | 1730 * | 2/6 | 191.00 | 1758 * | 2/21 | 1,006.78 |
| 1696 * | 2/1 | 223.97 | 1731 | 2/6 | 204.32 | 1770 * | 2/17 | 1,768.28 |
| 1697 | 2/1 | 588.45 | 1734 * | 2/13 | 1,444.73 | 1771 | 2/17 | 1,266.78 |
| 1698 | 2/1 | 183.45 | 1737 * | 2/16 | 144.59 | 1773 * | 2/21 | 185.80 |
| 1702 * | 2/6 | 334.65 | 1738 | 2/17 | 4,066.56 | 1774 | 2/17 | 63.75 |
| 1712 * | 2/1 | 629.37 | 1739 | 2/22 | 2,384.96 | 1775 | 2/17 | 54.23 |
| 1715 * | 2/21 | 1,124.75 | 1740 | 2/10 | 40.00 | 1776 | 2/17 | 20.00 |
| 1721 * | 2/3 | 1,598.13 | 1741 | 2/9 | 47.03 | 1777 | 2/21 | 95.01 |

* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2023 - 02/28/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $20,035.00 ☐ |
| • Minimum daily balance | $500.00 | $5,396.49 ☐ |

C1/C1




## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 65 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

## IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

The new year is a great time to make sure your security settings are up to date. Take a few minutes now to update your passwords, ensure we have your current contact information (mobile phone number, email), set up account alerts, and enable biometric sign on for the Wells Fargo Mobile® app. Learn more at www.wellsfargo.com/securitytools.




## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement ........................ $ ____________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ____________
$ ____________
$ ____________
+ $ ____________

........................................ TOTAL $ ____________

CALCULATE THE SUBTOTAL
(Add Parts A and B)

........................................ TOTAL $ ____________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above ............. - $ ____________

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ............................ $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801