**SPECTACULAR SOLAR INC.**
**Projection Assumptions**

**Overall assumptions**
- Attached files are spread out by month with annual totals ending in January of each year through 2028.
- Business prospects include current mix of 95% commercial and 5% residential. A change in mix could affect the gross margin and net income
- The company does not have a financing agreement with any bank and needs to maintain at least $100K month to month. This level is not always achieved.
- Model shows projections by month and a separate tab for annua projections ending in January of each year
- Proof of claims are in separate tab to calculate unsecureds recovery
- The unsecured creditors, including Kapitus, receive a 29.23% recovery upon adjustment of disputed claims, and the secured lender (SBA) will get the $2,437 payment for 5 years and will be paid over 30 years,

**Revenue**
- Revenue projections are based on previous years results and trends
- Q1 is traditionally the slowest quarter as winter weather and tax bills are due, leaving less cash for customers to buy solar
- Sales begin to increase in April and reach a peak, steady level during the summer, while other businesses purchase solar at year end as a tax strategy to decrease taxes owed and save on energy costs
- Five year projections include annual increases of approximately 2%
- Cash constraints limit growth and projections do not have personnel increases

**Cost of Goods sold**
- Costs of goods sold are based upon recent costs
- Moderate increases in costs are reflected in projections but are dependent upon supply/demand and production capacity increases, as solar installs increase in the USA.
- Each solar install requires permits, engineering, solar panels, lifts to get panels on roof, electrical conduit and wire and shipping to customers from Distributors
- Payroll increases of 5% per year for installers every January. Increased labor costs for OT during busy installation months from May to June

**Expenses**
- Administrative expenses necessary to run the business
- Accounting charges for quarterly reports and taxes
- Dividend finance fees are fees charged to company to arrange solar financing for customers
- Legal and US Trustee fees to administer bankruptcy
- Commercial, auto policies increase 20% per year as per recent history. Workers comp policy increases 10% per year due to low claim rate
- Contractor costs are roofing costs and repairs necessay to install solar panels
- Travel costs associated with transportation to installs

**Bankruptcy Expenses**
- Payments to Kapitus
- Payments to Kapitus are $25k initial payment and $4500/mo for 43 months ($500 extra in month 43) with the remaining balance reclassified to unsecured
- Payments to unsecured creditors made quarterly

**Cash Balance**
- Balance based on streamlined collections and expenses. Month end balances ould be affected by timing.

Case 22-18522-CMG    Doc 66    Filed 04/20/23    Entered 04/20/23 12:12:37    Desc Main
Document    Page 2 of 5

