**Spectacular Solar Inc.**          **EXHIBIT C**
**March 2023**
**Cash Receipts**

| Type | Date | Name | Account | Debit |
|---|---|---|---|---:|
| Deposit | 3/3/2023 | Siva Kanakamadala | Other Primary Income | 525,000.00 |
| Deposit | 3/13/2023 | Dividend Finance/ Jignesh Desai | Other Primary Income | 20,732.00 |
| Deposit | 3/23/2023 | J. Morales - repair | Other Primary Income | 350.00 |
| Deposit | 3/23/2023 | F. Boules - repair | Other Primary Income | 350.00 |
| Deposit | 3/23/2023 | B. Reid - repair | Other Primary Income | 650.00 |
| Deposit | 3/29/2023 | ADP reimbursement - Taxes | Cost of Goods-Pyrl Exp(Taxes) | 23,540.77 |
| Deposit | 3/29/2023 | ADP reimbursement - Taxes | Cost of Goods-Pyrl Exp(Taxes) | 9,393.53 |
| Deposit | 3/30/2023 | J. Fronius - repair | Cost of Goods Sold | 150.00 |
| Deposit | 3/31/2023 | R. McNamara- repair | Sales of Product Income | 2,750.00 |
| Deposit | 3/31/2023 | J. Rosenberg - repair | Sales of Product Income | 1,140.33 |
| Deposit | 3/31/2023 | L. Gao - repair | Sales of Product Income | 350.00 |
| **TOTAL** | | | | **584,406.63** |