**Spectacular Solar Inc.**   **EXHIBIT D**
**March 2023**
**Expenses**

| Type | Date | Num | Name | Memo | Account | Credit |
|---|---|---|---|---|---|---|
| Check | 3/1/2023 | 1717 | Michael Grynberg. | Reimbursement | Supplies & Materials - COGS | 526.93 |
| Bill Pmt -Online | 3/1/2023 | 30123 | TG Marketing | Leads | Accounts Payable (A/P) | 570.00 |
| Bill Pmt -Online | 3/1/2023 | 30123 | UNIRAC | Viola A Management-Structural Permit | Accounts Payable (A/P) | 880.00 |
| Bill Pmt -Online | 3/1/2023 | 30123 | UNIRAC | Viola A Management-Electrical Permit | Accounts Payable (A/P) | 640.00 |
| Bill Pmt -Online | 3/1/2023 | 30123 | UNIRAC | January Permits | Accounts Payable (A/P) | 355.00 |
| Bill Pmt -Online | 3/1/2023 | 30123 | UNIRAC | Ten West Plans | Accounts Payable (A/P) | 2,887.00 |
| Bill Pmt -Online | 3/1/2023 | 30123 | Consolidated Electrical Dist. | Critterguards-Jon Rosenberg | Accounts Payable (A/P) | 368.33 |
| Check | 3/1/2023 | 30123 | Metro Self Storage | Storage Facility | Cost of Goods Sold | 319.32 |
| Check | 3/2/2023 | 1780 | Jose Delgado-Vendor | Reimbursement-Critter Guards | -SPLIT- | 537.98 |
| Check | 3/2/2023 | 30223 | Jake Storage | Containers | Cost of Goods Sold | 319.88 |
| Bill Pmt -Online | 3/2/2023 | 30323 | UNIRAC | Engineering plans | Accounts Payable (A/P) | 105.00 |
| Bill Pmt -Online | 3/2/2023 | 30223 | Angi Leads | Leads | Accounts Payable (A/P) | 750.00 |
| Bill Pmt -Online | 3/2/2023 | 30223 | City of Newark | Zoning Dept-AME Allen Church | Accounts Payable (A/P) | 460.00 |
| Check | 3/3/2023 | 1789 | Jose Delgado | 2/16/23-3/1/23 | Cost of Goods Payroll | 2,174.20 |
| Check | 3/3/2023 | 1782 | Fernando Gonzalez | 2/16/23-3/1/23 | Cost of Goods Payroll | 1,452.21 |
| Check | 3/3/2023 | 1783 | Joseph Mastorio | 2/16/23-3/1/23 | Cost of Goods Payroll | 1,763.85 |
| Check | 3/3/2023 | 1784 | Maria Camila Rigueros Romero | 2/16/23-3/1/23 | Admin Payroll Exp | 1,036.82 |
| Check | 3/3/2023 | 1785 | Franklin Campana | 2/16/23-3/1/23 | Cost of Goods Payroll | 2,247.26 |
| Check | 3/3/2023 | 1786 | Andi Escobar Portillo. | 2/16/23-3/1/23 | Cost of Goods Payroll | 1,280.12 |
| Check | 3/3/2023 | 1787 | Joaquin Morales Bolvito | 2/16/23-3/1/23 | Cost of Goods Payroll | 1,783.54 |
| Check | 3/3/2023 | 1788 | Apolinario Roman | 2/16/23-3/1/23 | Cost of Goods Payroll | 1,273.16 |
| Bill Pmt -Check | 3/3/2023 | 1790 | Waldir Quindes | 2.20.2023-3.3.22023 Ops consulatant | Accounts Payable (A/P) | 1,350.00 |
| Check | 3/3/2023 | 1791 | Franklin Campana | Gas | Cost of Goods Sold-Installer's | 30.00 |
| Check | 3/3/2023 | 1792 | Jose Delgado-Vendor | Gas | Cost of Goods Sold-Installer's | 58.26 |
| Check | 3/3/2023 | 30323 | ADP Payroll Fees | | Payroll Service Fees | 115.42 |
| Check | 3/3/2023 | 30323 | Walmart | Hose, Tape | Supplies & Materials - COGS | 54.20 |
