**Spectacular Solar Inc.**  **EXHIBIT E**
**March 2023**
**Accounts Payable**

| Vendor | Current | 1-30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Audit adjustment | - | - | - | - | 6,941.00 | 6,941.00 |
| ADP Payroll Fees | - | - | - | 346.26 | - | 346.26 |
| ADP Tax | - | - | - | - | 971.85 | 971.85 |
| AFCO Insurance | - | - | - | - | 3,018.92 | 3,018.92 |
| AmGuard Insurance Company | - | - | - | 3,614.53 | 11,439.81 | 15,054.34 |
| Antranig Aslanian | - | - | - | - | 8,330.14 | 8,330.14 |
| Caballero & Sons Plumbing And Heating | 1,550.00 | - | - | - | - | 1,550.00 |
| CBM Services LLC | - | - | - | - | 47,940.00 | 47,940.00 |
| Consolidated Electrical Dist. | - | - | - | - | - | - |
| Constantinos Papademas LLC | - | - | - | - | 4,000.00 | 4,000.00 |
| Cooper Electric | - | - | - | - | 176.00 | 176.00 |
| Cooper Electric Supply Co. | - | - | - | - | 364.32 | 364.32 |
| Elevated Remodeling LLC. | - | - | - | - | 29,162.00 | 29,162.00 |
| Grant Supplies | - | - | - | - | 6,831.99 | 6,831.99 |
| Green Building Solutions & Supply | - | - | - | - | 2,200.00 | 2,200.00 |
| HULL & Company LLC | - | - | - | - | 3,764.34 | 3,764.34 |
| John T. Principe, CPA LLC | - | - | - | - | 4,500.00 | 4,500.00 |
| Jolt Engineering | - | - | - | - | 3,550.00 | 3,550.00 |
| Justin Tullo | - | - | - | - | 1,011.17 | 1,011.17 |
| Krannich Solar | - | - | - | - | (2,355.13) | (2,355.13) |
| Layne Michael PR | - | - | - | - | 24,800.00 | 24,800.00 |
| Maloney's Pub | - | - | - | - | 132.35 | 132.35 |
| Michael Grynberg. | - | - | - | - | 5,941.11 | 5,941.11 |
| Midtown Credit, Inc. | - | - | - | - | 2,900.00 | 2,900.00 |
| New Road Energy | - | - | - | - | (7,698.62) | (7,698.62) |
| Paul Mitchell | - | - | - | - | 650.00 | 650.00 |
| Penn Fusion Engineering, LLC | - | - | - | - | 18,500.00 | 18,500.00 |
| Sarin Kunamaneni | - | - | - | - | 18,000.00 | 18,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SELECTIVE PMT | - | - | - | 816.00 | 1,632.00 | 2,448.00 |
| TG Marketing | - | - | - | - | (570.00) | (570.00) |
| Turtle & Hughes | - | - | - | - | 257.16 | 257.16 |
| UNIRAC | - | - | - | - | 11,346.00 | 11,346.00 |
| Yassi Law PC | - | - | - | - | 10,340.00 | 10,340.00 |
| **TOTAL** | **1,550.00** | **-** | **-** | **4,776.79** | **218,076.41** | **224,403.20** |