**1:02 PM**

**04/25/23**

# SPECTACULAR SOLAR, INC.
## Statement of Cash Flows
### March 2023

|  | Mar 23 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| **Net Income** | 124,886.28 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **Accounts Receivable** | 15,897.08 |
| **Accounts Payable (A/P)** | -5,064.13 |
| **Payroll Advance-Doug Heck** | -3,000.00 |
| **Net cash provided by Operating Activities** | 132,719.23 |
| **FINANCING ACTIVITIES** | |
| **AUTO LOANS:2018 FORD FOCUS Liability** | -497.99 |
| **AUTO LOANS:2019 Nissan NV - Liability 1139** | -848.40 |
| **Net cash provided by Financing Activities** | -1,346.39 |
| **Net cash increase for period** | 131,372.84 |
| **Cash at beginning of period** | 5,257.80 |
| **Cash at end of period** | **136,630.64** |