1:03 PM
04/25/23
Accrual Basis

# SPECTACULAR SOLAR, INC.
## Profit & Loss
### March 2023

|  | Mar 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Other Primary Income | 528,100.00 |
| Sales of Product Income | 7,775.25 |
| **Total Income** | 535,875.25 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| Cost of Goods-Pyrl Exp(Taxes) | 23,419.94 |
| Cost of Goods Payroll | 38,572.18 |
| Cost of Goods Sold | 22,447.45 |
| Cost of Goods Sold-Installer's | 2,186.69 |
| Labor | 1,050.00 |
| Permits | 2,301.00 |
| Supplies & Materials - COGS | 180,001.67 |
| **Total Cost of Goods Sold** | 269,978.93 |
| **Total COGS** | 269,978.93 |
| **Gross Profit** | 265,896.32 |
| **Expense** | |
| Accounting | 10,500.00 |
| **Advertising & Marketing** | |
| Web Development | 69.00 |
| Advertising & Marketing - Other | 3,030.00 |
| **Total Advertising & Marketing** | 3,099.00 |
| Bank Charges & Fees | 192.50 |
| Engineering | 1,345.00 |
| Insurance | 6,538.84 |
| IT Services | 1,914.88 |
| Legal & Professional Services | 57,500.00 |
| Meals & Entertainment | 6.02 |
| **Net Payroll - Salaries** | |
| Payroll Service Fees | 692.52 |
| **Total Net Payroll - Salaries** | 692.52 |
| Office Equipment | 396.63 |
| Office Expense | 25.00 |

**1:03 PM**
**04/25/23**
**Accrual Basis**

**SPECTACULAR SOLAR, INC.**
# Profit & Loss
**March 2023**

|  | Mar 23 |
|---|---:|
| **Office/General Administrative E** | |
|     **Admin Payroll Exp** | 27,328.11 |
|     **Admin Pyrl Expenses(Taxes)** | 17,911.19 |
|     **Office/General Administrative E - Other** | 7,015.74 |
| **Total Office/General Administrative E** | 52,255.04 |
| **Postage** | 10.65 |
| **Professional Services** | 4,050.00 |
| **Rent & Lease** | 2,384.96 |
| **Utilities** | 99.00 |
| **Total Expense** | 141,010.04 |
| **Net Ordinary Income** | 124,886.28 |
| **Net Income** | **124,886.28** |