1:04 PM
04/25/23
Accrual Basis

# SPECTACULAR SOLAR, INC.
## Balance Sheet
### As of March 31, 2023

|  | Mar 31, 23 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Wells Fargo DIP | 136,180.64 |
|     **Total Checking/Savings** | 136,180.64 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 3,433,027.25 |
|     **Total Accounts Receivable** | 3,433,027.25 |
|     **Other Current Assets** | |
|       Undeposited Funds | 450.00 |
|     **Total Other Current Assets** | 450.00 |
|   **Total Current Assets** | 3,569,657.89 |
|   **Fixed Assets** | |
|     2016 Ford F-150 | 29,837.10 |
|     2016 FORD TRAN C | 21,448.84 |
|     2016 Nissan NV Cargo | 34,456.70 |
|     2018 FORD FOCUS | 23,121.83 |
|     2019 Ford Ranger | 29,186.61 |
|     2019 FORD TRAN C | 28,528.65 |
|     2019 Nissan NV - 00102497104480 | 33,987.88 |
|     2019 Nissan NV - 0010249711398 | 29,635.49 |
|     Accumulated Depreciation | -188,797.50 |
|   **Total Fixed Assets** | 41,405.60 |
| **TOTAL ASSETS** | **3,611,063.49** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable (A/P) | 224,403.20 |
|       **Total Accounts Payable** | 224,403.20 |
|       **Other Current Liabilities** | |
|         **Deferred Revenue Total** | |
|           Deferred Revenue | 136,000.00 |
|           Deferred Revenue Contract | 1,646,011.94 |
|         **Total Deferred Revenue Total** | 1,782,011.94 |

1:04 PM  
04/25/23  
Accrual Basis

**SPECTACULAR SOLAR, INC.**  
**Balance Sheet**  
**As of March 31, 2023**

|  | Mar 31, 23 |
|---|---:|
| **Loan - Strategic Funding** | |
|     Overnight Capital | -18,000.00 |
|     SF Merch No 712092 | 279,159.30 |
| **Total Loan - Strategic Funding** | 261,159.30 |
| **Payroll Advance-Doug Heck** | -3,000.00 |
| **Total Other Current Liabilities** | 2,040,171.24 |
| **Total Current Liabilities** | 2,264,574.44 |
| **Long Term Liabilities** | |
|   **AUTO LOANS** | |
|     2018 FORD FOCUS Liability | 8,273.08 |
|     2019 Ford Ranger Liability | 19,541.34 |
|     2019 FORD TRAN C Liability | 12,690.05 |
|     2019 Nissan NV - Liability | 8,265.01 |
|     2019 Nissan NV - Liability 1139 | 11,361.53 |
|   **Total AUTO LOANS** | 60,131.01 |
|   **LONG TERM DEBT** | |
|     Payroll Protection Loan | 350,000.00 |
|     PPP Loan CFSB | 280,000.00 |
|     SBA Loan Liability | 499,900.00 |
|   **Total LONG TERM DEBT** | 1,129,900.00 |
| **Total Long Term Liabilities** | 1,190,031.01 |
| **Total Liabilities** | 3,454,605.45 |
| **Equity** | |
|   Additional Paid In Capital | 725,200.00 |
|   Common Stock | 424,799.26 |
|   Preferred Stock | 297,185.74 |
|   Retained Earnings | -1,735,410.43 |
|   Net Income | 444,683.47 |
| **Total Equity** | 156,458.04 |
| **TOTAL LIABILITIES & EQUITY** | 3,611,063.49 |