# Initiate Business Checking $^{SM}$

March 31, 2023 ■ Page 1 of 8



SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)
50 CRAGWOOD RD STE 101
SOUTH PLAINFIELD NJ 07080-2435

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $13,845.85 |
| Deposits/Credits | 584,406.63 |
| Withdrawals/Debits | - 446,082.46 |
| Ending balance on 3/31 | $152,170.02 |

Account number: 8600
SPECTACULAR SOLAR INC
DEBTOR IN POSSESSION
CH11 CASE #22-18522 (NJ)

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████

For Wire Transfers use
Routing Number (RTN): ████████

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Purchase authorized on 02/27 Metro Self Storage 732-6979155 NJ S463058556857445 Card 9159 | | 319.32 | |
| 3/1 | | Purchase authorized on 02/28 5887 Greentech Ren 856-4880123 NJ S583059529959569 Card 9159 | | 368.33 | |
| 3/1 | | Purchase authorized on 02/28 Sq *Unirac, Inc Gosq.Com NM S583059550609602 Card 9159 | | 2,887.00 | |
| 3/1 | | Purchase authorized on 02/28 Sq *Unirac, Inc Gosq.Com NM S303059551394448 Card 9159 | | 355.00 | |
| 3/1 | | Purchase authorized on 02/28 Sq *Unirac, Inc Gosq.Com NM S303059551943828 Card 9159 | | 640.00 | |
| 3/1 | | Purchase authorized on 02/28 Sq *Unirac, Inc Gosq.Com NM S303059552569524 Card 9159 | | 880.00 | |
| 3/1 | | Purchase authorized on 02/28 Tg Marketing 800-9698518 CA S303059726336063 Card 9159 | | 570.00 | |
| 3/1 | 1717 | Check | | 526.93 | 7,299.27 |
| 3/2 | | Recurring Payment authorized on 02/28 Angi Leads 833-922-2897 CO S383059831784823 Card 9159 | | 750.00 | |
| 3/2 | | Recurring Payment authorized on 03/01 IN *Jake Storage C 973-9577600 NJ S583060409059683 Card 9159 | | 319.88 | |
| 3/2 | | Cash eWithdrawal in Branch/Store 03/02/2023 08:32 Am 92 Ferry St Newark NJ 9159 | | 460.00 | 5,769.39 |
| 3/3 | | Deposit Made In A Branch/Store | 525,000.00 | | |
| 3/3 | | Purchase authorized on 03/02 Sq *Unirac, Inc Gosq.Com NM S303061511014408 Card 9159 | | 105.00 | |
| 3/3 | | Purchase authorized on 03/02 Wal-Mart #2825 Old Bridge NJ S583061845976274 Card 9159 | | 54.20 | |
| 3/3 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 230303 928627212436 627370459DC Solar Inte | | 115.42 | |
| 3/3 | 1783 | Check | | 1,763.85 | |
| 3/3 | 1787 | Check | | 1,783.54 | |
| 3/3 | 1788 | Check | | 1,273.16 | |
| 3/3 | 1786 | Check | | 1,280.12 | |
| 3/3 | 1785 | Check | | 2,247.26 | |
| 3/3 | 1782 | Check | | 1,452.21 | 520,694.63 |
| 3/6 | | Purchase authorized on 03/03 Old Bridge Old Bridge NJ S463062508783098 Card 9159 | | 37.53 | 520,657.10 |
| 3/13 | | Fifth Third Bank Disbursemt SD1700 Spectacular Solar | 20,732.00 | | |
| 3/13 | | Stop Payment Fee | | 31.00 | 541,358.10 |
| 3/14 | | Purchase authorized on 03/14 USPS PO 33493504 155 Main Matawan NJ P463073487709305 Card 9159 | | 10.65 | |
| 3/14 | | Selective Ins Selective 230313 000001517106924 Spectacular Solar Inc | | 816.00 | 540,531.45 |
| 3/15 | | Wire Trans Svc Charge - Sequence: 230315075467 Srf# Ow00003036684408 Trn#230315075467 Rfb# Ow00003036684408 | | 30.00 | |
| 3/15 | | Wire Trans Svc Charge - Sequence: 230315079857 Srf# Ow00003036718365 Trn#230315079857 Rfb# Ow00003036718365 | | 45.00 | |
| 3/15 | | Purchase authorized on 03/14 Tg Marketing 800-9698518 CA S463073769932865 Card 9159 | | 570.00 | |
| 3/15 | | Purchase authorized on 03/14 Tg Marketing 800-9698518 CA S303073770508921 Card 9159 | | 570.00 | |
| 3/15 | | WT 230315-075467 Deutsche Bank Trust /Bnf=ADP Srf# Ow00003036684408 Trn#230315075467 Rfb# Ow00003036684408 | | 23,540.77 | |
| 3/15 | | WT 230315-079857 HDFC Bank Limited /Bnf=Solaroot Engineering Services Pvt Srf# Ow00003036718365 Trn#230315079857 Rfb# Ow00003036718365 | | 500.00 | |
| 3/15 | | Withdrawal Made In A Branch/Store | | 57,510.00 | |
| 3/15 | 1806 | Deposited OR Cashed Check | | 537.98 | |
| 3/15 | 1807 | Deposited OR Cashed Check | | 2,174.20 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/15 | 1811 | Check | | 37.81 | |
| 3/15 | 1824 | Check | | 2,614.05 | |
| 3/15 | 1799 | Check | | 47.42 | |
| 3/15 | 1808 | Check | | 58.26 | 452,295.96 |
| 3/16 | | Purchase authorized on 03/14 Walmart.Com 800-966-6546 AR S383073744406157 Card 9159 | | 396.63 | |
| 3/16 | 1801 | Check | | 2,384.96 | |
| 3/16 | | Ford Motor CR Fordcredit 230315 xxxxx6061 DC Solar Integrators | | 497.99 | |
| 3/16 | 1810 | Check | | 20.55 | |
| 3/16 | 1800 | Check | | 108.82 | |
| 3/16 | 1809 | Check | | 1,036.82 | |
| 3/16 | 1805 | Check | | 30.00 | |
| 3/16 | 1812 | Check | | 186.69 | 447,633.50 |
| 3/17 | | Purchase authorized on 03/15 Raceway 2119 6103 Aberdeen NJ S583074470243332 Card 9159 | | 39.00 | |
| 3/17 | | Purchase authorized on 03/16 Chipotle 1772 South Plainfi NJ S463075664350485 Card 9159 | | 22.23 | |
| 3/17 | 1831 | Deposited OR Cashed Check | | 1,939.35 | |
| 3/17 | 1846 | Deposited OR Cashed Check | | 144.00 | |
| 3/17 | | Verizon Paymentrec Urmng 6568493830001 Spectacular Solar Corp | | 99.00 | |
| 3/17 | < | Business to Business ACH Debit - Afco Credit Corp Payments 230316 11741713 Spectacular Solar, Inc | | 3,209.90 | |
| 3/17 | 1842 | Check | | 169.79 | |
| 3/17 | 1836 | Check | | 1,673.90 | |
| 3/17 | 1837 | Check | | 1,289.80 | |
