**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Spectacular Solar | Applicant: | Marc C. Capone, Esq. |
| Case No.: | 22-18522 CMG | Client: | Spectacular Solar |
| Chapter: | 11 | Case Filed: | October 27, 2022 |

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. _____ or ☐ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ _____ | $ _____ |
| Total Fees Allowed To Date: | $ _____ | $ _____ |
| Total Retainer (If Applicable) | $ 25,000.00 | $ _____ |
| Total Holdback (If Applicable) | $ _____ | $ _____ |
| Total Received By Applicant | $ 25,000.00 | $ _____ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Marc C. Capone, Attorney | 1993 | 26.4 | $425.00 | $11,220.00 |
| 2. | | 65.1 | $495.00 | $32,224.50 |
| 3. Tiffany Vasarkovy, Paralegal | | 20.6 | $175.00 | $3,605.00 |
| 4. | | 16.1 | $200.00 | $3,220.00 |
| 5. Amanda Agnello, Controller | | 1.3 | $225.00 | $292.50 |
| 6. Donna DiPierro, Legal Assistant | | 0.8 | $100.00 | $80.00 |
| 7. Kevin Lee, Legal Assistant | | 0.4 | $75.00 | $30.00 |

Fee Totals: 50672
Disbursements Totals: 7648.29
Total Fee Application 58320.29

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | 6.3 | 3118.50 |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 59.7 | 17467.50 |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 1.9 | 891.50 |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | 1.4 | 595.00 |
| k) **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 3.6 | 1430.00 |
| m) **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 57.8 | 27169.50 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 130.7 | 50672 |

3

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** Payable to Clerk of Court. | 1770 |
| b) | **Computer Assisted Legal Research** Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees** Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax** Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges** Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** Including scanning services. | |
| h) | **Other Research** Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** Transcripts. | |
| j) | **Travel** Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers** Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)**    CertofService.com; CourtSolutions | 5878.29 |
| **DISBURSEMENTS TOTAL:** | | 7648.29 |

I certify under penalty of perjury that the above is true.

Date: May 3, 2023

Marc C. Capone
Signature

*rev. 10/1/15*

4