**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on June 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Spectacular Solar, | Case No. 22-18522 |
| Debtor(s). | Hearing Date: June 6, 2023 |
|  | Judge: Christine M. Gravelle |

**ORDER GRANTING FEE APPLICATION**

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: June 6, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4885-2772-6433, v. 1

Page 2
Debtor: **Spectacular Solar**
Case No. **22-18522 CMG**
Caption of Order: **Order Granting Fee Application**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
| --- | --- | --- |
| Gillman, Bruton & Capone, LLC (Counsel for Debtors) | $50,672.00 | $7,648.29 |

4885-2772-6433, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
Spectacular Solar, Corp.,  
    Debtor

Case No. 22-18522-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jun 06, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Spectacular Solar, Corp., 50 Cragwood Road, Suite 101, South Plainfield, NJ 07080-2435 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Anthony Sodono, III | on behalf of Creditor Shakti Group USA asodono@msbnj.com |
| Carol L. Knowlton | on behalf of Creditor Charles Auletta cknowlton@gorskiknowlton.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Holly Smith Miller | hsmiller@gsbblaw.com |
| John Joseph Robertelli | on behalf of Creditor Kapitus LLC john.robertelli@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |

Justin R. White
    on behalf of Creditor Avon Foods jwhite@testalawyers.com

Marc C Capone
    on behalf of Debtor Spectacular Solar Corp. ecf@gbclawgroup.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Sam Della Fera, Jr
    on behalf of Creditor Ascentium Capital LLC sdellafera@csglaw.com

Sari Blair Placona
    on behalf of Creditor Shakti Group USA splacona@msbnj.com

Shawn David Edwards
    on behalf of Creditor Ohmshivani Mgmt LLC sedwards@maselliwarren.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William S. Ruggierio
    on behalf of Creditor FARMPLAST LLC wrugg@rugglaw.com

TOTAL: 13