| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Holly S. Miller (No. 2006-03052)<br>Gellert Scali Busenkell & Brown, LLC<br>1628 John F. Kennedy Blvd., Suite 1901<br>Philadelphia, PA 19103<br>Phone: (215) 238-0012<br>Fax: (215)-238-0016<br>Email: hsmiller@gsbblaw.com<br><br>Subchapter V Trustee | |
| In Re:<br><br>  Spectacular Solar, Corp.,<br><br>  Debtor. | Case No.: 22-18522-CMG<br><br>Hearing Date: 6/20/2023 @ 2PM<br><br>Judge: Gravelle<br><br>Chapter: 11 |

Order Filed on June 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 20, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Holly S. Miller<br>Subchapter V Trustee | $10,720.00 | $100.00 |

*rev.8/1/15*