Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 22–18522–CMG
                Chapter: 11
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Spectacular Solar, Corp.
   dba Blue Green Solar Inc., dba DC Solar
   Integrators LLC
   50 Cragwood Road
   Suite 101
   South Plainfield, NJ 07080

Social Security No.:

Employer's Tax I.D. No.:
   84–3911289

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 21, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 79 – 75
Order Granting Application For Compensation for Holly Smith Miller, fees awarded: $10,720.00, expenses awarded: $100.00 (Related Doc # 75). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/20/2023. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 21, 2023
JAN: rms

                                              Jeanne Naughton
                                              Clerk