# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312–3 | User: admin | Date Created: 6/21/2023 |
| Case: 22–18522–CMG | Form ID: orderntc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
tr     Holly Smith Miller     hsmiller@gsbblaw.com

TOTAL: 1