UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Spectacular Solar, Corp. | Case No.: 22-18522-CMG<br><br>Chapter: 11<br><br>Hearing Date: November 7, 2023<br><br>Judge: Christine M. Gravelle |

# NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:   DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after   November 7, 2023   unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:   November 7, 2023
Time:   2:00PM
Location:   402 East State Street
            Trenton, N.J. 08608
            Courtroom #3

DATED:   September 22, 2023                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*