UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GILLMAN, BRUTON & CAPONE, LLC
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 528-4458
Email: bk@gbclawgroup.com

In Re:

Spectacular Solar, Corp.

Case No.:    22-18522-CMG

Chapter:    11

Judge:    Christine Gravelle

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution:    9/28/2023            Date Plan Confirmed:    2/21/2023

Check one:    ☒ Initial Distribution

☐ Subsequent Distribution

Will future distributions be made under the Plan?    ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

☒ Administrative fees and expenses
☐ Secured claims
☒ Priority secured claims
☒ General unsecured claims
☐ Equity security holders

Anticipated date of next distribution, if known:  October 2023

Percentage dividend to general unsecured creditors:

Paid in this distribution:    35 %

Paid to date:    35 %

To be paid after all distributions made under Plan:    81 %

**Summary of Payments Made in This Distribution:**

| | |
|---|---|
| $ 0.00 | Administrative fees and expenses |
| $ 0.00 | Secured claims |
| $ 15,085.97 | Priority unsecured claims |
| $ 8,000.00 | General unsecured claims |
| $ 0.00 | Equity security holders |
| $ 23,085.97 | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding plan distributions may be directed to:

Name: Marc C. Capone

Company: Gillman, Bruton & Capone, LLC

Address 1: 60 Highway 71

Address 2: Unit 2

City, State, ZIP: Spring Lake Heights, NJ 07762

Telephone: 732-528-1166

Facsimile: 732-528-4458

Email: mcapone@gbclawgroup.com

Relationship to Plan proponent: Debtor's Attorney


I certify under penalty of perjury that the above is true.


Date: 9/28/2023                     /s/ Marc C. Capone
                                    Disbursing Agent

rev.8/1/15