UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GILLMAN, BRUTON & CAPONE, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtor- In-Possession
MARC C. CAPONE MC4795

In Re:

**Spectacular Solar, Inc.**

Case No.: **22-15822**

Judge: Christine M. Gravelle

Chapter: **11**

## NOTICE PURSUANT TO 11 U.S.C. §1183 OF SUBSTANTIAL CONSUMMAATION OF DEBTOR'S PLAN OF REORGANIZATION

The Debtor having filed its Subchapter V Plan of Reorganization on February 14, 2023, and the Court having confirmed the Plan pursuant to 11 U.S.C. §1191(a) by Order of the Court being entered on April 25, 2023; the Debtor hereby provides notice that the Plan has been Substantially Consummated in that:

1. There has been a transfer of all or substantially all of the property proposed by the plan to be transferred;
2. The Debtor has assumed the management of all or substantially all of the property to be dealt with under the Plan; and
3. Distribution of Plan payments has commenced.

Dated: November 7, 2023

/s/ **Marc C. Capone**
Marc C. Capone, Esq.
Counsel for the Debtor,
Spectacular Solar, Inc.