Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−18522−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Spectacular Solar, Corp.
   dba Blue Green Solar Inc., dba DC Solar
   Integrators LLC
   50 Cragwood Road
   Suite 101
   South Plainfield, NJ 07080

Social Security No.:

Employer's Tax I.D. No.:
   84−3911289

---

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Holly Smith Miller is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 30, 2024</u>            <u>Christine M. Gravelle</u>
                                       Judge, United States Bankruptcy Court