**SPECTACULAR SOLAR INC.**
5 Year Projection
Feb 1, 2023 - Jan 31, 2028

| Revenue/Expense | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Sales Discounts-Allowance | (6,250) | (7,250) | (7,500) | (10,625) | (11,250) | (11,250) | (11,250) | (11,875) | (11,250) | (11,875) | (11,875) | (6,500) | (6,500) | (6,500) | (8,125) | (10,875) | (11,625) | (11,625) | (11,625) | (12,000) | (12,000) | (12,000) | (12,000) |
| Sales of Product Income | 250,000 | 290,000 | 300,000 | 425,000 | 450,000 | 450,000 | 450,000 | 475,000 | 450,000 | 475,000 | 475,000 | 260,000 | 260,000 | 260,000 | 325,000 | 435,000 | 465,000 | 465,000 | 465,000 | 480,000 | 480,000 | 480,000 | 480,000 |
| **Total Revenue** | 243,750 | 282,750 | 292,500 | 414,375 | 438,750 | 438,750 | 438,750 | 463,125 | 438,750 | 463,125 | 463,125 | 253,500 | 253,500 | 253,500 | 316,875 | 424,125 | 453,375 | 453,375 | 453,375 | 468,000 | 468,000 | 468,000 | 468,000 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | | | | | | |
| Cost of Goods Payroll | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 22,028 | 23,129 | 23,129 | 23,129 | 23,129 | 27,529 | 27,529 | 27,529 | 27,529 | 27,529 | 27,529 | 27,529 | 27,529 |
| Cost of Goods Payroll Taxes | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,685 | 1,769 | 1,769 | 1,769 | 1,769 | 2,106 | 2,106 | 2,106 | 2,106 | 2,106 | 2,106 | 2,106 | 2,106 |
| Cost of Goods Sold | 127,500 | 147,900 | 153,000 | 216,750 | 229,500 | 229,500 | 229,500 | 242,250 | 229,500 | 242,250 | 242,250 | 132,600 | 133,900 | 133,900 | 167,375 | 224,025 | 239,475 | 239,475 | 239,475 | 247,200 | 247,200 | 247,200 | 247,200 |
| Engineering/Plans (3-6k depending on system s | 6,000 | 6,250 | 6,250 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,000 | 6,000 | 6,250 | 6,000 | 6,000 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Equipment rental/lifts | 2,500 | 3,000 | 3,000 | 5,000 | 4,250 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,000 | 3,500 | 3,250 | 4,350 | 4,650 | 4,650 | 4,650 | 4,800 | 4,800 | 4,800 | 4,800 |
| Permits | 2,500 | 2,900 | 3,000 | 4,250 | 4,500 | 4,500 | 4,500 | 4,750 | 4,500 | 4,750 | 4,750 | 2,600 | 2,600 | 2,600 | 3,250 | 4,350 | 4,650 | 4,650 | 4,650 | 4,800 | 4,800 | 4,800 | 4,800 |
| Shipping | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Electric Supplies & Materials - COGS | 12,750 | 14,790 | 15,300 | 21,675 | 22,950 | 22,950 | 22,950 | 24,225 | 22,950 | 24,225 | 24,225 | 13,260 | 13,390 | 13,390 | 16,738 | 22,403 | 23,948 | 23,948 | 23,948 | 24,720 | 24,720 | 24,720 | 24,720 |
| Cost of Goods Sold - Other | 1,275 | 1,479 | 1,530 | 2,168 | 2,295 | 2,295 | 2,295 | 2,423 | 2,295 | 2,423 | 2,423 | 1,326 | 1,339 | 1,339 | 1,674 | 2,240 | 2,395 | 2,395 | 2,395 | 2,472 | 2,472 | 2,472 | 2,472 |
| **Total Cost of Goods Sold** | 176,738 | 200,532 | 206,793 | 280,556 | 294,958 | 294,958 | 294,958 | 306,861 | 292,458 | 307,861 | 307,861 | 183,685 | 185,628 | 186,378 | 224,685 | 294,653 | 312,103 | 312,103 | 312,103 | 318,327 | 318,327 | 318,327 | 314,591 |
| **Gross Profit** | 67,012 | 82,218 | 85,707 | 133,819 | 143,792 | 143,792 | 143,792 | 156,264 | 146,292 | 155,264 | 155,264 | 69,815 | 67,872 | 67,122 | 92,190 | 129,472 | 141,272 | 141,272 | 141,272 | 149,673 | 149,673 | 148,673 | 153,409 |
| | 26.8% | 28.4% | 28.6% | 31.5% | 32.0% | 32.0% | 32.0% | 32.9% | 32.5% | 32.7% | 32.7% | 26.9% | 26.1% | 25.8% | 28.4% | 29.8% | 30.4% | 30.4% | 30.4% | 31.2% | 31.2% | 31.0% | 32.0% |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | |
| Administrative payroll | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 41,321 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 | 42,560 |
| Payroll Taxes | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,161 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 | 3,256 |
| Accounting | 3,000 | | | | | | | | 3,000 | | | | | 3,000 | | | | | | 3,000 | | 6,000 | |