| Check | 3/6/2023 | 30623 | The Home Depot | Clips | Cost of Goods Sold | 37.53 |
| Check | 3/10/2023 | 1799 | Jose Delgado-Vendor | Gas | Cost of Goods Sold-Installer's | 47.42 |
| Check | 3/10/2023 | 1800 | Fernando Gonzalez | Gas | Cost of Goods Sold-Installer's | 108.82 |
| Bill Pmt -Check | 3/10/2023 | 1801 | Cragwood Investments LLC | March 2023 Rent | Accounts Payable (A/P) | 2,384.96 |
| Bill Pmt -Check | 3/10/2023 | 1802 | Boost Web Studio LLC | Monthly Website Fee | Accounts Payable (A/P) | 69.00 |

| Type | Date | Num | Name | Memo | Account | Credit |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 3/10/2023 | 1803 | Technology Visionaries LLC | February 2023 IT | Accounts Payable (A/P) | 1,834.85 |
| Bill Pmt -Check | 3/10/2023 | 1804 | Technology Visionaries LLC | March 2023 IT | Accounts Payable (A/P) | 993.83 |
| Bill Pmt -Online | 3/13/2023 | 31323 | Wells Fargo | | Bank Charges & Fees | 31.00 |
| Check | 3/14/2023 | 31423 | USPS | Furao | Postage | 10.65 |
| Check | 3/14/2023 | 31424 | SELECTIVE PMT | Auto Insurance | Insurance | 816.00 |
| Check | 3/15/2023 | 1806 | Jose Delgado-Vendor | Replacement CK 1780 | Cost of Goods Sold-Installer's | 537.98 |
| Check | 3/15/2023 | 1807 | Jose Delgado | 2/16/23-3/1/23 Rplcement Ck for 1789 | Suspense | 2,174.20 |
| Check | 3/15/2023 | 1808 | Jose Delgado-Vendor | Gas | Cost of Goods Sold-Installer's | 58.26 |
| Check | 3/15/2023 | 1805 | Franklin Campana | Replacement CK for 1791 | Suspense | 30.00 |
| Check | 3/15/2023 | 1809 | Maria Camila Rigueros Romero | 2/16/23-3/1/23 Rplcement CK for Ck#1784 | Suspense | 1,036.82 |
| Check | 3/15/2023 | 1810 | Joseph Mastorio | Gas | Cost of Goods Sold-Installer's | 20.55 |
| Check | 3/15/2023 | 1811 | Jose Delgado-Vendor | 3/15/23-Gas-AME Church | Cost of Goods Sold-Installer's | 37.81 |
| Check | 3/15/2023 | 1812 | Andi Escobar Portillo. | Gas | Cost of Goods Sold-Installer's | 186.69 |
| Check | 3/15/2023 | 1824 | Michael Grynberg | 3/2/23-3/15/23 | Admin Payroll Exp | 2,614.05 |
| Check | 3/15/2023 | 1814 | Doug Heck | 3/2/23-3/15/23 | Office | 1,493.74 |
| Check | 3/15/2023 | 31523 | Wells Fargo | Wire Transfer Fee-Solaroot | Bank Charges & Fees | 45.00 |
| Bill Pmt -Check | 3/15/2023 | 31523 | TG Marketing | Marketing Leads | Accounts Payable (A/P) | 570.00 |
| Bill Pmt -Check | 3/15/2023 | 31523 | TG Marketing | Marketing Leads | Accounts Payable (A/P) | 570.00 |
| Check | 3/15/2023 | 31523 | Wells Fargo | Wire Transfer Fee-Solaroot | Bank Charges & Fees | 30.00 |
| Bill Pmt -Check | 3/15/2023 | 31523 | ADP Tax | | Accounts Payable (A/P) | 23,540.77 |
| Bill Pmt -Check | 3/15/2023 | 31523 | Solaroot Engineering Services | AME Church/Groove | Accounts Payable (A/P) | 500.00 |
| Check | 3/15/2023 | 31524 | Gillman Bruton Capone | US Trustee | Legal & Professional Services | 57,500.00 |