| 3/17 | 1843 | Check | | 130.41 | |
| 3/17 | 1835 | Check | | 1,808.38 | |
| 3/17 | 1840 | Check | | 245.88 | |
| 3/17 | 1832 | Check | | 2,072.83 | |
| 3/17 | 1839 | Check | | 15.00 | |
| 3/17 | 1844 | Check | | 66.00 | |
| 3/17 | 1838 | Check | | 1,030.31 | |
| 3/17 | 1834 | Check | | 1,717.05 | |
| 3/17 | 1845 | Check | | 112.90 | |
| 3/17 | 1833 | Check | | 1,290.07 | 430,557.70 |
| 3/20 | | Withdrawal Made In A Branch/Store | | 6,690.00 | |
| 3/20 | 1814 | Check | | 1,493.74 | |
| 3/20 | < | Business to Business ACH Debit - ADP Tax ADP Tax 230320 Rbrwa 032306A03 DC Solar Integrators L | | 3,289.53 | |
| 3/20 | < | Business to Business ACH Debit - ADP Tax ADP Tax 230320 Rbrwa 032306A04 DC Solar Integrators L | | 4,920.11 | |
| 3/20 | < | Business to Business ACH Debit - ADP Tax ADP Tax 230320 Rbrwa 032306A05 DC Solar Integrators L | | 4,920.41 | |
| 3/20 | < | Business to Business ACH Debit - ADP Tax ADP Tax 230320 Rbrwa 032306A01 DC Solar Integrators L | | 5,113.14 | |
| 3/20 | < | Business to Business ACH Debit - ADP Tax ADP Tax 230320 Rbrwa 032306A02 DC Solar Integrators L | | 5,176.75 | |
| 3/20 | 1729 | Check | | 1,350.00 | |
| 3/20 | 1626 | Check | | 1,350.00 | |
| 3/20 | 1847 | Check | | 1,350.00 | |
| 3/20 | 1841 | Check | | 115.80 | |
| 3/20 | 1732 | Check | | 940.00 | 393,848.22 |
| 3/21 | | Purchase authorized on 03/16 Inverter Supply 888-606-2149 FL S383075709477933 Card 9159 | | 3,789.72 | |
| 3/21 | | Purchase authorized on 03/20 Gordon Electric Su 815-936-4700 IL S463079550824666 Card 9159 | | 463.84 | |
| 3/21 | | Purchase authorized on 03/20 Dunkin #300933 Q35 Morris Plains NJ S303079645924345 Card 9159 | | 8.30 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S303079656987537 Card 9159 | | 35.00 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S463079664154104 Card 9159 | | 15.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S383079665351762 Card 9159 | | 75.00 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S303079666023329 Card 9159 | | 75.00 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S303079667157864 Card 9159 | | 140.00 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S463079673619105 Card 9159 | | 50.00 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S463079675712421 Card 9159 | | 50.00 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S583079676406024 Card 9159 | | 75.00 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S463079676874518 Card 9159 | | 15.00 | |
| 3/21 | | Purchase authorized on 03/20 Sq *Unirac, Inc Gosq.Com NM S303079677285324 Card 9159 | | 50.00 | |
| 3/21 | | Withdrawal Made In A Branch/Store | | 16,122.67 | |
| 3/21 | 1852 | Check | | 163,936.00 | |
| 3/21 | 1827 | Check | | 1,632.03 | |
| 3/21 | 1826 | Check | | 1,632.03 | |
| 3/21 | < | Business to Business ACH Debit - Cons Elec 9730 Ced ACH 1152218 Ck 1854 | | 9,710.27 | 195,973.36 |
| 3/22 | | Wire Trans Svc Charge - Sequence: 230322050904 Srf# Ow00003057355009 Trn#230322050904 Rfb# Ow00003057355009 | | 30.00 | |
| 3/22 | | Purchase authorized on 03/21 Gordon Electric Su 815-936-4700 IL S463080485965024 Card 9159 | | 463.84 | |
| 3/22 | | Purchase authorized on 03/21 Dunkin #331928 Q35 Spring Lake NJ S303080638173495 Card 9159 | | 15.99 | |
| 3/22 | | Purchase authorized on 03/21 Tg Marketing 800-9698518 CA S383080665444726 Card 9159 | | 570.00 | |
| 3/22 | | WT 230322-050904 Deutsche Bank Trust /Bnf=ADP Srf# Ow00003057355009 Trn#230322050904 Rfb# Ow00003057355009 | | 9,393.53 | |
| 3/22 | 1855 | Check | | 42.00 | 185,458.00 |
| 3/23 | | Purchase authorized on 03/21 Metro Self Storage 732-6979155 NJ S583080508527235 Card 9159 | | 274.50 | |
| 3/23 | | Ezpass8882886865 Auto Repl 5P-292875349 Douglas Heck | | 710.00 | 184,473.50 |
| 3/24 | | Purchase authorized on 03/23 Sq *Unirac, Inc Gosq.Com NM S383082563406375 Card 9159 | | 35.00 | |
| 3/24 | < | Business to Business ACH Debit - Krannich Solar E ACH/Deb Spectacular Solar | | 242.44 | |
| 3/24 | < | Business to Business ACH Debit - Krannich Solar E ACH/Deb Spectacular Solar | | 484.88 | |
| 3/24 | 1853 | Check | | 673.20 | |
| 3/24 | 1865 | Check | | 2,614.05 | |
| 3/24 | 1864 | Check | | 1,632.03 | |
| 3/24 | 1869 | Check | | 3,507.87 | |
| 3/24 | 1733 | Check | | 185.00 | |
| 3/24 | 1862 | Check | | 716.00 | 174,383.03 |
| 3/27 | | ATM Check Deposit on 03/26 1115 Highway 34 Matawan NJ 0009417 ATM ID 65360 Card 9159 | 1,350.00 | | |
| 3/27 | | Wire Trans Svc Charge - Sequence: 230327178278 Srf# 0067663086024185 Trn#230327178278 Rfb# | | 30.00 | |
| 3/27 | | Purchase authorized on 03/23 Quick Chek Food St South Plainfi NJ S303082573640152 Card 9159 | | 36.88 | |
| 3/27 | | Purchase authorized on 03/24 Metro Self Storage 732-6979155 NJ S463083591061537 Card 9159 | | 44.82 | |
| 3/27 | 1870 | Deposited OR Cashed Check | | 68.54 | |
| 3/27 | 1856 | Deposited OR Cashed Check | | 95.92 | |
| 3/27 | | WT Fed#08493 Jpmorgan Chase Ban /Ftr/Bnf=Albeck Financial Services Srf# 0067663086024185 Trn#230327178278 Rfb# | | 10,500.00 | 164,956.87 |
| 3/28 | | Purchase authorized on 03/27 Sq *Unirac, Inc Gosq.Com NM S583086596568604 Card 9159 | | 35.00 | |