| Web Development | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Auto - Repairs/maintenance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 2,500 | 2,900 | 3,000 | 4,250 | 4,500 | 4,500 | 4,500 | 4,750 | 4,500 | 4,750 | 4,750 | 2,600 | 2,600 | 2,600 | 3,250 | 4,350 | 4,650 | 4,650 | 4,650 | 4,800 | 4,800 | 4,800 | 4,800 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Commission | 2,500 | 2,900 | 3,000 | 4,250 | 4,500 | 4,500 | 4,500 | 4,750 | 4,500 | 4,750 | 4,750 | 2,600 | 2,600 | 2,600 | 3,250 | 4,350 | 4,650 | 4,650 | 4,650 | 4,800 | 4,800 | 4,800 | 4,800 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | | | | | | | | | | | | | | | 750 | | | | 750 | | | | |
| Commercial Liability Insurance | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,226 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 | 3,871 |
| Commercial Auto | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 1,703 | 2,044 | 2,044 | 2,044 | 2,044 | 2,044 | 2,044 | 2,044 | 2,044 | 2,452 | 2,452 | 2,452 | 2,452 |
| Workers Comp | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,840 | 4,840 | 4,840 | 4,840 |
| IT Services | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,296 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 |
| Legal & Professional Services | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 275 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Company Lunch | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Payroll Service Fees | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 |
| Office Equipment | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Office Expense | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,000 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Cleaning Supplies | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| Software | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 |
| Postage | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Contractor-roofing | 5,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Rent | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 | 2,420 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 | 1,450 |
| Travel - Gas | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,025 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 |
| Utilities | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Waste Collections | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Storage | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 874 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 |
| **Total Expenses** | 96,276 | 98,801 | 96,751 | 98,501 | 99,001 | 102,751 | 99,001 | 99,841 | 104,137 | 106,887 | 102,916 | 102,461 | 99,871 | 102,871 | 101,921 | 103,371 | 103,971 | 107,721 | 107,721 | 104,680 | 109,644 | 111,894 | 107,894 |
| **Net Operating Income** | (29,264) | (16,583) | (11,044) | 35,318 | 44,791 | 41,041 | 44,791 | 56,423 | 42,155 | 48,378 | 52,349 | (32,646) | (31,999) | (35,749) | (9,731) | 26,101 | 37,301 | 33,551 | 37,301 | 44,993 | 40,029 | 36,779 | 45,515 |
| | -12.0% | -5.9% | -3.8% | 8.5% | 10.2% | 9.4% | 10.2% | 12.2% | 9.6% | 0.0% | 11.3% | -12.9% | -12.6% | -14.1% | -3.1% | 6.2% | 8.2% | 7.4% | 8.2% | 9.6% | 8.6% | 0.0% | 9.7% |
| **Cumulative Net Income** | (53,616) | (70,199) | (81,243) | (45,925) | (1,134) | 39,907 | 84,698 | 141,121 | 183,276 | 231,654 | 284,003 | 251,357 | 219,358 | 183,609 | 173,878 | 199,979 | 237,280 | 270,831 | 308,132 | 353,125 | 393,153 | 429,932 | 475,447 |
| **Unsecured claims** | | | | | | | | | | | | | | | | | | | | | | | |
| Kapitus | | | | (25,000) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) |
| Unsecured Creditors payment | | | | (4,000) | (5,365) | (4,000) | | (12,000) | | | 35,000 | | (20,000) | | | | (25,000) | | | (50,000) | | | (50,000) |
| Internal Revenue Service ($64,384.63) | | | | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | (5,365) | | | | | | | | |
| Administrative Fees (Attorney and US Trustee) | | | | (27,000) | | | | | | | | | | | | | | | | | | | |
| **Cash balance** | (48,866) | (65,449) | (76,493) | (97,175) | (56,884) | (24,343) | 15,948 | 55,871 | 93,526 | 137,404 | 220,253 | 183,107 | 126,608 | 86,359 | 72,128 | 93,729 | 101,530 | 130,581 | 163,382 | 153,875 | 189,403 | 221,682 | 212,697 |