| Check | 3/15/2023 | 31525 | Wells Fargo | Gillman, Capone Certified Bank CHg | Bank Charges & Fees | 10.00 |
| Check | 3/16/2023 | 31623 | Walmart | | Office Equipment | 396.63 |
| Check | 3/16/2023 | 31623 | Ford Motor Credit | | 2018 FORD FOCUS Liability | 497.99 |
| Check | 3/17/2023 | 1826 | Douglas Heck | | Office/General Administrative E | 1,632.03 |
| Check | 3/17/2023 | 1827 | Angela Martins. | | Admin Payroll Exp | 1,632.03 |
| Check | 3/17/2023 | 1825 | Al Francesco | | Admin Payroll Exp | 3,280.08 |
| Check | 3/17/2023 | 1831 | Jose Delgado | 3/2-3/15/23 | Cost of Goods Payroll | 1,939.35 |
| Check | 3/17/2023 | 1832 | Franklin Campana | 3/2-3/15/23 | Cost of Goods Payroll | 2,072.83 |
| Check | 3/17/2023 | 1833 | Andi Escobar Portillo. | 3/2-3/15/23 | Cost of Goods Payroll | 1,290.07 |
| Check | 3/17/2023 | 1834 | Fernando Gonzalez | 3/2-3/15/23 | Cost of Goods Payroll | 1,717.05 |
| Check | 3/17/2023 | 1835 | Joaquin Morales Bolvito | 3/2-3/15/23 | Cost of Goods Payroll | 1,808.38 |
| Check | 3/17/2023 | 1836 | Joseph Mastorio | 3/2-3/15/23 | Cost of Goods Payroll | 1,673.90 |
| Check | 3/17/2023 | 1837 | Apolinario Roman | 3/2-3/15/23 | Cost of Goods Payroll | 1,289.80 |
| Check | 3/17/2023 | 1838 | Maria Camila Rigueros Romero | 3/2-3/15/23 | Admin Payroll Exp | 1,030.31 |
| Check | 3/17/2023 | 1839 | Maria Camila Rigueros Romero | March 3 Pyrl NSF Fee | Bank Charges & Fees | 15.00 |
| Check | 3/17/2023 | 1840 | Franklin Campana | 3/3/23 Reimb | Cost of Goods Sold-Installer's | 245.88 |

| Type | Date | Num | Name | Memo | Account | Credit |
|---|---|---|---|---|---|---|
| Check | 3/17/2023 | 1841 | Apolinario Roman | 3/3/23 Reimb | Cost of Goods Sold-Installer's | 115.80 |
| Check | 3/17/2023 | 1842 | Joseph Mastorio | 3/3/23 Reimb | Cost of Goods Sold-Installer's | 169.79 |
| Check | 3/17/2023 | 1843 | Joaquin Morales Bolvito | 3/3/23 Reimb | Cost of Goods Sold-Installer's | 130.41 |
| Check | 3/17/2023 | 1844 | Fernando Gonzalez | 3/3/23 Reimb | Cost of Goods Sold-Installer's | 66.00 |
| Check | 3/17/2023 | 1845 | Andi Escobar Portillo | 3/3/23 Reimb | Cost of Goods Sold-Installer's | 112.90 |
| Check | 3/17/2023 | 1846 | Jose Delgado-Vendor | 3/3/23 Reimb | Cost of Goods Sold-Installer's | 144.00 |
| Bill Pmt -Check | 3/17/2023 | 1847 | Waldir Quindes | 3.6.2023-3.17.2023 Ops Consultant | Accounts Payable (A/P) | 1,350.00 |
| Check | 3/17/2023 | 31723 | Raceway Gas | | Cost of Goods Sold | 39.00 |
| Check | 3/17/2023 | 31723 | Chipotle | Office | Cost of Goods Sold | 22.23 |
| Bill Pmt -Check | 3/17/2023 | 31723 | Verizon | Internet | Accounts Payable (A/P) | 99.00 |
| Check | 3/17/2023 | 31723 | AFCO Insurance | Commercial | Insurance | 3,209.90 |
| Certified Check | 3/20/2023 | 676480261 | Consolidated Electrical Dist. | Materials | Cost of Goods Sold | 6,680.00 |
| Certified Ck Fee | 3/20/2023 | 676480261 | Wells Fargo | AAA | Cost of Goods Sold | 10.00 |