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/28 | | Purchase authorized on 03/27 Sq *Unirac, Inc Gosq.Com NM S383086597211289 Card 9159 | | 15.00 | |
| 3/28 | | Purchase authorized on 03/27 Sq *Unirac, Inc Gosq.Com NM S383086597742118 Card 9159 | | 75.00 | |
| 3/28 | | Etransfer IN Branch/Store - to Checking 1115 Highway 34 Aberdeen NJ 8071 | | 25.00 | |
| 3/28 | | Selective Ins Selective 230327 000001520707590 Spectacular Solar Inc | | 816.00 | |
| 3/28 | 1804 | Check | | 993.83 | |
| 3/28 | 1803 | Check | | 1,834.85 | 161,162.19 |
| 3/29 | | WT Seq186621 WF Return Wires IN Proc /Org= Srf# 2023032900185072 Trn#230329186621 Rfb# | 9,393.53 | | |
| 3/29 | | WT Seq190847 WF Return Wires IN Proc /Org= Srf# 2023032900185358 Trn#230329190847 Rfb# | 23,540.77 | | |
| 3/29 | | Purchase authorized on 03/28 Tg Marketing 800-9698518 CA S463087720938945 Card 9159 | | 570.00 | |
| 3/29 | 1867 | Check | | 1,445.60 | 192,080.89 |
| 3/30 | | Fronius US ACH 242 23000441 Sp *1*000002578\ | 150.00 | | |
| 3/30 | | Wire Trans Svc Charge - Sequence 230330105180 Srf# Ow00003080485696 Trn#230330105180 Rfb# Ow00003080485696 | | 30.00 | |
| 3/30 | | Purchase authorized on 03/28 Quick Chek Corpora Morganville NJ S303087677493742 Card 9159 | | 32.87 | |
| 3/30 | | WT 230330-105180 Deutsche Bank Trust /Bnf=ADP Srf# Ow00003080485696 Trn#230330105180 Rfb# Ow00003080485696 | | 17,911.19 | |
| 3/30 | 1859 | Check | | 424.20 | |
| 3/30 | 1858 | Check | | 424.20 | |
| 3/30 | 1825 | Check | | 3,280.08 | |
| 3/30 | 1866 | Check | | 3,280.08 | 166,848.27 |
| 3/31 | | ATM Check Deposit on 03/31 1115 Highway 34 Matawan NJ 0000290 ATM ID 65360 Card 9159 | 4,240.33 | | |
| 3/31 | | Purchase authorized on 03/29 Starbucks Coffee B Berkeley Hts NJ S463088483830490 Card 9159 | | 6.02 | |
| 3/31 | | Healthinspremium EDI Paymts Rspax0005789623 Joe Mastorio | | 426.76 | |
| 3/31 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 230331 789088533886 629391480DC Solar Inte | | 577.10 | |
| 3/31 | < | Business to Business ACH Debit - Bcbsnj Primary 1 Online 230330 000001521554921 Heck, Doug | | 1,270.18 | |
| 3/31 | 1886 | Check | | 41.55 | |
| 3/31 | 1881 | Check | | 1,936.72 | |
| 3/31 | 1872 | Check | | 2,203.12 | |
| 3/31 | 1877 | Check | | 2,614.03 | |
| 3/31 | 1883 | Check | | 1,036.69 | |
| 3/31 | 1876 | Check | | 2,303.54 | |
| 3/31 | 1882 | Check | | 1,340.59 | |
| 3/31 | 1879 | Check | | 1,880.71 | |
| 3/31 | 1875 | Check | | 3,280.07 | |
| 3/31 | | Transactions Fee | | 1.50 | 152,170.02 |
| Ending balance on 3/31 | | | | | 152,170.02 |
| **Totals** | | | **$584,406.63** | **$446,082.46** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*



Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1626 | 3/20 | 1,350.00 | 1812 | 3/16 | 186.69 | 1852 * | 3/21 | 163,936.00 |
| 1717 * | 3/1 | 526.93 | 1814 * | 3/20 | 1,493.74 | 1853 | 3/24 | 673.20 |
| 1729 * | 3/20 | 1,350.00 | 1824 * | 3/15 | 2,614.05 | 1855 * | 3/22 | 42.00 |
| 1732 * | 3/20 | 940.00 | 1825 | 3/30 | 3,280.08 | 1856 | 3/27 | 95.92 |
| 1733 | 3/24 | 185.00 | 1826 | 3/21 | 1,632.03 | 1858 * | 3/30 | 424.20 |
| 1782 * | 3/3 | 1,452.21 | 1827 | 3/21 | 1,632.03 | 1859 | 3/30 | 424.20 |
| 1783 | 3/3 | 1,763.85 | 1831 * | 3/17 | 1,939.35 | 1862 * | 3/24 | 716.00 |
| 1785 * | 3/3 | 2,247.26 | 1832 | 3/17 | 2,072.83 | 1864 * | 3/24 | 1,632.03 |
| 1786 | 3/3 | 1,280.12 | 1833 | 3/17 | 1,290.07 | 1865 | 3/24 | 2,614.05 |
| 1787 | 3/3 | 1,783.54 | 1834 | 3/17 | 1,717.05 | 1866 | 3/30 | 3,280.08 |
| 1788 | 3/3 | 1,273.16 | 1835 | 3/17 | 1,808.38 | 1867 | 3/29 | 1,445.60 |
| 1799 * | 3/15 | 47.42 | 1836 | 3/17 | 1,673.90 | 1869 * | 3/24 | 3,507.87 |
| 1800 | 3/16 | 108.82 | 1837 | 3/17 | 1,289.80 | 1870 | 3/27 | 68.54 |
| 1801 | 3/16 | 2,384.96 | 1838 | 3/17 | 1,030.31 | 1872 * | 3/31 | 2,203.12 |
| 1803 * | 3/28 | 1,834.85 | 1839 | 3/17 | 15.00 | 1875 * | 3/31 | 3,280.07 |
| 1804 | 3/28 | 993.83 | 1840 | 3/17 | 245.88 | 1876 | 3/31 | 2,303.54 |
| 1805 | 3/16 | 30.00 | 1841 | 3/20 | 115.80 | 1877 | 3/31 | 2,614.03 |
| 1806 | 3/15 | 537.98 | 1842 | 3/17 | 169.79 | 1879 * | 3/31 | 1,880.71 |
| 1807 | 3/15 | 2,174.20 | 1843 | 3/17 | 130.41 | 1881 * | 3/31 | 1,936.72 |
| 1808 | 3/15 | 58.26 | 1844 | 3/17 | 66.00 | 1882 | 3/31 | 1,340.59 |
| 1809 | 3/16 | 1,036.82 | 1845 | 3/17 | 112.90 | 1883 | 3/31 | 1,036.69 |
| 1810 | 3/16 | 20.55 | 1846 | 3/17 | 144.00 | 1886 * | 3/31 | 41.55 |
| 1811 | 3/15 | 37.81 | 1847 | 3/20 | 1,350.00 | | | |