**SPECTACULAR SOLAR INC.**
5 Year Projection
Feb 1, 2023 - Jan 31, 2028

| Revenue/Expense | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | |
| Sales Discounts-Allowance | (6,750) | (6,750) | (6,875) | (8,375) | (11,250) | (11,750) | (11,750) | (11,750) | (12,125) | (12,500) | (12,500) | (12,500) | (6,875) | (6,875) | (7,000) | (8,500) | (11,875) | (11,875) | (11,875) | (11,875) | (12,250) | (12,750) | (12,750) | (12,750) |
| Sales of Product Income | 270,000 | 270,000 | 275,000 | 335,000 | 450,000 | 470,000 | 470,000 | 470,000 | 485,000 | 500,000 | 500,000 | 500,000 | 275,000 | 275,000 | 280,000 | 340,000 | 475,000 | 475,000 | 475,000 | 475,000 | 490,000 | 510,000 | 510,000 | 510,000 |
| **Total Revenue** | 263,250 | 263,250 | 268,125 | 326,625 | 438,750 | 458,250 | 458,250 | 458,250 | 472,875 | 487,500 | 487,500 | 487,500 | 268,125 | 268,125 | 273,000 | 331,500 | 463,125 | 463,125 | 463,125 | 463,125 | 477,750 | 497,250 | 497,250 | 497,250 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cost of Goods Payroll | 24,286 | 24,286 | 24,286 | 24,286 | 28,986 | 28,986 | 28,986 | 28,986 | 28,986 | 28,986 | 28,986 | 24,286 | 25,500 | 25,500 | 25,500 | 25,500 | 30,600 | 30,600 | 30,600 | 30,600 | 30,600 | 30,600 | 30,600 | 25,500 |
| Cost of Goods Payroll Taxes | 1,858 | 1,858 | 1,858 | 1,858 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 1,858 | 1,951 | 1,951 | 1,951 | 1,951 | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 | 1,951 |
| Cost of Goods Sold | 139,050 | 139,050 | 141,625 | 172,525 | 231,750 | 242,050 | 242,050 | 242,050 | 249,775 | 257,500 | 257,500 | 257,500 | 141,625 | 141,625 | 144,200 | 175,100 | 244,625 | 244,625 | 244,625 | 244,625 | 252,350 | 262,650 | 262,650 | 262,650 |
| Engineering/Plans (3-6k depending on system s | 6,000 | 6,000 | 6,250 | 6,250 | 5,000 | 5,000 | 5,000 | 5,000 | 6,500 | 6,500 | 7,500 | 7,500 | 6,000 | 6,000 | 6,250 | 6,250 | 5,000 | 5,000 | 5,000 | 5,000 | 6,500 | 6,500 | 6,500 | 7,500 |
| Equipment rental/lifts | 2,750 | 3,250 | 2,750 | 4,250 | 5,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,750 | 2,750 | 3,750 | 4,250 | 6,250 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 8,000 |
| Permits | 2,700 | 2,700 | 2,750 | 3,350 | 4,500 | 4,700 | 4,700 | 4,700 | 4,850 | 5,000 | 5,000 | 5,000 | 2,750 | 2,750 | 2,750 | 3,400 | 4,750 | 4,750 | 4,750 | 4,750 | 4,900 | 5,100 | 5,100 | 5,100 |
| Shipping | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Electric Supplies & Materials - COGS | 13,905 | 13,905 | 14,163 | 17,253 | 23,175 | 24,205 | 24,205 | 24,205 | 24,978 | 25,750 | 25,750 | 25,750 | 14,163 | 14,163 | 14,420 | 17,510 | 24,463 | 24,463 | 24,463 | 24,463 | 25,235 | 26,265 | 26,265 | 26,265 |
| Cost of Goods Sold - Other | 1,391 | 1,391 | 1,416 | 1,725 | 2,318 | 2,421 | 2,421 | 2,421 | 2,498 | 2,575 | 2,575 | 2,575 | 1,416 | 1,416 | 1,442 | 1,751 | 2,446 | 2,446 | 2,446 | 2,446 | 2,524 | 2,627 | 2,627 | 2,627 |
| **Total Cost of Goods Sold** | 192,439 | 192,939 | 196,597 | 231,996 | 304,946 | 316,579 | 316,579 | 316,579 | 322,804 | 331,528 | 332,528 | 327,469 | 196,655 | 197,155 | 200,813 | 236,212 | 321,225 | 321,225 | 321,225 | 321,225 | 327,450 | 339,083 | 340,583 | 334,592 |
| **Gross Profit** | 70,811 | 70,311 | 71,528 | 94,629 | 133,804 | 141,671 | 141,671 | 141,671 | 150,071 | 155,972 | 154,972 | 160,031 | 71,470 | 70,970 | 72,187 | 95,288 | 141,900 | 141,900 | 141,900 | 141,900 | 150,300 | 158,167 | 156,667 | 162,658 |
| | 26.2% | 26.0% | 26.0% | 28.2% | 29.7% | 30.1% | 30.1% | 30.1% | 30.9% | 31.2% | 31.2% | 32.0% | 26.0% | 25.8% | 25.8% | 28.0% | 29.9% | 29.9% | 29.9% | 29.9% | 30.7% | 31.0% | 30.7% | 31.9% |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | | |
| Administrative payroll | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 43,837 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 | 45,152 |
| Payroll Taxes | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,354 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 | 3,454 |
| Accounting | | | 3,000 | | | | | | | 3,000 | | | | | 3,000 | | | | | | | 3,000 | 6,000 | |