| Bill Pmt -Check | 3/20/2023 | 32023 | Gordon Electric Supply | Leviton (Emon Demon)-Joseph Bottiato | Accounts Payable (A/P) | 463.84 |
| Check | 3/20/2023 | 1732 | Township of Bridgewater | 571 Foothill Road | Permits | 940.00 |
| Bill Pmt -Check | 3/20/2023 | 32023 | ADP Tax | 3/15 WT, 3/20 ACH-duplicated-credited 3/29 | Accounts Payable (A/P) | 23,419.94 |
| Bill Pmt -Check | 3/21/2023 | 1852 | BBB Industries | Materials | Accounts Payable (A/P) | 163,936.00 |
| Check | 3/21/2023 | 1853 | Waldir Quindes | Materials | Cost of Goods Sold-Installer's | 673.20 |
| Bill Pmt -Check | 3/21/2023 | 1854 | Consolidated Electrical Dist. | Conduit | Accounts Payable (A/P) | 9,710.27 |
| Check | 3/21/2023 | 1855 | Joseph Mastorio | 3/16/23-Gas-Cherry Hill | Cost of Goods Sold-Installer's | 42.00 |
| Check | 3/21/2023 | 1856 | Jose Delgado-Vendor | Gas | Cost of Goods Sold-Installer's | 95.92 |
| Certified Check | 3/21/2023 | 676740255 | Consolidated Electrical Dist. | | Cost of Goods Sold | 13,102.67 |
| Check | 3/21/2023 | 676740216 | Wells Fargo | Cherry Hill | Cost of Goods Sold | 10.00 |
| Certified Check | 3/21/2023 | 676740216 | Doug Heck | | Payroll Advance-Doug Heck | 3,000.00 |
| Check | 3/21/2023 | 676740255 | Wells Fargo | Ck#6767402557 BK Fee | Cost of Goods Sold | 10.00 |
| Bill Pmt -Check | 3/21/2023 | 1858 | Nissan | Acct#00102497113980001 | Accounts Payable (A/P) | 424.20 |
| Bill Pmt -Check | 3/21/2023 | 1859 | Nissan | Acct#00102497104480001 | Accounts Payable (A/P) | 424.20 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | Structural Concepts Revision Plans | Accounts Payable (A/P) | 35.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | Dunkin | Coffee - Installers | Cost of Goods Sold | 8.30 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | Days Inn Commercial Revision | Accounts Payable (A/P) | 50.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | Ambassador Management Wet Stamp | Accounts Payable (A/P) | 75.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | Samir Khopar Revision Fee | Accounts Payable (A/P) | 15.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | 315 E Hanover (Commercial Review) | Accounts Payable (A/P) | 50.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | Satish Kamasamudram | Accounts Payable (A/P) | 15.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | EZ Dock | Accounts Payable (A/P) | 75.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | 1804991/141898-Ten West | Accounts Payable (A/P) | 75.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | 1804992/141899-Lake Hopatcong Ventures | Accounts Payable (A/P) | 140.00 |
| Bill Pmt -Online | 3/21/2023 | 32123 | UNIRAC | 1804993/141901-Pennsville Acquisition | Accounts Payable (A/P) | 50.00 |

| Type | Date | Num | Name | Memo | Account | Credit |