\* Gap in check sequence.

Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 3/7 | Check Reference # 00010043006384804880 | 2,174.20 |
| 3/7 | Check Reference # 00007112008727293445 | 1,036.82 |
| 3/7 | Check Reference # 00007560008829021887 | 30.00 |
| 3/8 | Check Reference # 00010043006386608390 | 58.26 |
| 3/8 | Check Reference # 00010043006386608834 | 537.98 |

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to
wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2023 - 03/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $348,818.00 |
| • Minimum daily balance | $500.00 | $5,769.39 |

C1/C1



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 103 | 100 | 3 | 0.50 | 1.50 |
| Total service charges | | | | | $1.50 |



IMPORTANT ACCOUNT INFORMATION

Effective April 1, 2023, we will no longer assess fees for stop payment requests on consumer and non-analyzed small business checking and savings accounts. Thank you for banking with Wells Fargo. We appreciate your business.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

A simplified fee schedule for Business Wires will be effective June 26, 2023:

Outgoing wire transfer fees

- Digital Wire: Domestic, International Foreign currency and International U.S. currency = $25

- Branch/Voice Channel: Domestic, International U.S. currency, and International Foreign currency = $40

- Repetitive Outgoing Wire: Domestic, International U.S. currency, and International Foreign currency = $25

Incoming wire transfer fee

- Domestic and International = $15

Fees may vary based on the type of account you have as some accounts offer fee waivers for some services. For a complete list of services, fees, and fee waivers that are available with your account, please refer to your Business Account Fee and Information Schedule, as applicable.

**WELLS FARGO**

---

## Important Information You Should Know

· To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

· In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

· If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement ......................... $ _____

**ADD**

B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.           + $ _____

   ......................................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   .........................................
   .                                  TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above ............. - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register ............................ $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801