| Web Development | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Auto - Repairs/maintenance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 2,700 | 2,700 | 2,750 | 3,350 | 4,500 | 4,700 | 4,700 | 4,700 | 4,850 | 5,000 | 5,000 | 5,000 | 2,750 | 2,750 | 2,800 | 3,400 | 4,750 | 4,750 | 4,750 | 4,750 | 4,900 | 5,100 | 5,100 | 5,100 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Commission | 2,700 | 2,700 | 2,750 | 3,350 | 4,500 | 4,700 | 4,700 | 4,700 | 4,850 | 5,000 | 5,000 | 5,000 | 2,750 | 2,750 | 2,800 | 3,400 | 4,750 | 4,750 | 4,750 | 4,750 | 4,900 | 5,100 | 5,100 | 5,100 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | 750 | | | 750 | | | | | | | | 750 | | | | 750 | | | | | | | | 750 |
| Commercial Liability Insurance | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 4,645 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 | 5,575 |
| Commercial Auto | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,452 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 | 2,943 |
| Workers Comp | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 | 5,324 |
| IT Services | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,401 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 |
| Legal & Professional Services | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Company Lunch | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 275 |
| Payroll Service Fees | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 |
| Office Equipment | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Office Expense | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Cleaning Supplies | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Software | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 |
| Postage | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Contractor-roofing | 2,420 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Rent | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 |
| Travel - Gas | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,350 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 |
| Utilities | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| Waste Collections | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 |
| Storage | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 890 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 |
| **Total Expenses** | 104,119 | 103,449 | 106,549 | 105,499 | 107,049 | 107,449 | 107,449 | 107,449 | 108,438 | 113,901 | 116,151 | 112,151 | 108,129 | 107,439 | 110,539 | 109,489 | 111,439 | 111,439 | 111,439 | 111,439 | 112,327 | 118,125 | 120,375 | 116,375 |
| **Net Operating Income** | (33,308) | (33,138) | (35,021) | (10,870) | 26,756 | 34,223 | 30,274 | 34,024 | 41,633 | 42,071 | 38,821 | 47,880 | (36,659) | (36,469) | (38,352) | (14,201) | 30,461 | 30,461 | 26,711 | 30,461 | 37,973 | 40,043 | 36,293 | 46,283 |
| | -12.7% | -12.6% | -13.1% | -3.3% | 6.1% | 7.5% | 6.6% | 7.4% | 8.8% | 8.6% | 0.0% | 9.8% | -13.7% | -13.6% | -14.0% | -4.3% | 6.6% | 6.6% | 5.8% | 6.6% | 7.9% | 8.1% | 0.0% | 9.3% |
| **Cumulative Net Income** | 442,139 | 409,001 | 373,980 | 363,110 | 389,866 | 424,089 | 454,362 | 488,386 | 530,019 | 572,090 | 610,910 | 658,790 | 622,132 | 585,663 | 547,312 | 533,111 | 563,572 | 594,033 | 620,745 | 651,206 | 689,179 | 729,222 | 765,515 | 811,797 |
| **Unsecured claims** | | | | | | | | | | | | | | | | | | | | | | | | |
| Kapitus | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) | (4,500) |
| Unsecured Creditors payment | | | (20,000) | | | (15,000) | | | (25,000) | | | (50,000) | | | (15,000) | | | (20,000) | | | (35,000) | | | (65,000) |
| Internal Revenue Service ($64,384.63) | | | | | | | | | | | | | | | | | | | | | | | | |
| Administrative Fees (Attorney and US Trustee) | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash balance** | 174,889 | 137,251 | 77,730 | 62,360 | 84,616 | 99,339 | 125,112 | 154,636 | 166,769 | 204,340 | 238,660 | 232,040 | 190,882 | 149,913 | 92,062 | 73,361 | 99,322 | 105,283 | 127,895 | 153,456 | 151,929 | 187,472 | 219,265 | 196,047 |