|---|---|---|---|---|---|---|
| Bill Pmt -Online | 3/21/2023 | 32123 | Inverter Supply | Jignesh Inverter | Supplies & Materials - COGS | 3,789.72 |
| Bill Pmt -Online | 3/21/2023 | 32124 | Gordon Electric Supply | S2554125-Duplicated | Supplies & Materials - COGS | 463.84 |
| Bill Pmt -Online | 3/22/2023 | 32223 | ADP Tax | | Accounts Payable (A/P) | 9,393.53 |
| Bill Pmt -Online | 3/22/2023 | 32223 | TG Marketing | Leads | Accounts Payable (A/P) | 570.00 |
| Bill Pmt -Online | 3/22/2023 | 32223 | Dunkin | Coffee - Installer's | Cost of Goods Sold | 15.99 |
| Bill Pmt -Online | 3/22/2023 | 32223 | Wells Fargo | CED Quote#Q1056830 | Cost of Goods Sold | 30.00 |
| Bill Pmt -Online | 3/23/2023 | 32323 | Metro Self Storage | | Cost of Goods Sold | 274.50 |
| Bill Pmt -Check | 3/23/2023 | 1860 | Krannich Solar | SolaTrim 5.5 Pest Abatement Barrier | Accounts Payable (A/P) | 484.88 |
| Bill Pmt -Check | 3/23/2023 | 1861 | Krannich Solar | SolaTrim 5.5 Pest Abatement Barrier | Accounts Payable (A/P) | 242.44 |
| Check | 3/23/2023 | 1862 | Township of Parsipanny | 37 Exeter Dr. Morris Plains, NJ 07950 | Permits | 716.00 |
| Check | 3/23/2023 | 1870 | Jose Delgado-Vendor | Gas | Cost of Goods Sold-Installer's | 68.54 |
| Bill Pmt -Online | 3/23/2023 | 32323 | NJ EZ Pass | | Cost of Goods Sold | 710.00 |
| Check | 3/24/2023 | 1869 | Douglas Heck | Missed payroll check 3/03/2023 | Office/General Administrative E | 3,507.87 |
| Check | 3/24/2023 | 1864 | Angela Martins. | Missed payroll check 3/03/2024 | Admin Payroll Exp | 1,632.03 |
| Check | 3/24/2023 | 1865 | Michael Grynberg | Missed payroll check 3/03/2025 | Admin Payroll Exp | 2,614.05 |
| Check | 3/24/2023 | 1867 | Francisco O Gomez | Comm: S. Khopar 10.4KW, D. Hoelle 7.67kw | -SPLIT- | 1,445.60 |
| Check | 3/24/2023 | 1866 | Al Francesco | Missed payroll check 3/03/2025 | Admin Payroll Exp | 3,280.08 |
| Check | 3/24/2023 | 1733 | Town of Dover | 40 Fox Hill | Permits | 185.00 |
| Bill Pmt -Online | 3/24/2023 | 32423 | UNIRAC | Lake Hopatcong Permit Inv#142630 | Accounts Payable (A/P) | 35.00 |
| Bill Pmt -Online | 3/27/2023 | 32723 | Albeck Financial Services Inc. | OTC Markets quarterly reporting | Accounting | 10,500.00 |
| Bill Pmt -Online | 3/27/2023 | 32723 | Metro Self Storage | | Cost of Goods Sold | 44.82 |
| Bill Pmt -Online | 3/27/2023 | 32723 | Quick Chek | Gas | Cost of Goods Sold | 36.88 |
| Bill Pmt -Online | 3/27/2023 | 32723 | Wells Fargo | ADP W/T Fee | Bank Charges & Fees | 30.00 |
| Bill Pmt -Online | 3/28/2023 | 32823 | SELECTIVE PMT | Auto Insurance | Insurance | 816.00 |
| Bill Pmt -Online | 3/28/2023 | 32823 | UNIRAC | Lake Hopatcong Ventures Permit | Accounts Payable (A/P) | 35.00 |
| Bill Pmt -Online | 3/28/2023 | 32823 | UNIRAC | Wet Stamp-Satish Kamasamudram | Accounts Payable (A/P) | 75.00 |