**SPECTACULAR SOLAR INC.**
5 Year Projection
Feb 1, 2023 - Jan 31, 2028

| Revenue/Expense | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Sales Discounts-Allowance | (7,125) | (7,125) | (7,125) | (8,750) | (12,000) | (12,000) | (12,000) | (12,125) | (12,375) | (12,875) | (12,875) | (12,875) | (7,375) |
| Sales of Product Income | 285,000 | 285,000 | 285,000 | 350,000 | 480,000 | 480,000 | 480,000 | 485,000 | 495,000 | 515,000 | 515,000 | 515,000 | 295,000 |
| **Total Revenue** | 277,875 | 277,875 | 277,875 | 341,250 | 468,000 | 468,000 | 468,000 | 472,875 | 482,625 | 502,125 | 502,125 | 502,125 | 287,625 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Cost of Goods Payroll | 26,775 | 26,775 | 26,775 | 26,775 | 32,025 | 32,025 | 32,025 | 32,025 | 32,025 | 32,025 | 32,025 | 26,775 | 28,382 |
| Cost of Goods Payroll Taxes | 2,048 | 2,048 | 2,048 | 2,048 | 2,450 | 2,450 | 2,450 | 2,450 | 2,450 | 2,450 | 2,450 | 2,048 | 2,171 |
| Cost of Goods Sold | 146,775 | 146,775 | 146,775 | 180,250 | 247,200 | 247,200 | 247,200 | 249,775 | 254,925 | 265,225 | 265,225 | 265,225 | 153,925 |
| Engineering/Plans (3-6K depending on system s | 6,000 | 6,000 | 6,250 | 6,250 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 8,000 | 6,000 |
| Equipment rental/lifts | 2,500 | 2,750 | 2,850 | 3,750 | 4,250 | 5,000 | 5,000 | 5,000 | 6,500 | 6,500 | 6,500 | 7,500 | 2,500 |
| Permits | 2,850 | 2,850 | 2,850 | 3,500 | 4,800 | 4,800 | 4,800 | 4,850 | 4,950 | 5,150 | 5,150 | 5,150 | 2,950 |
| Shipping | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | |
| Electric Supplies & Materials - COGS | 14,678 | 14,678 | 14,678 | 18,025 | 24,720 | 24,720 | 24,720 | 24,978 | 25,493 | 26,523 | 26,523 | 26,523 | 15,193 |
| Cost of Goods Sold - Other | 1,468 | 1,468 | 1,468 | 1,803 | 2,472 | 2,472 | 2,472 | 2,498 | 2,549 | 2,652 | 2,652 | 2,652 | 1,519 |
| **Total Cost of Goods Sold** | 203,594 | 203,844 | 204,594 | 242,901 | 324,917 | 325,667 | 325,667 | 328,575 | 331,892 | 343,525 | 345,025 | 338,873 | 210,640 |
| **Gross Profit** | 74,281 | 74,031 | 73,281 | 98,349 | 143,083 | 142,333 | 142,333 | 144,300 | 150,733 | 158,600 | 157,100 | 163,252 | 76,985 |
| | 26.1% | 26.6% | 25.7% | 28.1% | 29.6% | 29.7% | 29.7% | 29.8% | 30.6% | 30.8% | 30.5% | 31.7% | 26.1% |
| **Expenses** | | | | | | | | | | | | | |
| Administrative payroll | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 46,507 | 47,902 |
| Payroll Taxes | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,558 | 3,665 |
| Accounting | | | 3,000 | | | | 3,000 | | | 3,000 | | | |
| Web Development | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Advertising & Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Auto – Repairs/maintenance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Auto Payments | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 | 1,627 |
| Bad Debt Expense | 2,850 | 2,850 | 2,850 | 3,500 | 4,800 | 4,800 | 4,800 | 4,850 | 4,950 | 5,150 | 5,150 | 5,150 | 2,950 |
| Bank Charges & Fees | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Commission | 2,850 | 2,850 | 2,850 | 3,500 | 4,800 | 4,800 | 4,800 | 4,850 | 4,950 | 5,150 | 5,150 | 5,150 | 2,950 |
| Dividend Finance Fees | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 | 8,120 |
| Dues and Subscriptions | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Education Expenses | 750 | | | 750 | | | 750 | | | 750 | | | 750 |
| Commercial Liability Insurance | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 6,689 | 8,027 | 8,027 | 8,027 | 8,027 |
| Commercial Auto | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 3,531 | 4,238 | 4,238 | 4,238 | 4,238 | 4,238 |
| Workers Comp | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 5,856 | 6,442 | 6,442 | 6,442 | 6,442 |
| IT Services | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 |
| Legal & Professional Services | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Meals & Entertainment | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Company Lunch | 300 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 |
| Payroll Service Fees | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 | 502 |
| Office Equipment | 125 | 225 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 2,250 |
| Office Expense | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Cleaning Supplies | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Software | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 |
| Postage | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 |
| Contractor-roofing | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Rent | 2,560 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 |
| SBA EIDL SECURED CLAIM | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 | 2,437 |
| Travel - EZ Pass | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 |
| Travel - Gas | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 |
| Utilities | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| Waste Collections | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 |
| Storage | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 |
| **Total Expenses** | 112,458 | 111,923 | 114,823 | 113,873 | 115,723 | 115,723 | 119,473 | 115,823 | 116,729 | 122,803 | 125,053 | 121,053 | 119,030 |
| **Net Operating Income** | (38,177) | (37,892) | (41,542) | (15,524) | 27,360 | 26,610 | 22,860 | 28,477 | 34,004 | 35,797 | 32,047 | 42,199 | (42,044) |
| | -13.7% | -13.6% | -14.9% | -4.5% | 5.8% | 5.7% | 4.9% | 6.0% | 7.0% | 7.1% | 0.0% | 8.4% | -14.6% |
| **Cumulative Net Income** | 773,621 | 735,729 | 694,187 | 678,664 | 706,024 | 732,634 | 755,493 | 783,970 | 817,974 | 853,772 | 885,819 | 928,018 | 885,974 |
| **Unsecured claims** | | | | | | | | | | | | | |
| Kapitus | (5,000) | | | | | | | | | | | | |
| Unsecured Creditors payment | | | (25,000) | | | (25,000) | | | (45,000) | | | (70,000) | |
| Internal Revenue Service ($64,384.63) | | | | | | | | | | | | | |
| Administrative Fees (Attorney and US Trustee) | | | | | | | | | | | | | |
| **Cash balance** | 152,871 | 114,979 | 48,437 | 32,914 | 60,274 | 61,884 | 84,743 | 113,220 | 102,224 | 138,022 | 170,069 | 142,268 | 100,224 |