| Bill Pmt -Online | 3/28/2023 | 32823 | UNIRAC | Jigneshkumar Desai Revision Permit | Accounts Payable (A/P) | 15.00 |
| Check | 3/28/2023 | 1815 | Jose Delgado-Vendor | Gas | Cost of Goods Sold-Installer's | 40.00 |
| Bill Pmt -Online | 3/28/2023 | 32823 | Staples | File Folders/paper | Office Expense | 25.00 |
| Bill Pmt -Online | 3/29/2023 | 32923 | TG Marketing | Leads | Accounts Payable (A/P) | 570.00 |
| Bill Pmt -Online | 3/30/2023 | 33023 | Quick Chek | Gas | Cost of Goods Sold | 32.87 |
| Bill Pmt -Online | 3/30/2023 | 33023 | Wells Fargo | ADP W/T Fee | Bank Charges & Fees | 30.00 |
| Bill Pmt -Online | 3/30/2023 | 33023 | ADP Tax | ADP Payroll Taxes | Accounts Payable (A/P) | 17,911.19 |
| Check | 3/31/2023 | 1872 | Franklin Campana | 3/16-3/29/23 | Cost of Goods Payroll | 2,203.12 |
| Check | 3/31/2023 | 1873 | Jose Delgado | 3/16-3/29/23 | Cost of Goods Payroll | 2,356.17 |
| Check | 3/31/2023 | 1874 | Andi Escobar Portillo. | 3/16-3/29/23 | Cost of Goods Payroll | 1,340.01 |
| Check | 3/31/2023 | 1875 | Al Francesco | 3/16-3/29/23 | Admin Payroll Exp | 3,280.07 |
| Check | 3/31/2023 | 1876 | Fernando Gonzalez | 3/16-3/29/23 | Cost of Goods Payroll | 2,303.54 |

| Type | Date | Num | Name | Memo | Account | Credit |
|---|---|---|---|---|---|---|
| Check | 3/31/2023 | 1877 | Michael Grynberg | 3/16-3/29/23 | Admin Payroll Exp | 2,614.03 |
| Check | 3/31/2023 | 1878 | Douglas Heck | 3/16-3/29/23 | Office/General Administrative E | 3,507.87 |
| Check | 3/31/2023 | 1879 | Joaquin Morales Bolvito | 3/16-3/29/23 | Cost of Goods Payroll | 1,880.71 |
| Check | 3/31/2023 | 1880 | Angela Martins. | 3/16-3/29/23 | Admin Payroll Exp | 1,645.84 |
| Check | 3/31/2023 | 1881 | Joseph Mastorio | 3/16-3/29/23 | Cost of Goods Payroll | 1,936.72 |
| Check | 3/31/2023 | 1882 | Apolinario Roman | 3/16-3/29/23 | Cost of Goods Payroll | 1,340.59 |
| Check | 3/31/2023 | 1883 | Maria Camila Rigueros Romero | 3/16-3/29/23 | Admin Payroll Exp | 1,036.69 |
| Bill Pmt -Check | 3/31/2023 | 1884 | Waldir Quindes | Consultant: Period : 3/20-3/31/2023 | Accounts Payable (A/P) | 1,350.00 |
| Check | 3/31/2023 | 1885 | Waldir Quindes | Gas | Cost of Goods Sold-Installer's | 935.84 |
| Check | 3/31/2023 | 1886 | Joseph Mastorio | Gas | Cost of Goods Sold | 41.55 |
| Check | 3/31/2023 | 1887 | Jose Delgado-Vendor | Gas | -SPLIT- | 27.52 |
| Bill Pmt -Online | 3/31/2023 | 33123 | Wells Fargo | | Bank Charges & Fees | 1.50 |
| Bill Pmt -Online | 3/31/2023 | 33123 | Horizon Blue Cross/Blue Shield NJ | Angela Martins/Doug Heck | Insurance | 1,270.18 |
| Bill Pmt -Online | 3/31/2023 | 33123 | ADP Payroll Fees | | Payroll Service Fees | 577.10 |
| Bill Pmt -Online | 3/31/2023 | 33123 | Amerihealth | Joe Mastorio | Insurance | 426.76 |
| Bill Pmt -Online | 3/31/2023 | 33123 | Home Depot | Starbuck's | Meals & Entertainment | 6.02 |
| **Total Wells Fargo DIP** | | | | | | **459,841.97** |