**SPECTACULAR SOLAR INC.**
5 Year Projection
Feb 1, 2023 - Jan 31, 2028

| Revenue/Expense | January 2024 | January 2025 | January 2026 | Janruary 2027 | January 2028 | 5 year Total | | |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Sales Discounts-Allowance | (118,750) | (121,625) | (125,000) | (127,500) | (129,500) | (622,375) | | |
| Sales of Product Income | 4,750,000 | 4,865,000 | 5,000,000 | 5,100,000 | 5,180,000 | 24,895,000 | | |
| **Total Revenue** | **4,631,250** | **4,743,375** | **4,875,000** | **4,972,500** | **5,050,500** | **24,272,625** | | |
| **Cost of Goods Sold** | | | | | | - | | |
| Cost of Goods Payroll $2hr year | 265,437 | 309,509 | 325,545 | 342,977 | 359,659 | 1,603,127 | | |
| Cost of Goods Payroll Taxes | 20,306 | 23,677 | 24,904 | 26,238 | 27,514 | 122,639 | | |
| Cost of Goods Sold | 2,422,500 | 2,505,475 | 2,575,000 | 2,626,500 | 2,667,700 | 12,797,175 | | |
| Engineering/Plans (3-6K depending on sys | 78,500 | 78,500 | 78,500 | 79,000 | 79,000 | 393,500 | | |
| Equipment rental/lifts | 41,500 | 43,250 | 44,000 | 43,750 | 41,500 | 214,000 | | |
| Permits | 47,500 | 48,650 | 50,000 | 51,000 | 51,800 | 248,950 | | |
| Shipping | 6,000 | 6,000 | 6,000 | 6,000 | 5,500 | 29,500 | | |
| Electric Supplies & Materials - COGS | 242,250 | 250,548 | 257,500 | 262,650 | 266,770 | 1,279,718 | | |
| Cost of Goods Sold - Other | 24,225 | 25,055 | 25,750 | 26,265 | 26,677 | 127,972 | | |
| **Total Cost of Goods Sold** | **3,148,218** | **3,290,664** | **3,387,199** | **3,464,380** | **3,526,119** | **16,816,580** | | |
| | | | | | | - | | |
| **Gross Profit** | **1,483,032** | **1,452,711** | **1,487,801** | **1,508,120** | **1,524,381** | **7,456,045** | | |
| | 31.2% | 29.9% | 29.8% | 29.6% | 29.4% | 30.7% | | |
| **Expenses** | | | | | | - | | |
| Administrative payroll | 497,090 | 512,002 | 527,362 | 543,183 | 559,479 | 2,639,116 | | |
| Payroll Taxes | 38,027 | 39,168 | 40,343 | 41,554 | 42,800 | 201,892 | | |
| Accounting | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 75,000 | | |
| Web Development | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 10,500 | | |
| Advertising & Marketing | 21,250 | 24,000 | 24,000 | 24,000 | 24,000 | 117,250 | | |
| Auto - Repairs/maintenance | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 36,000 | | |
| Auto Payments | 19,524 | 19,524 | 19,524 | 19,524 | 19,524 | 97,620 | | |
| Bad Debt Expense | 47,500 | 48,650 | 50,000 | 51,000 | 51,800 | 248,950 | | |
| Bank Charges & Fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 7,500 | | |
| Commission | 47,500 | 48,650 | 50,000 | 51,000 | 51,800 | 248,950 | | |
| Dividend Finance Fees | 97,440 | 97,440 | 97,440 | 97,440 | 97,440 | 487,200 | | |
| Dues and Subscriptions | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 24,000 | | |
| Education Expenses | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 15,000 | | |
| Commercial Liabilty Insurance | 41,293 | 49,551 | 59,462 | 71,354 | 85,625 | 307,285 | | |
| Commercial Auto | 22,139 | 26,567 | 31,880 | 38,256 | 45,907 | 164,750 | | |
| Workers Comp | 49,600 | 54,560 | 60,016 | 66,018 | 72,619 | 302,813 | | |
| IT Services | 15,657 | 16,812 | 18,205 | 19,350 | 21,000 | 91,024 | | |
| Legal & Professional Services | 32,500 | 30,000 | 30,000 | 30,000 | 30,000 | 152,500 | | |
| Meals & Entertainment | 7,775 | 8,000 | 8,000 | 8,000 | 8,000 | 39,775 | | |
| Company Lunch | 3,000 | 3,025 | 3,300 | 3,325 | 4,200 | 16,850 | | |
| Payroll Service Fees | 5,410 | 5,700 | 5,727 | 6,024 | 6,024 | 28,885 | | |
| Office Equipment | 3,045 | 1,500 | 1,500 | 1,500 | 3,725 | 11,270 | | |
| Office Expense | 2,400 | 2,500 | 3,600 | 3,600 | 3,600 | 15,700 | | |
| Cleaning Supplies | 320 | 540 | 565 | 840 | 840 | 3,105 | | |
| Software | 14,398 | 15,300 | 15,300 | 15,375 | 16,200 | 76,573 | | |
| Postage | 2,100 | 2,125 | 2,400 | 2,425 | 2,700 | 11,750 | | |
| Contractor-roofing | 78,000 | 90,000 | 90,000 | 90,000 | 90,000 | 438,000 | | |
| Rent | 28,620 | 29,040 | 30,000 | 30,720 | 31,500 | 149,880 | | |
| SBA EIDL SECURED CLAIM | 29,244 | 29,244 | 29,244 | 29,244 | 29,244 | 146,220 | | |
| Travel - EZ Pass | 16,300 | 17,450 | 18,100 | 19,300 | 20,400 | 91,550 | | |
| Travel - Gas | 36,525 | 39,100 | 40,250 | 40,800 | 40,800 | 197,475 | | |
| Utilities | 4,525 | 4,800 | 4,850 | 5,400 | 5,400 | 24,975 | | |
| Waste Collections | 2,037 | 2,400 | 2,425 | 2,700 | 2,700 | 12,262 | | |
| Storage | 10,504 | 10,680 | 10,715 | 11,100 | 11,100 | 54,099 | | |
| **Total Expenses** | **1,207,323** | **1,261,929** | **1,307,808** | **1,356,632** | **1,412,027** | **6,545,719** | | |
| | | | | | | - | | |
| **Net Operating Income** | **275,709** | **190,782** | **179,993** | **151,489** | **112,353** | **910,326** | | |
| | 6.0% | 4.0% | 3.7% | 3.0% | 2.2% | 3.8% | | |
| | | | | | | - | | |
| **Cumulative Net Income** | | | | | | - | | |
| | | | | | | | | |
| **Unsecured Claims** | | | | | | | POC | Recovery |
| Kapitus payment (25k + 5k/mo) | (61,000) | (54,000) | (54,000) | (54,500) | - | (223,500) | | |
| Unsecured Creditor payment | 15,000 | (145,000) | (110,000) | (135,000) | (165,000) | (540,000) | 2,730,016.81 | 27.97% |
| Internal Revenue Service | (48,288) | (16,096) | - | - | - | (64,385) | | |
| Administrative Fees (Attorney and US Trutee) | (27,000) | - | - | - | - | (27,000) | | |
| | | | | | | | | |
| **Cash balance** | **183,107** | **174,889** | **190,882** | **152,871** | **100,224** | **100,224** | | |